UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| In re: )<br>)<br>**RODNEY DIXON DORAND**, )<br>)    Case No. 21-30205<br>*Debtor*. )<br>) | |

## NOTICE OF APPEARANCE

Comes now Nicholas Wooten, attorney for Danae Brown as Executrix of the Estates of Robert Moss and Brenda Moss and Amanda Andrews, administrator of the Estate of Charles Saunders and power of attorney for Peggy Saunders, and files herewith his appearance as counsel for the Estates of Robert Moss, Brenda Moss, Charles Saunders and Peggy Saunders. These Estates are judgment creditors of the Debtor.

Undersigned counsel respectfully requests that he be entered as counsel of record and that he be copied electronically with all further pleadings and notices in this matter.

Dated: April 1, 2021.                              Respectfully submitted,

*/s/ Nick Wooten*
Nick Wooten, Esq.
Nick Wooten, LLC
5125 Burnt Pine Drive
Conway, AR 72034
Phone (833) 937-6389
Email:  nick@nickwooten.com

## CERTIFICATE OF SERVICE

      The undersigned certifies that on April 1, 2021, a true and correct copy of the foregoing *Notice of Appearance* was served upon counsel of record via electronic filing or by regular mail.

                              */s/ Nick Wooten*
                              Nick Wooten