

AlaFile E-Notice

62-CV-2009-000073.00

Judge: RAY D. MARTIN

To:   Nicholas Heath Wooten
      nick@nickwooten.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLAPOOSA COUNTY, ALABAMA

ROBERT MOSS, ET AL VS GLENWOOD-THE BLUFFS AT COPPER CREEK, ET AL
62-CV-2009-000073.00

The following matter was FILED on 12/7/2020 4:46:50 PM

C001 MOSS ROBERT
C002 MOSS BRENDA
C003 SAUNDERS CHARLES
C004 SAUNDERS PEGGY
CLAIM OF EXEMPTION
[Filer: WOOTEN NICHOLAS HEATH]

Notice Date:      12/7/2020 4:46:50 PM

PATRICK CRADDOCK
CIRCUIT COURT CLERK
TALLAPOOSA COUNTY, ALABAMA
125 NORTH BROADNAX
DADEVILLE, AL, 36853

256-825-1098
patrick.craddock@alacourt.gov



ELECTRONICALLY FILED
12/7/2020 4:47 PM
62-CV-2009-000073.00
CIRCUIT COURT OF
TALLAPOOSA COUNTY, ALABAMA
PATRICK CRADDOCK, CLERK

IN THE CIRCUIT COURT OF TALLAPOOSA COUNTY, ALABAMA
DADEVILLE DIVISION

| | | |
|---|---|---|
| ROBERT MOSS, BRENDA MOSS, | ) | |
| CHARLES SAUNDERS and | ) | |
| PEGGY SAUNDERS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO.: CV-2009-73 |
| | ) | |
| GLENWOOD-THE BLUFFS AT | ) | |
| COPPER CREEK, LLC, et al, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' SUPPLEMENTAL EVIDENTIARY FILING

Comes now Nicholas Wooten, attorney for Danae Brown as Executrix of the Estates of Robert Moss and Brenda Moss and Amanda Andrews, administrator of the Estate of Charles Saunders and power of attorney for Peggy Saunders, and files their *"Plaintiffs' Supplemental Evidentiary Filing."* As grounds therefore, the Movants show as follows:

## RELEVANT PROCEDURAL HISTORY

1) The Plaintiffs herewith file their supplemental evidentiary material in the form of the transcript from the initial session of their debtor's examination of Rodney D. Dorand taken on December 3, 2020 along with relevant documents.

2) In their previous filing with the Court on December 4, 2020, the Plaintiffs indicated that this testimony established certain facts. Those facts are listed herein with transcript page references and document references by Bates number as discussed in the transcript.

3) The facts, transcript and document references are as follows:

   i. Every dollar of funds paid by the social security administration from the first payment in October of 2011 through the month of Plaintiffs' garnishment was paid directly to the Rodney D. and Barbara H.

Dorand Living Trust. *See,* Dorand Transcript Page 31:1-7, 54:15-21; Exhibit 1 - Morgan Stanley Trust Account Records

ii. Every dollar distributed from the investment account titled as an IRA account at Morgan Stanley, from the very first distribution in early 2012 through the date of Plaintiffs' garnishment earlier this year, was paid directly to the Rodney D. and Barbara H. Dorand Living Trust. *See,* Dorand Transcript Page 30:20-25, 54:15-21; Exhibit 1 - Morgan Stanley Trust Account Records

iii. Rodney Dorand testified that when he answered his post judgment interrogatories, he believed the Rodney D. and Barbara H. Dorand Living Trust owned his retirement funds. *See,* Dorand Transcript Page 53:21-54:5

iv. Up until thirty days before his deposition Rodney Dorand believed his retirement funds were owned by the Rodney D. and Barbara H. Dorand Living Trust. *See,* Dorand Transcript 23:1-24:2

v. Up until thirty days before his deposition Rodney Dorand conducted his financial affairs as if the Rodney D. and Barbara H. Dorand Living Trust owned his retirement funds. *See,* Exhibit 1 - Morgan Stanley Trust Account Records

vi. Rodney Dorand claimed that thirty days ago his financial advisor informed him that the Rodney D. and Barbara H. Dorand Living Trust could not own his retirement funds. *See,* Dorand Transcript 23:1-24:2

vii. Rodney Dorand's financial advisor has held that role since at least 2009. *See,* Exhibit 2 - Morgan Stanley 008968

viii. Rodney Dorand's financial advisor held that role when every distribution from 2012 through plaintiffs' garnishment was paid to the Rodney D. and Barbara H. Dorand Living Trust. *See,* Exhibit 1 - Morgan Stanley Trust Account Records; and Exhibit 3 – Rodney Dorand's Unsworn Answers to Interrogatories and Requests for Production.

ix. Plaintiffs note that they made the argument that the trust's ownership

of the retirement funds rendered the retirement funds non-exempt in a filing in early October of 2020. *See,* Court's Docket at Document 333, filed 10/17/2020.

x. The Rodney D. and Barbara H. Dorand Living Trust also owned the insurance policy that paid death benefits when Barbara Dorand expired in April of 2016. *See,* Dorand Transcript page 77:15-79:6; Exhibit 4 - Morgan Stanley 009061-009065.

xi. Those benefits were paid to the Rodney D. and Barbara H. Dorand Living Trust. *See,* Dorand Transcript Page 37:10-17. Exhibit 1 - Morgan Stanley Trust Account Records, pg. 006049 (pg. 12 of 29).

xii. In July 2016, the Rodney D. and Barbara H. Dorand Living Trust purchased the home at 58 Dune Top Terrace in Santa Rosa Beach, Florida, for almost $300,000 in cash. *See,* Dorand Transcript Page 38:10-39:6; Exhibit 1 - Morgan Stanley Trust Account Records, pg. 006050 (pg. 13 of 29).

xiii. This occurred more than one year after the judgment was entered against the Trust in this case. (The Court may take judicial notice of its docket entry of the judgment in January of 2015.)

xiv. The ownership of the property was not conveyed to the Rodney D. and Barbara H. Dorand Living Trust, but rather to a new living trust created by Rodney Dorand contemporaneously with the purchase of the property at 58 Dune Top Terrace. *See,* Dorand Transcript Page 22:13-25.

xv. 58 Dune Top Terrace was owned by Rodney Dorand's daughter and son in law. *See,* Dorand Transcript Page 38:10-18.

xvi. Rodney Dorand's daughter and son in law purchased the Dune Top Terrace home in 2013 to provide a place to live for Rodney Dorand and Barbara Dorand after the short sale of their home on Blue Mountain Drive in Santa Rosa Beach, Florida. *See,* Dorand Transcript Page 31:8-32:7

xvii.    The Rodney D. and Barbara H. Dorand Living Trust wire transferred $150,000 to his daughter and son in law less than sixty days after the purchase of 58 Dune Top Terrace in 2013. Rodney Dorand could not remember why the trust wired that money to his daughter and son in law. *See,* Dorand Transcript Page 31:8-32:7; Exhibit 1 - Morgan Stanley Trust Account Records, pg. 005681 (pg. 6 of 29).

xviii.    After the Rodney D. and Barbara H. Dorand Living Trust paid almost $300,000 for 58 Dune Top Terrace, the property was free and clear of any mortgages or liens. *See,* Dorand Transcript Page 46:15-20.

xix.    Rodney Dorand then proceeded to borrow against the value of that property twice, once through a reverse mortgage, and then through a line of credit secured by 58 Dune Top Terrace. Each of these mortgages were incurred after this Court's judgment was in place. Dorand used the monies received from these finances for his own purposes. *See,* Dorand Transcript Page 46:21-49:8

xx.    In early May of 2019, a little more than thirty days after Plaintiffs' counsel served post-judgment discovery, Rodney Dorand, as trustee of the Rodney D. and Barbara H. Dorand Living Trust, liquidated a $245,000 trust investment with the Prudential Company. *See,* Dorand Transcript Page 42:18-44:15; Exhibit 1 - Morgan Stanley Trust Account Records, pg. 006422 (pg. 19 of 29).

xxi.    After liquidating the Prudential investment, the Rodney D. and Barbara H. Dorand Living Trust paid almost $138,000 to the Hartford to pay off a policy loan on a life insurance policy owned by the Rodney D. and Barbara H. Dorand Living Trust. *See,* Dorand Transcript Page 45:11-23; Exhibit 1 - Morgan Stanley Trust Account Records, pg. 006423 (pg. 20 of 29).

xxii.    Rodney Dorand identified as members of Dorand Development, LLC, each of his adult sons, Leigh Dorand, Kyle Dorand, and Rodney Dixon Dorand, Jr., along with living trusts apparently settled by his sons called the LD Living Trust, KAD Away Trust, as well as the Rodney D. and Barbara H. Dorand Living Trust. All of these persons and entities were named as both members and managers of Dorand Development, LLC. *See,* Dorand Transcript Page 6:14-20, 8:14-10:1; Exhibit 5 - Records from the Florida Secretary of State's Office.

4)    The Plaintiffs' evidentiary submissions provide ample evidence to support the rulings requested by the Plaintiffs.

5)    The Plaintiffs renew their request to have their outstanding motions heard at the docket on December 21, 2020.

PREMISES CONSIDERED, the Plaintiffs move the Court to reset the hearing in this matter for December 21, 2020, either at the normal call of the docket, or at a specific time set by the Court to review these matters, and to have rulings entered on the Plaintiffs outstanding requests for relief.

Done and filed this 7th day of December, 2020.

Respectfully submitted,

*/s/ Nick Wooten*
Nick Wooten, Esq.
Nick Wooten, LLC
5125 Burnt Pine Drive
Conway, AR 72034
Phone (833) 937-6389
Email:  nick@nickwooten.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 7, 2020, a true and correct copy of the foregoing *"Plaintiffs' Supplemental Evidentiary Filing"* was served upon counsel of record via electronic filing.

*/s/ Nick Wooten*
Nick Wooten



ELECTRONICALLY FILED
12/7/2020 4:47 PM
62-CV-2009-000073.00
CIRCUIT COURT OF
TALLAPOOSA COUNTY, ALABAMA
PATRICK CRADDOCK, CLERK

IN THE CIRCUIT COURT OF TALLAPOOSA COUNTY, ALABAMA
DADEVILLE DIVISION

- - -

ROBERT MOSS, BRENDA MOSS,
CHARLES SAUNDERS and
PEGGY SAUNDERS,

        Plaintiffs

    v                      NO.: CV-2009-73

GLENWOOD-THE BLUFFS AT
COPPER CREEK, LLC, et al.,

        Defendants

**CERTIFIED ORIGINAL**

        Zoom video deposition of RODNEY D. DORAND, M.D., taken on Thursday, December 3, 2020, commencing at approximately 1:53 p.m., appearing remotely before Barbara McKeon Quinn, a Registered Merit Reporter and Notary Public, pursuant to notice.

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

```
 1    APPEARANCES:

 2    NICK WOOTEN, LLC
      NICK WOOTEN, ESQUIRE
 3    nick@nickwooten.com
      5125 Burnt Pine Drive
 4    Conway, Arkansas  72034
      833-937-6389
 5    Counsel for Plaintiffs

 6    FULLER & COPELAND
      SUSAN G. COPELAND, ESQUIRE
 7    susanc@fullercopeland.com
      DOYLE FULLER, ESQUIRE
 8    jdf@fullercopeland.com
      2851 Zelda Road
 9    Montgomery, Alabama  36106
      334-270-0020
10    Counsel for Defendants

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    EXAMINATION INDEX

2

RODNEY D. DORAND, M.D.
3        BY MR. WOOTEN . . . . . . . . . . . . . . .   5

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



(866) 715-7770
advancedONE.com

```
 1              VIDEOGRAPHER:  We are now on the
 2  record.
 3              This is the video deposition of
 4  Rodney Dorand, taken by the plaintiff, in the
 5  matter of Robert Moss, Brenda Moss, Charles
 6  Saunders, et al. versus Glenwood, The Bluffs at
 7  Copper Creek, filed in the Circuit Court of
 8  Tallapoosa County, Alabama, Dadeville Division,
 9  No. CV-2009-73 and is being held by remote video
10  Zoom conference and is being recorded remotely
11  today on December 3rd, 2020, at 1:53 p.m.
12              I am Ernie Tedesco, Jr., the
13  videographer; the court reporter is Barbara Quinn.
14  We are from the firm Advanced Depositions.
15              Could counsel please introduce
16  themselves for the record.
17              MR. WOOTEN:  This is Nick Wooten.  I
18  represent the plaintiffs in the case.
19              MR. FULLER:  I'm Doyle Fuller, and
20  along with Susan Copeland, we represent the
21  defendants in the case.
22              VIDEOGRAPHER:  Go ahead.  You can
23  swear him in.
24              RODNEY D. DORAND, M.D., having been
25  duly sworn, was examined and testified as follows:
```

1           THE WITNESS:  I would like to correct
2   the record though.  It's only 12:51 p.m., not
3   1:51.
4           VIDEOGRAPHER:  We're on Eastern time.
5           THE WITNESS:  I'm on Central.
6           VIDEOGRAPHER:  Okay.  It doesn't
7   matter.
8           MR. WOOTEN:  Okay.  That's fine.
9                   EXAMINATION
10  BY MR. WOOTEN:
11      Q.      Mr. Dorand, could you spell your
12  first and last name for the record, please.
13      A.      R-O-D-N-E-Y D-O-R-A-N-D.
14      Q.      All right.  And you are a doctor?
15      A.      Yes.
16      Q.      And you are also an attorney?
17      A.      I have a legal license, law license.
18      Q.      And you've had that license since
19  1987; is that correct?
20      A.      Yes.
21      Q.      All right.  And where are you
22  physically located today?
23      A.      I'm in Blue Mountain Beach.
24      Q.      And that's in Florida?
25      A.      Yes.

1    Q.       All right.  As you know, there is a

2  judgment in this case originally entered for $1.6

3  million in 2015 and we are engaged in post

4  judgment litigation regarding that and that

5  judgment arose out of a business that you were

6  involved in.  It was the name of it was Dorand

7  Development; is that correct?

8    A.       Dorand Development, LLC, yes.

9    Q.       And thank you for that.  You

10  indicated that it was a limited liability company.

11  And that company was a company that you formed in

12  the State of Florida; is that correct?

13    A.       Right.

14    Q.       All right.  Now, Dorand Development,

15  who were the members of Dorand Development?

16    A.       Leigh Dorand, Kyle Dorand, and

17  myself.

18    Q.       Leigh Dorand and Kyle Dorand, what is

19  their relationship to you?

20    A.       They're my sons.

21    Q.       Okay.  And was there anyone else who

22  was a member of Dorand Development?

23    A.       I don't think so.

24    Q.       What about your youngest son, Rodney

25  Dixon Dorand, Jr.?

1      A.          I'm not sure whether he was a member

2  or not.

3                  MR. FULLER:  Nick, let me interrupt

4  you just a second.  As I told you, I have these

5  back problems and just so everybody will know, I

6  may have to get up and walk around, but I'll be

7  where I can at least hear you when I do that.

8  Okay?

9                  MR. WOOTEN:  All right.  Yeah, that's

10  not a problem.

11                 MR. FULLER:  If you see me go off,

12  that just means I'm up stretching my back.

13                 MR. WOOTEN:  Sure.  That's fine.

14                 Ernie, did you make my iPad a cohost

15  of the meeting or can you make it to where I can

16  share to my iPad?

17                 Just give us a second, Dr. Dorand.

18  We've got documents on another device.

19                 VIDEOGRAPHER:  You can bring that up

20  when you want now, Nick.

21                 MR. WOOTEN:  All right.

22                 MR. FULLER:  Dr. Dorand, while

23  they're doing that, I have talked to Mr. Wooten,

24  Nick, about the fact that you have a doctor's

25  appointment at 3:30 and we will adjourn.  If we're

1  still going, we will adjourn in time for you to

2  make that appointment.

3              THE WITNESS:  Thank you.

4              MR. WOOTEN:  Ernie, I'm missing the

5  normal button I'm used to seeing about sharing.

6  Is someone else on that?

7              VIDEOGRAPHER:  You are the cohost

8  now.  Let me see.  Hold on a second.  You have

9  authority.

10             MR. WOOTEN:  All right.  I've got it.

11 I've got it, I think.  I think I've got it now.

12             VIDEOGRAPHER:  Yep, I see it.

13 BY MR. WOOTEN:

14     Q.      Dr. Dorand, are you able to see this

15 document on the screen?

16     A.      Yes, I am.

17     Q.      I'll represent to you that this is a

18 document that I retrieved from the Florida

19 Secretary of State's website?

20     A.      Uh-huh.

21     Q.      Does this document appear to indicate

22 that your youngest son, Rodney Dixon Dorand, Jr.

23 was also a member or manager of Dorand

24 Development, LLC?

25     A.      It does, yeah.

1     Q.        Okay.  That appears to be for the

2  2007 year.  This is the 2012 annual report.  Does

3  this also indicate that your youngest son is also

4  a member?

5     A.        It does.

6     Q.        And this also has a name of K-A-D,

7  KAD AWAY, A-W-A-Y, Trust with a San Clemente,

8  California address.  Can you tell me who or what

9  the KAD AWAY Trust is?

10     A.        I'm not specific about that.  It's a

11  trust of my middle son Kyle.

12     Q.        Okay.  So do you believe that's a

13  trust controlled by Kyle Dorand?

14     A.        Probably.  I have no knowledge of

15  that.

16     Q.        All right.  And this is a 2011

17  report.  It seems to indicate the same members or

18  managers of the company.  Are you able to agree

19  with me that that seems to have the same members

20  and managers in 2011?

21     A.        Yeah.  It seems to be.

22     Q.        All right.  Here's a 2013 report that

23  also indicates that you're -- the Rodney D. and

24  Barbara H. Dorand Living Trust is a manager of

25  Dorand Development as well; is that correct?

```
 1        A.        That's what's on the list.

 2                  MR. FULLER:  Nick, just for the

 3   record, if you're going to mark these as exhibits,

 4   would you, just as soon as we finish the

 5   deposition, just e-mail me copies of them?

 6                  MR. WOOTEN:  Sure.  I'll definitely

 7   do that.

 8                  MR. FULLER:  To make sure -- I think

 9   I've got a lot of this stuff, but there may be

10   some things I got missing.  Okay?

11                  MR. WOOTEN:  Sure.  I'm with you.

12                  MR. FULLER:  All right.  Sorry for

13   the interruption.  Go ahead.

14                  MR. WOOTEN:  No, that's all right.

15   BY MR. WOOTEN:

16        Q.        You moved to Florida from Alabama a

17   few years ago; is that right?

18        A.        Yes.

19        Q.        Was it about 2009 or do you recall?

20        A.        It was about 2005.

21        Q.        Okay.  All right.  And prior to that

22   you had practiced medicine in the Montgomery,

23   Alabama area; is that right?

24        A.        Yes.

25        Q.        This document we Bates labeled as TD
```

1  Ameritrade No. 1, this came in response to a
2  subpoena that we issued.  Does this document
3  indicate that the primary account owner was you
4  and that you had an address in Pike Road, Alabama?
5      A.      It does.
6      Q.      And Pike Road is in Montgomery
7  County, Alabama; correct?
8      A.      Yes.
9      Q.      And is that where you originally
10  opened and created your Ameritrade account?
11      A.      No.
12      Q.      Okay.  Where is it that you opened
13  and created your Ameritrade account?
14      A.      I don't remember what address it was.
15      Q.      Okay.  This is the document that they
16  provided to me to show the creation of the
17  account.  Do you have any reason to dispute their
18  records?
19      A.      As I just said, I don't remember
20  where I opened it.  I had an Ameritrade account
21  for many, many years.
22      Q.      Okay.  Since about 2003?
23      A.      Sir, I don't remember.
24      Q.      You mentioned -- hold on just a
25  second.  Let me end that.

1            You mentioned your sons, Leigh

2    Dorand, Kyle Dorand, and Rodney Dixon Dorand, Jr.

3            Do you have any other sons?

4        A.      No.

5        Q.      Okay.  And were all three of these

6    children of yours at some point members of Dorand

7    Development, LLC?

8        A.      Well, you said one of them was; I

9    didn't remember that.  The other two, yes.

10       Q.      Okay.  So you agree you recall Leigh

11   Dorand and Kyle Dorand being members and I showed

12   you the document that your youngest son, Rodney

13   Dorand, Jr., was also a member; correct?

14       A.      Correct.

15       Q.      You said you had no other sons.  Is

16   that right?

17       A.      Correct.

18       Q.      Okay.  But you have some daughters;

19   right?

20       A.      Yes.

21       Q.      Okay.  Tell me who your daughters

22   are, please.

23       A.      How is that relevant?

24       Q.      We'll get around to that explanation

25   in a minute.

 1      A.        Give me the explanation and I might

 2  answer it.

 3             MR. WOOTEN:  Doyle, would you like to

 4  instruct your client?

 5             MR. FULLER:  Just go ahead and answer

 6  that question.  It could conceivably lead to

 7  admissible evidence to determine if they have any

 8  interest in any of these entities or not.

 9             THE WITNESS:  Okay.

10             MR. FULLER:  Go ahead and answer it.

11             THE WITNESS:  Meghan Ann, Mallory

12  Eve, and Meredith Chadwick.

13  BY MR. WOOTEN:

14  **Q.    Let's start with the first daughter that**

15  **you mentioned.  You said her name, first name, was**

16  **Mallory?**

17      A.        No.  I said Meghan Ann Roberts.

18  **Q.        Okay.  So Meghan Ann Roberts.**

19  **Approximately how old is Ms. Roberts or**

20  **Mrs. Roberts and where does live --**

21      A.        She was born in '82.

22  **Q.        She was born in 1982?**

23      A.        She was born in '82.

24  **Q.        Born in 1982.  And she's married?**

25      A.        Yes.

1    Q.      And what's her husband's name?

2    A.      Benjamin.

3    Q.      And where does she live?

4    A.      Where did she live?  She lives in

5    Texas.

6    Q.      And do you know what city she lives

7    in?

8    A.      Driftwood.

9    Q.      All right.  And your second daughter,

10   what was her name again?

11   A.      Mallory.

12   Q.      Okay.  And is her last name Salter?

13   A.      Yes.

14   Q.      And where does she live?

15   A.      Wimberley.

16   Q.      Is that also in Texas?

17   A.      Yes.

18   Q.      And I think you mentioned one other

19   daughter; is that right?

20   A.      Meredith Chadwick, yes.

21   Q.      And how old approximately is

22   Meredith?

23   A.      I don't know.

24   Q.      Okay.  Do you remember when she was

25   born?

1      A.      Nope.

2      Q.      Okay.  And she's married?

3      A.      Yes.

4      Q.      What's her husband's name?

5      A.      Troy.

6      Q.      And where do they live?

7      A.      California.

8      Q.      Okay.  All right.  Do you know if

9  your daughters had any interest in Dorand

10 Development, LLC?

11     A.      They did not.

12     Q.      All right.  Now, I realize that your

13 first wife and the mother of your children you've

14 listed passed away several years ago, and I'm

15 sorry for your loss.  But her name was Barbara;

16 correct?

17     A.      She's my second wife.

18     Q.      Okay.  So she was the mother of some

19 of your children or all of your children?

20     A.      She was the mother of three.

21     Q.      Okay.  All right.  And, again, I'm

22 sorry for your loss.  And you've since remarried;

23 correct?

24     A.      Yes.

25     Q.      Okay.  And your current wife's name

```
 1 | is Phyllis; is that right?
 2 |      A.      Yes.
 3 |      Q.      Does she also go by Penny?
 4 |      A.      Yes.
 5 |      Q.      All right.  And is she from --
 6 | originally from somewhere in Pennsylvania?
 7 |      A.      Yes.
 8 |      Q.      And does she still live and have
 9 | business in Pennsylvania?
10 |      A.      Yes.
11 |      Q.      Is that in the Waynesboro area?
12 |      A.      Yes.
13 |      Q.      And do you also spend time in
14 | Waynesboro with her?
15 |      A.      Occasionally.
16 |      Q.      All right.  Now, let's talk for a
17 | minute about the Rodney D. Dorand and Barbara H.
18 | Dorand Living Trust.  Do you recall when you
19 | formed that trust?
20 |      A.      Probably in -- I don't know -- '86,
21 | something like that.
22 |      Q.      Okay.
23 |      A.      I'd have to check the records.
24 |      Q.      All right.  If I represented to you
25 | that I've seen documents that indicate it was
```

1  1997, would you dispute that?

2       A.       No.

3       Q.       Okay.  I know it's been a long time

4  ago.

5       A.       It was a long time ago, yes.

6       Q.       So since the formation of that trust,

7  you have utilized that trust for various purposes?

8       A.       Yes.

9       Q.       Okay.  And, obviously, we saw that it

10  was a member of Dorand Development, LLC; correct?

11       A.       No.  It didn't have anything to do

12  with the LLC and you know it.

13       Q.       I'm sorry.  I'm just asking if the

14  paperwork that you filed with the State of Florida

15  said that it was a member of the LLC.

16       A.       No, it was not a member.  No.  Didn't

17  have any rights at all.

18       Q.       Okay.  If that's the case, why would

19  you have listed it as a member of the LLC --

20       A.       For protection, legally to protect it

21  a little bit.  That's all.

22       Q.       To protect the trust or to protect

23  the LLC?

24       A.       To protect the trustees.

25       Q.       Okay.  And who are the trustees of

1  that trust?

2      A.      I am now.

3      Q.      Back in the time frame of, let's say,

4  2000 to 2016 at least, it would have been you and

5  your now deceased wife, Barbara; correct?

6      A.      Correct.

7      Q.      All right.  And both Dorand

8  Development and the Barbara -- or the Rodney D.

9  and Barbara H. Dorand Living Trust were named as

10  defendants in this lawsuit; correct?

11      A.      They were.

12      Q.      And you were named personally;

13  correct?

14      A.      Yes.

15      Q.      Now, let me go back just a second.

16  Now, we sent some interrogatories and requests for

17  production to you.  I think I originally sent

18  these out in March of 2019.  You received those

19  shortly thereafter according to the certified mail

20  records.

21          Do you have a copy of the partial

22  answers that were provided by your counsel to me?

23      A.      I do.

24      Q.      Okay.  Is that what you have in front

25  of you?

 1      A.       I have both the questions and the
 2  answers.
 3      Q.       Right.  I was hoping that that was
 4  the case, that that was the document that had been
 5  sent over to me.  It's about nine pages long?
 6      A.       I have no idea.
 7      Q.       All right.  So let me just verify a
 8  couple of things.  With respect to your work for
 9  these various telemedicine companies that you're
10  still doing some things for --
11      A.       I don't have anything here to say
12  it's nine pages long.
13      Q.       That's okay.  We'll just kind of take
14  them piece by piece.  I'm really just trying to
15  verify a couple things.  Let me begin by asking
16  you this.  I obviously never got a sworn certified
17  response to these interrogatories.
18               Are you willing to testify here today
19  that the information you provided there is a true
20  and accurate statement of the answers to those
21  questions?
22      A.       Yes.
23      Q.       I'm sorry.  We couldn't hear you.
24      A.       Yes.
25      Q.       Okay.  Thank you.

```
 1              You know, there's some convenience to
 2   this; it saves us all traveling time, but
 3   sometimes we have communication things so I may
 4   have to ask you to repeat something if we seem to
 5   miss you.
 6              So given that information, you've
 7   indicated that your work for these telemedicine
 8   companies that you are, in fact, an independent
 9   contractor; correct?
10      A.      Yes.
11      Q.      I'm sorry.  Is that a "Yes"?
12      A.      That was a Yes.
13              MR. WOOTEN:  Could you hear him,
14   Madam Court Reporter?
15              COURT REPORTER:  Yes.
16   BY MR. WOOTEN:
17      Q.      Have you ever used anyone other than
18   Mr. Hall to do your tax returns since -- in the
19   last 20 years?
20      A.      No.
21      Q.      Okay.  As far as Dorand Development,
22   did it do any business other than this Lake Martin
23   Project which is the subject of this lawsuit?
24      A.      No.
25      Q.      Did it ever report any income?
```

 1      A.      No.

 2      Q.      Okay.  Did it ever report any losses?

 3      A.      I'm sure we did.  Many millions,

 4  probably.

 5      Q.      Let me ask you this.  You had --

 6  there was a question that I asked you about

 7  investment retirement accounts.  You said you have

 8  a retirement account at Morgan Stanley with the

 9  Miramar, Florida branch and then you had

10  previously been with Smith Barney Montgomery with

11  a gentleman whose name was Fred Brown as your

12  adviser and that was from 2000 to 2005; is that

13  correct?

14      A.      Yes.

15      Q.      Is it fair to say that when you

16  initially formed these accounts, they were

17  accounts that were opened while you lived in

18  Montgomery, Alabama?

19      A.      What accounts are you referring to?

20      Q.      Your retirement accounts and your

21  investment accounts.

22      A.      They were reopened in Florida.

23      Q.      Okay.  So are you saying that you

24  closed out accounts in Alabama or did you just

25  simply transfer the accounts to Florida?

 1       A.        They were closed and transferred.

 2       Q.        **Now --**

 3       A.        They were not transferred entirely.

 4  I mean, they couldn't be.

 5       Q.        **Okay.  Explain what you mean by that.**

 6       A.        Well, everything had to be sold and

 7  then reinvested.

 8       Q.        **Okay.**

 9       A.        It was a brand new account in

10  Florida.

11       Q.        **All right.**

12       A.        With a brand new company.

13       Q.        **Let's see.  You are currently living**

14  **at 58 Dune Top Terrace with a Santa Rosa Beach**

15  **address; is that correct?**

16       A.        Yes.

17       Q.        **Your answers said that this property**

18  **was owned by the Rodney D. Dorand Trust.**

19       A.        Correct.

20       Q.        **Can you tell me when that trust was**

21  **formed?**

22       A.        2016 or 2017.

23       Q.        **Was it formed about the same time**

24  **that you bought this home?**

25       A.        Yes.

```
 1        Q.        Okay.  I also asked you about whether
 2   you had legal or equitable interest in cash,
 3   deposits, money, stocks, that sort of thing.  You
 4   indicated that you have a trust which owns your
 5   home, which we just mentioned, and you also
 6   indicated that the Rodney D. and Barbara H. Dorand
 7   Living Trust owns your retirement fund.  Is that
 8   correct?
 9        A.        That's not the case as I have found
10   out since.
11        Q.        And when did you find that out?
12        A.        About a month ago.
13        Q.        Okay.  Was that about the time that I
14   filed some pleadings in the case about whether or
15   not that retirement fund might be exempt or not?
16        A.        No.  No.  No.  It had nothing to do
17   with you.
18        Q.        Okay.  And how did you come to the
19   knowledge allegedly that the trust did not own
20   your retirement fund?
21        A.        I asked the question.
22        Q.        And you asked that of whom?
23        A.        Mr. Joseph Scirocco.
24        Q.        Okay.  All right.  What did
25   Mr. Scirocco tell you?
```

```
 1        A.        That the trust was not allowed to
 2   have a retirement fund or own it.
 3        Q.        Okay.  And why did he say that the
 4   trust couldn't own your retirement fund?
 5        A.        You'd have to ask him.
 6        Q.        All right.  Now, with respect to your
 7   telemedicine practice, can you just explain to me
 8   how that works.
 9        A.        That's a very general question.  Ask
10   a specific, please.
11        Q.        Well, when you want to have a patient
12   visit, I mean, how do you get patient visits
13   assigned?  How does that occur?  You know, how are
14   you scheduled to work?  How are you paid?  Just
15   generically walk me through that process.
16        A.        I am not scheduled.  It's on my own
17   flexible time.  I sign in to a platform.  Patients
18   are in the queue.  They come up if they would
19   desire to see me.  I take care of them, prescribe
20   for them, and I get paid by a check.
21        Q.        Okay.
22        A.        It's all direct deposit.
23        Q.        All right.  And so that's a job that,
24   like you said, it's flexible, you can do it more
25   or less as much or as little as you want to or you
```

 1   feel like doing; right?

 2        A.        That's correct.

 3        Q.        Okay.  And has that business seen an

 4   uptick since the pandemic as far as the frequency

 5   of visits and the amount of demand for those types

 6   of services?

 7        A.        No, it hasn't.  In fact, it's fallen

 8   off a great deal.

 9        Q.        All right.  And how long have you

10   been with this company that you're currently with

11   for this service?

12        A.        About a year.

13        Q.        Okay.  And that company, is that

14   Amwell?  Do I recall that correctly?

15        A.        Yes.

16        Q.        Okay.  And are they based out of

17   Massachusetts?

18        A.        I think so.

19        Q.        All right.  And I think my

20   understanding is, you're licensed to practice

21   medicine in a number of states now?

22        A.        Correct.

23        Q.        Do you know all the states that

24   you're licensed in currently?

25        A.        I do.

1      Q.        Okay.  Can you tell me what those

2  are?

3      A.        How is that relevant?

4      Q.        Doctor, you don't get to ask

5  questions about relevance.  This is an asset

6  discovery deposition and I'm asking you what

7  states you're licensed to practice medicine in.

8  Obviously, I think you can probably infer that the

9  more states you're licensed to practice in, the

10  more clients you can have and, therefore, the

11  greater income you can earn.

12      A.        I could imply that or I could assume

13  that, but it's not true.

14      Q.        Okay.  And that's irrelevant to my

15  desire to know the answer to the question, which

16  is how many --

17              MR. FULLER:  Go ahead and answer.

18  BY MR. WOOTEN:

19      Q.        -- states are you licensed in?

20              MR. FULLER:  Go ahead and answer it.

21  If you know, Rodney.

22              THE WITNESS:  Pennsylvania,

23  Massachusetts, Maine, Rhode Island, Maryland,

24  Delaware, New Jersey, New York, Virginia,

25  Michigan, Indiana, Kentucky, Alabama, Georgia,

 1   Florida.

 2   BY MR. WOOTEN:

 3       Q.        Okay.  All right.  And I would assume

 4   that in your telemedicine work you can only see

 5   clients or patients who are residing in a state

 6   where you're licensed.  Is that fair?

 7       A.        That's correct.

 8       Q.        All right.  Now, let's talk for a

 9   moment about -- let me pull these documents up so

10   we can go over them together.

11                 Just a second and it will pop up.

12   That's not going to do that for me so just let me

13   spin it.

14                 All right.  Doctor, do you know when

15   you first began drawing Social Security?

16       A.        When I was 65.

17       Q.        Would your first payments have been

18   approximately October of 2011?

19       A.        Well, '46 and 65, how -- when is

20   that?

21       Q.        Sounds like 2011 to me.

22       A.        Okay.  Then that's your math.

23       Q.        All right.  Now, I'll represent to

24   you this document is marked Morgan Stanley 5335.

25   It is a page from your October 2011 trust account

1  detail that shows a treasury deposit of $2,198 in

2  October of 2011.  Do you know if you received any

3  Social Security payments prior to that month?

4       A.       No, I couldn't tell you.

5       Q.       Okay.  Morgan Stanley document 5343

6  is your November 2011 trustee statement.  It also

7  shows a $2,198 direct deposit from the treasury.

8  Is that correct?

9       A.       That's what it shows, yeah.

10      Q.       Morgan Stanley 5353, 5353.  It's your

11 December 2011 trust account statement showing

12 again a $2,198 deposit from the treasury to your

13 trust account; is that correct?

14      A.       Yes.

15      Q.       The document beginning at 5529,

16 Morgan Stanley 5529, is the first page of your

17 2012 annual review for your trustee account.  Do

18 you recognize this document's format?

19      A.       Go ahead.

20      Q.       My first question is, do you

21 recognize this document's format?

22      A.       I've never seen this document before.

23      Q.       Okay.  So if I told you that this was

24 your annual statement review that is mailed to you

25 every December by Morgan Stanley, would you have a

1  reason to disagree with that representation?

2       A.       I've never seen the document before.

3       Q.       Okay.  If you look where it says

4  electronic transfers, it shows a direct deposit

5  received.  The first one it shows is actually

6  February the 22nd of 2012 from the Treasury

7  Department.  And then it shows at least one per

8  month thereafter through December 26 when the last

9  one was received.

10              Do you see that?

11      A.       Yes.

12      Q.       And there's also retirement account

13  distributions to the trustee account again in

14  October of 2012.

15              Do you see that?

16      A.       Yeah.

17      Q.       Right below that where it says Other

18  Credits it says there's a bank deposit of $25,696

19  transferred from CGMI.  Do you know what CGMI is?

20      A.       I do not.

21      Q.       Okay.  Morgan Stanley 5680 is your

22  2013 annual review of your trust account.  It

23  shows two deposits, one for 2,000 on March the 28

24  of 2013 and one for 150,000 in October of 2013.

25              Do you recall this $150,000 deposit

 1   in October 2013?

 2       A.        No.

 3       Q.        Okay.  If you look below that there

 4   is a series of electronic transfers and credits

 5   for each month for 2013, and I will represent to

 6   you that that document between Page 5680 and 5681

 7   shows a deposit each month from Social Security

 8   into your trustee account and a deposit each month

 9   in varying amounts from your retirement account

10   into your trustee account.

11              Do you agree with that?

12       A.        I've never seen this document before.

13   I can't tell you what it represents.

14       Q.        Okay.  Would you agree that every

15   distribution that's been made from your retirement

16   account since 2012 was deposited directly into

17   your trustee account?

18       A.        Perhaps.  I have no idea.  You would

19   have to ask Morgan Stanley about that.

20       Q.        Okay.  Let me ask it a different way.

21   Are you aware of any bank record that shows that a

22   distribution from your IRA account was paid to

23   anyone other than this account established for the

24   Rodney D. and Barbara H. Dorand Living Trust?

25       A.        No.

1      Q.       Are you aware of any deposit from

2  Social Security being deposited from October

3  11th -- or October of 2011 through at least July

4  2020 that was not deposited directly into the

5  Rodney D. and Barbara H. Dorand Living Trust

6  account?

7      A.       No.

8      Q.       Okay.  Morgan Stanley Form 5681

9  indicates that on October 10th the funds were

10  wired in the amount of $150,000 to James R. and

11  Mallory D. Salter.

12             Do you recall wiring your daughter

13  and son-in-law $150,000 in October of 2013?

14      A.       That was for purchase of their house.

15      Q.       It was for purchase --

16      A.       I think.  I think.

17      Q.       If I represented to you that they

18  purchased the house that you are currently living

19  in in August of 2013, would that sound about right

20  to you?

21      A.       Yes.

22      Q.       Okay.  And if I represented to you

23  that they purchased the house that you're

24  currently living in approximately seven days after

25  the short sale of your home on Blue Mountain,

1  would that sound about right to you?

2       A.       Probably.

3       Q.       Okay.  Did your son-in-law and

4  daughter purchase this home so that you and your

5  wife would have a place to live after the short

6  sale of the other property?

7       A.       Yes.

8       Q.       Okay.  And did you send this $150,000

9  to help them pay for this property?

10      A.       I don't think so.

11      Q.       Can you think of any other reason

12 that you would have sent your daughter and son-in-

13 law $150,000?

14      A.       No.

15      Q.       Okay.  Was there anything else that

16 you can recall going on in you and your wife's

17 life at that time or your daughter and son-in-law

18 life?

19      A.       It was -- it was a terrible time for

20 us, sir.

21      Q.       I'm sure you were --

22      A.       Absolutely terrible.

23      Q.       -- in a bad spot.  I get that.  My

24 question is, do you recall any reason that you and

25 your wife or your son-in-law and your daughter --

```
 1        A.        I do not remember why we sent the
 2   money.
 3        Q.        Okay.  All right.  And the other
 4   thing I didn't ask you, Mr. Dorand.  How would you
 5   prefer that I address you?  Dr. Dorand?
 6   Mr. Dorand?
 7        A.        Whatever you want to call me is just
 8   fine.
 9        Q.        All right.  So one thing we're going
10   to have to do to save the court reporter from, you
11   know, her head exploding on us is we can't speak
12   over each other.
13                  So if you will give me the
14   opportunity to finish my question, I promise I
15   will let you give me whatever answer it is that
16   you want to give me.  Okay?
17        A.        Sure.
18        Q.        That's fine.  Just so the record is
19   clear, you're indicating that you just don't
20   remember why the $150,000 was sent to your son-in-
21   law and daughter?
22        A.        That's correct.
23        Q.        Okay.  Now, Morgan Stanley Page 5805
24   I will represent to you is a portion of your
25   annual statement from Morgan Stanley for the year
```

1  2014.  This document indicates again starting on

2  Page 5805 that there were distributions from your

3  retirement account and your Social Security funds

4  deposited to the trust account each month during

5  2014.

6            Do you have any reason to dispute

7  that?

8       A.    No.

9       Q.       In fact, is that your recollection of

10  where your IRA funds and your Social Security

11  funds were deposited?

12      A.    (No response.)

13      Q.       I'm sorry.  Mr. Dorand, did I lose

14  you?

15      A.    No, I didn't hear your question.

16      Q.       I said is it your recollection that

17  you, in fact, did deposit all of your retirement

18  funds and Social Security into the trust account?

19      A.    From the IRA?  Is that what you're

20  asking?

21      Q.    Yes.

22      A.    Into the trust account?

23      Q.    Yes.

24      A.    Correct.

25      Q.       All right.  Beginning on page 5929,

1 that is 5929 and 5930, represent your 2015 summary

2 of your annual transactions in the trust account

3 and again demonstrate a deposit from your IRA and

4 your Social Security funds for each month into the

5 trust account.

6          Do you have any reason to dispute

7 that?

8     A.     That was back and forth between my

9 checking account and the trust account.

10    Q.     Okay.  Do you have any checking

11 account records that reflect that there was ever a

12 distribution from your IRA to a checking account?

13    A.     I do not have them personally, no.

14    Q.     Who might have those records from

15 2015?

16    A.     SunTrust.

17    Q.     Okay.

18    A.     SunTrust.

19          MR. WOOTEN:  Did you get that, Madam

20 Court Reporter?

21          COURT REPORTER:  Yes.

22 BY MR. WOOTEN:

23    Q.     Now, by 2015 there had been a

24 judgment entered in this case with respect to this

25 litigation; is that correct?

```
 1        A.        I don't recall the date.  I was never
 2   notified of anything like that.
 3        Q.        Okay.  If I represent to you that the
 4   judgment was entered January 26, 2015, do you have
 5   any reason to disagree with that?
 6        A.        As I've said, I had no notification
 7   of anything like that.
 8        Q.        Okay.  Did you have representation
 9   with respect to this litigation in 2015?
10        A.        Yes.
11        Q.        I'm sorry.  You did?
12        A.        Yes.
13        Q.        And who was representing you?
14        A.        Oliver Treadwell.
15        Q.        In 2015?
16        A.        Yeah.
17        Q.        Okay.  What about 2014?
18        A.        It was either Treadwell or Brandon
19   Rice.
20        Q.        Okay.
21        A.        Brandon's in Auburn and Treadwell is
22   in Dadeville.
23                  MR. WOOTEN:  Do you need the
24   spellings for either one of those?
25                  COURT REPORTER:  No, thank you.
```

```
 1              THE WITNESS:  Pardon me?
 2              MR. WOOTEN:  I was asking the court
 3   reporter if she needed spellings for either one of
 4   those cities.
 5   BY MR. WOOTEN:
 6        Q.        And what about 2012?  Did you have
 7   representation in the case?
 8        A.        I did, but I can't remember his name.
 9   I'd have to look it up, if I could find it.
10        Q.        Let me show you Morgan Stanley 6049.
11   It's a recap of your trust account activities in
12   2016.  Morgan Stanley 6049 indicates that on May
13   31st a life insurance payment was made with
14   respect to your former wife's demise in the amount
15   of $299,404.59; is that correct?
16        A.        It appears to be from the life
17   insurance policy, yes.
18        Q.        Okay.  And you and your wife had
19   both, in fact, designated your trust as the owner
20   and beneficiary of your life insurance policies;
21   correct?
22        A.        I don't know.
23        Q.        All right.  In 2016 on page Morgan
24   Stanley 6050, it indicates that on June the 1st
25   and June the 6th that you transferred two amounts
```

1  back to your IRA account, one for 6,500 and one

2  for 10,000.

3          Do you recall making those transfers

4  to your IRA account from your trust account?

5      A.      No.

6      Q.      Do you have any reason to dispute

7  that you in fact made those transfers?

8      A.      I don't know.  I've never seen this

9  document before.  I don't know what it represents.

10      Q.      All right.  This also indicates that

11  on July 8th of 2016 you wired funds to James R.

12  and Mallory D. Salter in the amount of $275,000.

13  Is that correct?

14      A.      That's what it says.

15      Q.      And would that have been for the

16  payment of the home that you had been living in

17  that they had purchased in 2013?

18      A.      That would be about right.

19      Q.      I'm sorry, Mr. Dorand.  I didn't hear

20  you on that.

21      A.      That's about right.  That would be

22  about right.

23      Q.      There was also a wire on August 12th

24  for $5,000 to James R. and Mallory D. Salter; is

25  that correct?

1       A.          I don't know.  That's what it says,

2   but I don't remember what for.

3       Q.          Okay.  And, again, in September,

4   again, to your son-in-law and daughter in the

5   amount of $12,470.95.

6       A.          That's what it says.

7       Q.          And do you know if your son-in-law

8   and daughter ever had a mortgage on the property

9   at 58 Dune Top Terrace during the time from when

10  they purchased the home until when you purchased

11  it from them?

12      A.          Yes.  I do know that, yes.

13      Q.          You do know that?

14      A.          Yes.

15      Q.          Okay.  You do know that they had a

16  mortgage?

17      A.          I assume they had a mortgage.

18      Q.          All right.  That's the question I was

19  asking.  You're saying you assume.  I was asking

20  if you knew whether or not there was --

21      A.          No, I don't.  I assume.

22      Q.          Okay.  And how did you arrive at the

23  price that you paid for the property at 58 Dune

24  Top Terrace?

25      A.          Basically I paid off what they had

 1  left on the mortgage as far as I recall.

 2       Q.        Okay.  So do you know if they made

 3  any profit from your purchase of this home from

 4  them?

 5       A.        As far as I know they did not.

 6       Q.        Okay.  Is it fair to say that they

 7  bought this home to secure a place for you and

 8  your former wife to live?

 9       A.        I already answered that question,

10  sir, about 30 minutes ago.  The answer is yes.

11       Q.        Okay.  Morgan Stanley 6178 is the

12  first page of the 2017 recap of activities on this

13  trust account.  That's missing a page.  Let's see

14  if it's out of line.  It looks like I cut a page

15  off of that.

16                 Do you have any reason to believe

17  that you didn't deposit all of your IRA

18  distributions and Social Security funds into the

19  trust account in 2017?

20       A.        Say again.

21       Q.        Is there any reason to believe that

22  you didn't deposit all of your IRA distributions

23  and your Social Security payments directly into

24  the trust account in 2017?

25       A.        I don't know the answer to that

```
 1  question.
 2                    I got to go to the bathroom; I'll be
 3  back.
 4                    MR. WOOTEN:  All right.  Let's take a
 5  break.
 6                    VIDEOGRAPHER:  The time is now 2:46.
 7  We're off the record.
 8                    MR. FULLER:  How long do you want to
 9  take?
10                    MR. WOOTEN:  As long as it takes him
11  to go to the bathroom and come back.  I mean, I'm
12  already dealing on a two-hour window, so...
13                    MR. FULLER:  All right.  I'm going to
14  do the same thing.  I'll be back in just a few
15  minutes.
16                          RECESS
17                    VIDEOGRAPHER:  The time is now
18  2:49 p.m.  We're back on the video record.
19  BY MR. WOOTEN:
20      Q.        Dr. Dorand, we just spoke about 2017.
21  Take a moment and look at -- flip over to this
22  other page, beginning with Morgan Stanley 6307,
23  which is your 2018 recap of your cash management
24  activities.
25                    Again, a deposit every month from
```

```
 1  both your IRA and your Social Security to your

 2  trust account.  You had some payments showing up

 3  out of there from your trust account to your

 4  SunTrust account; correct?

 5       A.      Yes.  That's what it looks like.

 6       Q.      Okay.  You made a payment to the

 7  Hartford of about $2,200 in May of 2018.  Do you

 8  recall what you were paying the Hartford for?

 9       A.      I do not.

10       Q.      Beginning with Morgan Stanley 6422,

11  you have the 2019 recap of your deposits into your

12  trustee account.  Once again, the deposit monthly

13  from both the IRA and your Social Security.

14               Do you see that information?

15       A.      Okay.

16       Q.      I'm sorry.  Did you have an answer?

17       A.      No.  I'm just -- I'm looking at it.

18       Q.      Now, I think I mentioned earlier that

19  we had served post judgment interrogatories on

20  March of 2019.

21               Do you recall that?

22       A.      Yes.

23       Q.      Okay.  And you received those

24  interrogatories at 58 Dune Top Terrace in Florida?

25       A.      I don't recall.  I think my attorney
```

 1  sent them to me.

 2      Q.        Okay.  Were you living somewhere

 3  other than 58 Dune Top Terrace in March of 2019?

 4      A.        Probably not.

 5      Q.        Okay.  In May of 2019, you cashed out

 6  an investment; correct?

 7      A.        I did what?

 8      Q.        You cashed out an investment with

 9  Prudential?

10      A.        I don't recall.

11      Q.        If you'll look there below the line

12  of 524 it says, Funds received from Pruco Life of

13  Arizona, payment.

14                Do you see that information?

15      A.        I see what it says, yes.

16      Q.        And it was for the amount of

17  $245,864.66?

18      A.        I have no idea.

19      Q.        Do you recall maintaining an

20  investment in the form of an annuity of some sort

21  with Prudential within your trust account?

22      A.        Oh, yes.  Yes.  Yeah.

23      Q.        Okay.  You recall maintaining that

24  account for that investment for a number of years

25  prior to when it was liquidated?

```
 1        A.       Yes.
 2        Q.       But two months after post judgment
 3   interrogatories were served you cashed that out;
 4   right?
 5        A.       I had to.  The insurance company
 6   notified me that because my wife had died that it
 7   no longer existed and I had to cash it in.
 8        Q.       Okay.
 9        A.       And that's why it got cashed in.
10        Q.       You did not --
11        A.       No other reason.
12        Q.       You did not write in to them and tell
13   them that you were unsatisfied with the
14   investment's performance and wanted to cash out?
15        A.       No, sir, I did not.
16        Q.       Okay.
17                 MR. FULLER:  Nick, pardon me for --
18                 THE WITNESS:  My wife's death had
19   nothing --
20                 MR. FULLER:  Nick, I'm about to try
21   to sign in on my desktop computer just so I can
22   see these documents a little better.
23                 MR. WOOTEN:  Okay.
24                 MR. FULLER:  So if you all see
25   somebody trying to sign in, that's me.
```

 1          MR. WOOTEN:  Okay.

 2          MR. FULLER:  I'm going to stay on

 3   this one.  I'm hearing you all on my iPad but --

 4          MR. WOOTEN:  That's just fine, Doyle.

 5   Go right ahead.

 6          MR. FULLER:  And I'm sorry to

 7   interrupt you.  Go ahead.  I just wanted you all

 8   to know what was happening.

 9          MR. WOOTEN:  That's all right.

10   BY MR. WOOTEN:

11      Q.       Also in October of 2019, you made a

12   payment to The Hartford in the amount of

13   $137,609.85.

14      A.       Uh-huh.

15      Q.       And what was that for?

16      A.       That's for a life insurance policy.

17      Q.       Okay.

18      A.       It was a loan that I had gotten.

19      Q.       So once you cashed out the $245,000

20   from the Prudential investment, you then a few

21   months later made a payment of $137,000 to The

22   Hartford?

23      A.       That's what it looks like, yes.

24      Q.       If you look at the bottom of 6423 a

25   little bit further down, it indicates that you

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

1  made cash withdrawals for 1,500, 1,100, 1,200 and

2  2,500 at various points during the year; is that

3  right?

4        A.        Yes.

5        Q.        You also paid your current wife,

6  Ms. Phyllis Dorand, two different payments, one of

7  2,000 and one of 300; correct?

8        A.        Right.

9        Q.        Who is Velocity Risk Underwriters?

10        A.        The insurance on my house.

11        Q.        That's your homeowners insurance --

12        A.        Yes.

13        Q.        -- for Dune Top Terrace?

14        A.        Yes.

15        Q.        Going back to your house for a

16  moment, when you made the payment in 2016 to, I

17  think your term was pay off whatever it was that

18  your son-in-law and daughter owed, the house was

19  at that point free and clear; correct?

20        A.        Yes.

21        Q.        Okay.  Since then has the house been

22  encumbered with any debt?

23        A.        Yes.

24        Q.        Tell me about that.

25        A.        I had to get a line of credit to pay

 1  off bills.

 2       **Q.       Okay.  And how much was that line of**
 3  **credit?**

 4       A.       Then I had to get a line of credit
 5  also to pay off a reverse mortgage that I got in
 6  order to pay off bills, which was what the
 7  original loan was for.

 8       **Q.       Okay.  How much was the original loan**
 9  **on the property?**

10       A.       On the reverse mortgage?

11       **Q.       Yes.**

12       A.       I don't recall the exact number.
13  Somewhere around 3 or 400,000, maybe.

14       **Q.       And so does that mean that you got a**
15  **check for 3 or 400,000 when you did the reverse**
16  **mortgage?**

17       A.       I paid off my deceased wife's medical
18  bills and all the bills that accumulated in the
19  years before that, yes.  However much it was, I
20  don't recall.  I don't recall what the other --

21             VIDEOGRAPHER:  Can you mute your mic
22  on your phone?  Can you mute your phone?

23             MR. FULLER:  Oh, okay.

24             VIDEOGRAPHER:  Or your computer.
25  Just one of them.

1            MR. FULLER:  I think I got that fixed

2    now.

3            VIDEOGRAPHER:  Okay.

4            MR. WOOTEN:  All right.  Thanks,

5    Doyle.

6            MR. FULLER:  Sorry.

7    BY MR. WOOTEN:

8        Q.      Doctor, let me ask my question again

9    to make sure I get a clear answer.  Do you

10   remember the amount of money you received in

11   exchange for taking out the reverse mortgage?

12       A.      No.

13       Q.      Okay.  Did you get a closing

14   statement or any other documentation related to

15   that amount?

16       A.      It was all given to my accountant,

17   yes.

18       Q.      And was it paid in a lump sum or did

19   you receive payments over time?

20       A.      I don't recall.

21       Q.      Okay.  And then you said you

22   refinanced that property a second time to pay off

23   that reverse mortgage.

24       A.      That's correct.

25       Q.      And how much is the current -- is

```
 1   that the current mortgage that's on the property?
 2        A.        Yes.
 3        Q.        And that's what you're referring to
 4   as your line of credit; right?
 5        A.        Correct.
 6        Q.        And do you know what the balance of
 7   that is today?
 8        A.        No, I don't.
 9        Q.        And who is that mortgage with?
10        A.        SunTrust Bank.
11        Q.        All right.
12        A.        Now Truist.
13        Q.        And when did you incur that second
14   mortgage on the property?
15        A.        About a year ago.
16        Q.        And did you receive any money at that
17   time that you also refinanced that loan?
18        A.        I paid off the reverse mortgage.
19        Q.        Okay.  Do you know how much was paid
20   to the reverse mortgage company?
21        A.        I just said I did not know that.
22        Q.        Okay.  And did you get a closing
23   statement from that transaction?
24        A.        All been given to my accountant, sir,
25   and I answered that.
```

1      Q.        Okay.  Do you have life insurance
2  currently with Northwest Mutual?
3      A.        If I do, it's a very small policy.  I
4  don't think I do.
5      Q.        Okay.  Is it possible that your wife
6  has life insurance from Northwest Mutual?
7      A.        No.
8      Q.        Do you know why you'd be making a
9  payment to Northwest Mutual in February of 2020?
10      A.        Yeah.  I make one every month for my
11  kids.
12      Q.        That's insurance policies for your
13  children?
14      A.        Yes.  That you garnished.
15      Q.        Yes, I believe I did.
16      A.        I believe you did, too.
17      Q.        Now, Morgan Stanley 6437 is your
18  January 2020 account activity statement from the
19  trust account.  Does it also reflect distributions
20  from your IRA account as well as your Social
21  Security payment?
22      A.        What part are you looking at?
23      Q.        Under the part that has the heading
24  of Cash Related Activity.
25      A.        Yes.  That's what it says.

1     Q.        Morgan Stanley 6445 is your February
2  2020 Morgan Stanley trust account statement.
3  Again, that shows funds received from your IRA and
4  your Social Security payment as well as a deposit
5  made from your SunTrust account; correct?
6     A.        Yes.
7     Q.        Morgan Stanley 6453 is a page from
8  your March 2020 account which, again, shows a
9  distribution from IRA account as well as Social
10  Security funds being deposited into your trust
11  account.
12     A.        Yes.
13     Q.        Morgan Stanley 6463 is a page from
14  your April 2020 trust account statement, again,
15  deposits from your IRA account and your treasury
16  account.
17     A.        Yes.
18     Q.        Morgan Stanley 6471, the same thing
19  for May 2020?
20     A.        Yep.
21     Q.        May 2020 also shows your distribution
22  from your IRA and your Social Security deposit to
23  the trust account.
24     A.        Yep.
25     Q.        Morgan Stanley 6480 is June of 2020.

1  Again, same pattern, IRA distribution and Social

2  Security deposit; right?

3      A.      Right.

4      Q.      Morgan Stanley 6489, again, July

5  2020, same thing.  Retirement account

6  distributions and Social Security deposits; right?

7      A.      Yes.

8      Q.      Morgan Stanley 6497 would be your

9  August 2020 statement and, again, same thing, IRA

10 distributions and Social Security deposit;

11 correct?

12     A.      Yes.

13     Q.      Morgan Stanley 6505 is your September

14 2020 statement; again, IRA distribution and Social

15 Security deposits to the trust account.  Is that

16 correct?

17     A.      Yes.

18     Q.      Dr. Dorand, we've looked at basically

19 a statement covering every month between the first

20 month you received Social Security and September

21 of 2020, and every month reflects a deposit of

22 your Social Security funds into your trust

23 account.

24     A.      Okay.

25     Q.      Do you have any information that

1  would show that any month there was a deposit from
2  your Social Security that went anywhere else?
3      A.      No.
4      Q.      Same with respect to your IRA
5  distributions.  Those started in 2012 and every
6  month between 2012 when the first installment was
7  paid in September of 2020, every IRA payment went
8  to the trust account; correct?
9      A.      Back and forth between SunTrust and
10 the bank, yeah.
11     Q.      Now, let me be perfectly clear.
12 There is no deposit of IRA distributions into any
13 account directly except the trustee account?
14     A.      The trustee account then put money
15 elsewhere, yes.
16     Q.      Sure.  The trustee account, once it
17 obtained possession, it distributed funds, did
18 whatever.  I'm asking if all your IRA
19 distributions were made to the trust account.
20     A.      Directly, yes.
21     Q.      Okay.  And you believed when you
22 answered my interrogatories initially a few months
23 ago that the trust owned your IRA; correct?
24     A.      But they don't.  I found that out.
25     Q.      Okay.  My question was not whether

1  they do or they don't.  My question is that you
2  believed, at least as of the time that you
3  answered my interrogatories, that the trust was
4  the owner of your retirement fund?
5       A.      Yes.
6       Q.      And you have, in fact, acted as if
7  the trust owned your retirement fund since you
8  began to receive either Social Security or IRA
9  distributions; correct?
10      A.      It didn't make any difference.
11 Social Security went into the retirement account,
12 period, end of discussion.  It didn't matter
13 whether the trust owned it or not.  That's where
14 the money was going to go.
15      Q.      So thank you for your commentary.  My
16 question's really much simpler.  And my question
17 really simply was, every dollar that you say is a
18 retirement fund payment, be it Social Security or
19 a distribution from your IRA, was initially
20 deposited into your trust account?
21      A.      IRA account, yes.
22      Q.      No, sir.  Your IRA account makes
23 distributions to your trust account; correct?
24      A.      Money was never not put into the
25 trust account.  It was put into the IRA.

1      Q.       I'm sorry, Dr. Dorand.  I don't think
2  you're answering the question I've asked.

3      A.       Okay.

4      Q.       My question very simply, every
5  statement for every month from when you first
6  received Social Security or an IRA distribution
7  demonstrates that you made deposits of those funds
8  directly into your trust account.

9      A.       You know, I don't know where the
10 money went from Social Security, if it went into
11 the IRA or into the trust account --

12     Q.       Okay.

13     A.       -- first.

14     Q.       Do you have any evidence that it was
15 deposited into your IRA account?

16     A.       You just looked right there as to
17 what it was, sir.  My understanding was that's
18 where it was going, and then it came back out into
19 the trust account.  If that's not the case, then I
20 was misinformed.

21     Q.       And so you're saying that your
22 intention was for your Social Security benefits to
23 go into your IRA account every month?

24     A.       That's correct.

25     Q.       Okay.  Are you familiar with what the

 1  contribution limits are to an IRA?

 2      A.      No.

 3      Q.      Do you know that they're about $6,500

 4  per year?

 5      A.      I do not know that, no.  Never asked

 6  the question.

 7      Q.      So you have been paid about roughly

 8  30 to $35,000 a year in Social Security in 2011?

 9      A.      Well, it's a good thing then Scirocco

10  didn't let me do that, isn't it?

11              COURT REPORTER:  I'm sorry, sir.  I

12  didn't hear you.

13              THE WITNESS:  I said so it's a good

14  thing that Scirocco didn't let me do that.

15  BY MR. WOOTEN:

16      Q.      Okay.

17      A.      And he put it where it belonged, so

18  that's all I can tell you.

19      Q.      And that was in the trustee account;

20  right?

21      A.      If that's where it went, that's where

22  it went.

23      Q.      Can you tell me what Panhandle Global

24  Ventures, LLC Company is?

25      A.      That's a defunct online business that

 1  I wasted a lot of money trying to do.
 2       Q.        Can you tell me what type of business
 3  you were trying to do?
 4       A.        Set up a website.
 5       Q.        Okay.  So you were trying to set up a
 6  website that was going to be owned by Panhandle
 7  Global Ventures?
 8       A.        Right.
 9       Q.        Let me show you -- this page is not
10  numbered, but I will represent to you that it is
11  from your June of 2016 IRA account and it
12  indicates a deposit of $16,500.
13                 Do you see that?
14       A.        No.
15                 MR. FULLER:  But it's two different
16  deposits, Nick.
17  BY MR. WOOTEN:
18       Q.        Right.  There's two deposits totaling
19  $16,500 into the IRA in June of 2016 --
20       A.        Okay.
21       Q.        -- from the trust account.
22       A.        I don't know where it came from.
23       Q.        All right.
24                 MR. FULLER:  Susan, I need to get up
25  and stretch my back a little bit.  Can you just

1 | cover this for me until I get back, would you?

2 |          MS. COPELAND:  Yes.

3 | BY MR. WOOTEN:

4 |     **Q.**      **Dr. Dorand, I'm showing you Morgan**

5 | **Stanley Page 6050 from your trust account from**

6 | **recapping your 2016 activity and it shows funds**

7 | **transferred to your IRA in two different**

8 | **transactions, one for 6,500 and one for $10,000.**

9 |          **Do you see that?**

10 |     A.      (No response.)

11 |     **Q.**      **Dr. Dorand?**

12 |     A.      I answered the question.  I said yes,

13 | I see it.

14 |     **Q.**      **Okay.  So having shown you that**

15 | **document and the IRA document, can we agree that**

16 | **you transferred the 16,500 into your IRA account**

17 | **in June of 2016?**

18 |     A.      I have no idea.

19 |     **Q.**      **Well, there was no one else who had**

20 | **control of your trustee account in 2016.**

21 |     A.      I don't know how the money went.

22 | That's the answer.

23 |     **Q.**      **Okay.  Is there anyone at Morgan**

24 | **Stanley --**

25 |     A.      No.

1    Q.        Dr. Dorand, I'd appreciate if you let
2  me finish my question, please.
3            Is there anyone at Morgan Stanley who
4  has authority to take money or move money in your
5  trust account without your express direction?
6    A.        I have no idea.
7    Q.        Okay.  So it's possible you're saying
8  that someone from Morgan Stanley chose to
9  transfer --
10    A.        I did not say anything.  I'm just
11  telling you, I don't know how the money got
12  there --
13    Q.        Well, let's talk about what we
14  do know about it.
15    A.        -- or who sent it.  Or who sent it or
16  for what reason.
17    Q.        Well, let's talk about what we do
18  know about June of 2016; correct?
19    A.        Yes.
20    Q.        June of 2016 was after your former
21  wife Barbara had passed away; correct?
22    A.        Yes.
23    Q.        You and Barbara were the only
24  trustees of the Rodney D. and Barbara H. Dorand
25  Living Trust.

```
 1        A.        Yes.
 2        Q.        There was no other trustee of the
 3   trust in June of 2016 but you.
 4        A.        That's correct.
 5        Q.        And the records indicate that trust
 6   property moved to your IRA account in June of
 7   2016?
 8        A.        That's what the record says.
 9        Q.        Okay.  You don't have any reason to
10   dispute the accuracy of Morgan Stanley's records
11   regarding your account, do you?
12        A.        No.  I have nothing -- I have no
13   recollection of that at all, none whatsoever.
14        Q.        So then you would defer to --
15        A.        It was a terrible time, Mr. Wooten.
16   It was a terrible time.  And I don't remember what
17   happened.  Do you understand that?
18        Q.        Dr. Dorand, I'm certainly sorry for
19   your loss and I'm sure it was --
20        A.        Yes.  I know you are very, very sorry
21   and so am I.  And I'm sick and tired of it.
22        Q.        Once again, I understand that's
23   difficult for you, but I still have my obligations
24   here and I've got questions to get answers to.
25        A.        Fine.
```

1      Q.      Let me show you a couple of

2  documents, Morgan Stanley 9061 and I believe it

3  goes through 9063.

4              Do you recognize this document as a

5  document related to replacement of your life

6  insurance policy?

7      A.      I've never seen that document before.

8      Q.      Okay.  Let me show you page Morgan

9  Stanley 9062.

10     A.      Okay.

11     Q.      Is that your signature as trustee?

12     A.      Yes.

13     Q.      And that's dated January 20th of

14  2011?

15     A.      Yes.

16     Q.      Is that Mr. Scirocco's signature

17  below you and your former wife's signature?

18     A.      I don't know.

19     Q.      Was he your financial adviser --

20     A.      Yes.

21     Q.      -- in 2011?

22              Did you and your wife both sign this

23  form in your capacity as trustee?

24     A.      Yes.

25     Q.      And the signature line says it's to

 1  be signed by the owner and the joint owner;

 2  correct?

 3      A.       Yes.

 4      Q.       Okay.  And when the death benefits

 5  were paid after your wife's unfortunate and

 6  untimely passing, those funds were paid to the

 7  trust account?

 8      A.       I believe so.

 9      Q.       I don't think I need that page.  I'm

10  going to show you a document marked as -- it's

11  been Bates labeled as Truist 219.  Appears to be

12  the first page of your March 2020 bank statement

13  from SunTrust, now Truist; correct?

14      A.       I can't read it.

15      Q.       Is that your name and your current

16  wife's name along with your address in Santa Rosa

17  Beach?

18      A.       Yes.

19      Q.       And does this show in February of

20  2014 a deposit for $6,444 related to your

21  independent contract work?

22      A.       Yes.

23      Q.       And does it also show on the second

24  page, which would be Truist 220, a deposit in the

25  amount of $10,349 related to your independent

1    contract work?

2         A.        That's in March?

3         Q.        Yes.

4         A.        Yes.

5         Q.        Okay.  Flipping over to Truist 221,

6    your April 2020 statement covering March 14th

7    through April 14th of 2020, actually -- well,

8    nevermind.  That shows that in that approximate

9    30-day window you do not have any deposits from

10   your independent contract work; correct?

11        A.        Can't read it.

12        Q.        All right.  Well, I'll represent to

13   you that there was only one deposit of $350 and it

14   says mobile check deposit.  So it certainly does

15   indicate it came from your telemedicine work.

16                  Flipping over to 223, which covers

17   the period of April 15 through May 12th of 2020,

18   the first transaction is an April 15th deposit of

19   $21,912 related to your independent contract work?

20        A.        Right.

21        Q.        Flipping over to Truist 225, that is

22   covering May the 13th of 2020 through June the

23   12th, there is a deposit on May 15th of $17,630

24   related to your independent contract work?

25        A.        Right.

1      Q.        And 227 covering July of 2015 (sic)

2   there was a deposit on June 15th of $3,340 related

3   to your independent contract work; correct?

4      A.        I can't read it.

5      Q.        I'll make that a little bit larger.

6   Is that better?

7      A.        It's down to 3,000 now, yes.

8      Q.        So from these records it's obvious

9   some months you didn't earn any income from this

10  work and some months you earned substantial moneys

11  from this work.  Is that fair?

12     A.        Yeah.  In the very beginning it was

13  very, very busy and then it fell off in June and

14  July to where it's almost nothing now.

15     Q.        All right.  And this page Truist 230

16  covers the period of time from June 24th of 2020

17  to July 20th of 2020.  And it indicates apparently

18  that you had to change bank accounts in June of

19  2020; is that correct?

20     A.        Pardon me?

21     Q.        The first entry indicates that you

22  transferred money on June 24 into a new bank

23  account number?

24     A.        Oh, yeah.  There was a fraudulent --

25     Q.        I think you previously indicated you

1  had a fraudulent transaction or something --

2       A.       Right.

3       Q.       -- and you changed some of your

4  accounts or something.

5       A.       That's correct.

6       Q.       Fair enough.

7                Here in July 15th there's a deposit

8  of $4,142 related to your online telemedicine work

9  as an independent contractor; right?

10      A.       Yes.  Yes.

11      Q.       Now, I think about this time in

12 August is when our initial garnishments hit and so

13 there really wasn't any more account activity on

14 that account after that.

15               I'm assuming that you opened another

16 bank account with someone where you weren't

17 garnished; is that correct?

18      A.       That's correct.

19      Q.       Did you open an account in Waynesboro

20 with a local bank there?

21      A.       Yes.

22      Q.       I'm sorry.  I couldn't hear you.

23      A.       Yes.

24      Q.       Okay.  That was my fault.  I had some

25 background noise.  And, you know, we're all

1  working from home so I don't have seclusion; I

2  apologize for that.

3              Let me flip over to some documents

4  that I received from -- it's going to be hard to

5  flip those.  Let me open a different program real

6  quick.  I apologize.  Give me just a second.

7              All right.  Well, that isn't very

8  helpful.  I'll come back to that in a moment.

9  I'll just have to pull that up.

10              You had to provide a copy of your

11  trust agreement to Porter Bridge as part of the

12  financing that you provided to the Lake Martin

13  Project; is that correct?

14      A.      I don't recall.  That was 20 years

15  ago.

16      Q.      All right.  If Porter Bridge provided

17  a copy of a trust agreement document that's about

18  30 pages long signed by you as part of a subpoena

19  returned to me, would that sound about like the

20  right length of document for your trust agreement?

21      A.      That would probably just be an

22  Affidavit of Trust.

23      Q.      Okay.

24      A.      I have no idea what they've got.

25      Q.      All right.  Let me try to run through

1   this if I can.  We've got a document here, Morgan

2   Stanley 8968, related to, looks like, an account

3   with Smith Barney that you signed in February of

4   2009.

5               Do you recognize this document?

6      A.       My signature, but I don't recall.

7      Q.       Okay.  Do you remember earlier I

8   asked you if I you knew what CGMI stood for?

9      A.       Yes.

10     Q.       Do you have any reason to disagree

11  that CGMI stands for Citigroup Global Markets,

12  Inc.?

13     A.       I don't know what it stands for.

14     Q.       Is that what this document that you

15  signed with Mr. Scirocco indicates?

16     A.       I see Citigroup Global Markets, Inc.

17     Q.       How long were you with Smith Barney?

18     A.       Twenty years.

19     Q.       The next page, also dated about the

20  same date, appears to be an IRA application that

21  names your spouse as beneficiary and appears to be

22  executed about February 4th of 2009.

23              Did you open an IRA account with

24  Mr. Scirocco in February of 2009?

25     A.       I don't know.

1      Q.        I guess then if I asked you whether

2   you recognize the document 8971 that you executed

3   on that same date, you wouldn't have any

4   recollection of this document specifically?

5      A.        That's correct.

6      Q.        You wouldn't have any reason to

7   question your signature on any of these --

8      A.        No.

9      Q.        -- investment account documents,

10  would you?

11     A.        No.

12     Q.        Document 8979 references a change of

13  address for several account numbers from Milly

14  Branch Road and Pike Road, Alabama, to your Blue

15  Mountain Road address in Santa Rosa Beach; is that

16  correct?

17     A.        Yes.

18     Q.        And that appears to have been

19  executed in October of 2006; correct?

20     A.        Yes.

21     Q.        I think that that is a duplicate of

22  that document.  So let's see.  Looks like on March

23  the 3rd of '99 you executed a self-directed IRA

24  document while you still resided at Milly Branch

25  Road and Pike Road, Alabama?

 1       A.        That was with Smith Barney.

 2       Q.        Okay.  And you designated the living

 3   trust as your beneficiary there?

 4       A.        Yes.

 5       Q.        And that was when you were still with

 6   Mr. Brown as your investment adviser?

 7       A.        Yes.

 8       Q.        Now, Morgan Stanley 8988 is a

 9   document related to a rollover IRA in your name,

10   and it says the beneficiary is the Rodney D.

11   Dorand Trust.  Was that an error?  Was that

12   supposed to be in the Rodney D. and Barbara H.

13   Dorand Living Trust?

14       A.        Who signed it?

15       Q.        Appears to have been signed by you on

16   August 23rd of 2001.

17       A.        No.  That was just an error.

18       Q.        Okay.  I thought that it probably

19   was; I just wanted to confirm that.

20                 Now, this document looks like it was

21   signed 8/23/01 also and on page -- I said this

22   document -- it's Morgan Stanley 8990 through --

23       A.        Back up.  Back up.  Back up.  Back

24   up.

25       Q.        That was the first page.

AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

 1      A.      That's Smith Barney.

 2      Q.      Right.  This document, the second

 3  page of this document signed on August 23rd,

 4  '01 --

 5      A.      Smith Barney.

 6      Q.      Yes.  It says -- it's signed Rodney

 7  D. Dorand, Trustee; correct?

 8      A.      Yeah.  Smith Barney.

 9      Q.      Okay.  You eventually rolled these

10  Smith Barney funds over to Morgan Stanley;

11  correct?

12      A.      I told you we had to liquidate it all

13  and start all over again.

14      Q.      That wasn't accomplished by a

15  rollover transaction to Morgan Stanley?

16      A.      Not as far as I understood it.

17      Q.      Okay.  And you signed each of these

18  pages, 8991 and 8992, as Rodney D. Dorand,

19  Trustee, on the Smith Barney form from 2001;

20  correct?

21      A.      Yes.  Both.  Both of them.

22      Q.      Who is Dorothy Dorand?

23      A.      My deceased mother.

24      Q.      Okay.  And you apparently assisted

25  her with her finances towards the end of her life;

1   is that right?

2        A.        Yes.

3        Q.        Okay.  This is another -- this is a

4   Morgan Stanley Smith Barney form that references

5   CGMI again across the top.  Citigroup Global

6   Markets, Inc., and it says it's an IRA

7   Distribution Request.

8                  Do you see that in the top left?

9        A.        Yes.

10       Q.        And you signed this document, it

11  looks like May the 6th of 2010; is that right?

12       A.        That's the date, yes.

13       Q.        Now, that document was Morgan Stanley

14  No. 9000.

15                 Morgan Stanley 9001 is an Affidavit

16  of a Power of Attorney; is that correct?

17       A.        Okay.

18       Q.        Is your son-in-law James Salter your

19  permanent power of attorney?

20       A.        No.

21       Q.        He is not?

22       A.        He is not.

23       Q.        Okay.  Did you provide this document

24  to your investment company?

25       A.        I don't ever recall seeing that

```
 1   document at all.
 2        Q.        Did you designate Mr. Salter as your
 3   power of attorney for some period of time?
 4        A.        Yes.
 5        Q.        What was that period of time?
 6        A.        It was sometime around '17 and '18.
 7        Q.        Okay.  So if this document says that
 8   you signed that document in October of 2016, would
 9   that sound about right?
10        A.        Perhaps, yeah.
11                  Excuse me.
12                       (Telephone interruption.)
13                  Yes.
14        Q.        All right.  And then beginning at
15   Morgan Stanley 9002, there's a durable power of
16   attorney that runs a couple of pages that has at
17   9005, it appears to have your signature on it.
18   Any reason to believe that this document -- you
19   did not execute this document --
20        A.        I executed it.
21        Q.        All right.  So, that's fine.
22                  And you're saying that at some point
23   you terminated this power of attorney?
24        A.        Yes.
25        Q.        Do you remember when that was?
```

 1       A.       It was in probably '19.

 2       Q.       Okay.  Now, with respect to your

 3  living trust, did you create that document or did

 4  you retain someone to create that document?

 5       A.       I created mine and my mother's and my

 6  mother's was revised by a Florida attorney.

 7       Q.       All right.  Was yours ever revised

 8  after 1997?

 9       A.       It's been revised, I believe, yes,

10  but not much.

11       Q.       I realize that after your former wife

12  passed away you made some changes with respect to

13  trustees, but as far as substantive changes to

14  powers, rights, et cetera, was there ever any

15  substantive change to powers and rights, et

16  cetera, that were set out in that document?

17       A.       I made some codicils, yes.

18       Q.       I'm sorry.  Dr. Dorand, there was

19  something in my background; I couldn't hear you.

20       A.       Yes, I made some codicils to that.  I

21  believe there were codicils to that.

22       Q.       You've explained the work you did for

23  your mother's issues so we don't even have to

24  touch on those.

25                Now, this is a page, it says it's an

1    Affidavit of Trust at Morgan Stanley 9031.  Looks

2    like it's only two pages, but it indicates it was

3    dated April 7th of '97.

4                   Do you recall executing that

5    document?

6         A.        Yeah, that would be about right.

7         Q.        Okay.  And then beginning at Morgan

8    Stanley 9033 it has a document that is titled

9    Article 17, Our Trustees's Administrative and

10   Investment Powers?

11        A.        Yes.

12        Q.        And I think there's a couple pages

13   there that deal with that.  Do you recognize these

14   pages being from your living trust document?

15        A.        Yes.

16        Q.        Now, did you come up with this

17   document or did you find a form book or something?

18   Or how did you create this trust?

19        A.        I created it with the living trust

20   document provided through one of the legal

21   societies.

22        Q.        Okay.  Does this page Morgan Stanley

23   9047 that has a -- looks like a page number from

24   the trust of 18-8, does that appear to be a copy

25   of you and your wife's original signatures related

 1  to the formation of the trust?

 2       A.       Yes.

 3       Q.       So fair to say that any complete

 4  trust instrument should have 18 sections and

 5  should end with these pages we see are 18-8 and

 6  18-9?

 7       A.       About that, yes.

 8       Q.       Okay.  Here's a letter from, it's

 9  Morgan Stanley 9059, it's dated May 23rd, 2007.

10  It's addressed to Chase Mellon Shareholder

11  Services, LLC.

12            Are you able to read this or is it

13  too small?

14       A.       I can read it.

15       Q.       Does that indicate an instruction by

16  you and your former wife to change the address on

17  all your accounts and stock records?

18       A.       Yes.

19       Q.       And that's to change it from Pike

20  Road to Blue Mountain Road in Santa Rosa Beach;

21  right?

22       A.       Right.

23       Q.       Now, Morgan Stanley 9050, it's an

24  automatic funds transfer enrollment.  It indicates

25  that the account owner's name, you have listed you

1  and your former wife's name as trustee; is that

2  correct?

3        A.        Yes.

4        Q.        Do you recall the purpose of this

5  form?

6        A.        I've never seen it before.

7        Q.        Never seen this form either?

8        A.        No.  I signed them, but I don't

9  recall seeing them.

10       Q.        All right.

11       A.        It's 20 years ago.

12       Q.        Okay.  But you don't remember exactly

13  why you were using this document?

14       A.        No, I don't.

15       Q.        Okay.  Fair enough.

16                 This appears to be another form

17  beginning at 9053 that appears to be -- it might

18  even be a copy of the document we were just

19  looking at, I haven't been able to tell any

20  difference.  But I'm assuming your answer would be

21  exactly the same.  You don't know why you signed

22  that document but you did; right?

23       A.        That's correct.

24       Q.        All right.  Now, here at Morgan

25  Stanley 9056, there's a Fiduciary Certification

AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

1  and Trust Account Agreement that says it applies

2  to the Rodney D. Dorand Living Trust.

3              Again, did you mean Rodney D. and

4  Barbara H. Dorand Living Trust or is there a

5  separate Rodney D. Dorand Living Trust?

6      A.      I didn't fill it out, so I don't

7  know.  There was only one trust for both of us.

8      Q.      All right.

9      A.      I presume that's an error.

10     Q.      So at least as far as May of 2010,

11 there would have only been the Rodney D. and

12 Barbara H. living Trust?

13     A.      Correct.

14     Q.      Fair enough.

15             Now, we went over -- I showed you a

16 copy of a Life Insurance and Annuity Replacement

17 form earlier beginning at 9061.  This is another

18 of those forms.  Might be a copy of what we looked

19 at earlier, but it appears that you executed two

20 of these forms, one for a policy that had been

21 previously for your wife and one that had been for

22 you.

23             Do you recall doing that?

24     A.      I don't even know what they're for.

25     Q.      All right.  Well, it says it's a Life

1    Insurance and Annuity Replacement Disclosure Form.
2              You don't have any reason to doubt
3    that, do you?
4         A.      No.
5         Q.      And it says it's for Rodney Dorand
6    where it says Client Name right below my
7    highlighting; right?
8         A.      Yes.
9         Q.      Okay.  And it shows where it says
10   Policy Contract Comparison, it says your existing
11   product is a whole life product and your proposed
12   product is a universal life product with The
13   Hartford?
14        A.      Yeah.  That's what it says.
15        Q.      At least it looks to me like the
16   number one thing I see different is, it has a very
17   similar death benefit but you no longer have to
18   pay premium on it?
19        A.      I don't know what it says.
20        Q.      All right.  Well, right there my
21   second highlighting where it says Annual Premium
22   it says you're paying roughly $300 a month for
23   your existing product and you could pay zero for
24   the other; is that right?
25        A.      That's what it says.

1       Q.        Okay.  And then again that document
2  is signed by --
3       A.        Myself.
4       Q.        -- looks like you and your wife as
5  trustee at the time; right?
6       A.        Right.
7       Q.        And then the next one which begins at
8  9064, it says the client is Rodney D. and Barbara
9  H. Dorand; right?
10      A.        Yes.  Misspelled, of course.
11      Q.        I'm sorry.  What was that?
12      A.        Misspelled, of course.
13      Q.        Yeah.  I noticed they did that
14  frequently through your paperwork.  I noticed you
15  corrected it every time you saw it.
16                But this again appears to be
17  different policies with different death benefits
18  but again it stops requirement for annual
19  premiums; right?
20      A.        That's what it looks like.
21      Q.        Okay.  And, again, you and your wife
22  signed as trustee on that?
23      A.        That we reviewed the comparison.  I
24  guess that's what it says.
25      Q.        Sure.  And I think both those forms

1  say the same thing which says Benefits of

2  Transaction.  I think they both actually say that

3  but they're addressing two different policies.

4       A.       Yeah.

5       Q.       You mentioned some changes to the

6  trust instrument or you called them codicils,

7  C-O-D-I-C-I-L-S.  This document is dated August

8  9th of '19.  It was produced as Morgan Stanley No.

9  9067.

10              It looks like an amendment to the

11 living trust document for removing your former

12 wife after her passing and nominating a disability

13 or successor trustee?

14      A.       Yes.

15      Q.       So fair to say that since your wife's

16 passing in 2016 that you have been the only

17 trustee over the living trust?

18      A.       Yes.

19      Q.       And under this document we see at

20 9067, there wouldn't be another trustee unless you

21 became disabled or passed away; right?

22      A.       Correct.

23      Q.       Here's another copy of a Power of

24 Attorney document that they produced, and then I

25 think this was a fax maybe that came over from --

1 | in August.  Looks like it has your current wife's
2 | name across the top there in the upper left; is
3 | that right?
4 |      A.       I don't know what it is.
5 |      Q.       You said your wife goes by Penny
6 | Dorand sometimes; right?
7 |      A.       Yes.
8 |      Q.       This document -- I was trying to
9 | remember why this document was in here, but this
10 | is a document called a Fiduciary Certification and
11 | Trust Account Agreement, according to the title.
12 |           Did I read that correctly?
13 |      A.       Yes.
14 |      Q.       Okay.  And you are the sole signer of
15 | that document in August of 2019; correct?
16 |      A.       Right.  That's a repeat.
17 |      Q.       Yeah, I think -- that's what I was
18 | looking back at.  I don't think I need to ask
19 | anything else about that at the moment.  I need to
20 | cut that off for just a second while I look at
21 | another document right quick to make sure I try to
22 | make as best use of my time as I can.
23 |           MR. FULLER:  While you're doing that,
24 | Rodney, what time do you need to leave for your
25 | doctor's appointment?

1          THE WITNESS:  About ten minutes, 15

2  minutes.

3          MR. WOOTEN:  Yeah.  I think we said

4  we were going to just adjourn at the top of the

5  hour.  I've got about eight minutes left.

6          MR. FULLER:  Okay.  That's fine.

7          MR. WOOTEN:  I just want to make sure

8  I look back to my topics before I let us adjourn

9  to go deal with that.

10  BY MR. WOOTEN:

11      Q.      Let me see.  How much time do you

12  spend in Pennsylvania as compared to the time you

13  spend in Florida?

14      A.      I spend six months plus in Florida.

15  That would be about five months.

16      Q.      Okay.  And does your wife have

17  business or affairs that she has to tend to in

18  Pennsylvania?

19      A.      She does.

20      Q.      Geographically what part of the state

21  is Waynesboro in?

22      A.      South central.

23      Q.      All right.  Now, your lawyers made

24  some claims of exemption for you.  My

25  understanding is that you made those claims on a

1  Florida form; is that right?

2      A.      I don't know.  On a Florida form?

3      Q.      Yeah.  The exemptions I think were

4  claimed based on Florida law.

5      A.      I don't see where it says it's a

6  Florida form or an Alabama form.

7      Q.      All right.  I think if you'll check

8  the State of Florida's website it will point you

9  to that particular form as a Florida exemption

10  form.

11      A.      Well, good.

12      Q.      Let me just take a look at this and

13  make sure I've covered what I think I have.  I

14  just want to make sure I open this form up and

15  covered the issues.

16              So your exemptions are head of family

17  wages; correct?

18      A.      Yes.

19      Q.      Social Security benefits; correct?

20      A.      Yes.

21      Q.      Retirement or profitsharing benefits

22  or pension money; right?

23      A.      That's correct.

24      Q.      And life insurance benefits or cash

25  surrender value; correct?

1      A.      Correct.

2      Q.      We talked about it earlier, but

3  you're not an employee of Amwell; you're an

4  independent contractor; correct?

5      A.      Correct.

6      Q.      Your Social Security benefits and

7  your IRA benefits have all been deposited into the

8  trust account; correct?

9      A.      Yes.

10     Q.      And your life insurance benefits that

11  you received when your former wife passed away

12  were deposited into your trust account; correct?

13     A.      Wherever they went.

14     Q.      Was there a claim of exemption filed

15  on behalf of the trust?

16     A.      I'm not -- I don't understand what

17  you're saying.

18     Q.      Did anyone file a claim of exemption

19  other than you individually?

20     A.      You'd have to ask my attorney.

21     Q.      Did you sign off on a claim of

22  exemption as Rodney D. Dorand, Trustee?

23     A.      The only one I have is Rodney D.

24  Dorand.

25     Q.      All right.  For me to go into

1  **anything else, it would take us getting into**

2  **something that you don't have time to do today,**

3  **Dr. Dorand.  So we're just going to go ahead and**

4  **adjourn and we'll -- if we need to renew, we'll**

5  **figure that out and come up with a time to do it.**

6                    THE WITNESS:  Okay.

7                    VIDEOGRAPHER:  We're off the video

8  deposition of Rodney Dorand, to be continued.

9                    We are going off the record at

10  3:56 p.m.  We're now off the record.

11                    MR. FULLER:  Nick, we'll call you to

12  talk about a date to resume.

13                    MR. WOOTEN:  That will be fine,

14  thanks.

15                    MR. FULLER:  Have a good day.

16

17

18

19

20

21

22

23

24

25

1                      CERTIFICATION

2

3              I, BARBARA McKEON QUINN, a Registered

4    Merit Reporter and PA Notary Public in and for the

5    Commonwealth of Pennsylvania, hereby certify that

6    the foregoing is a true and accurate transcript of

7    the deposition of said witness who was first duly

8    sworn by me on the date and place herein before

9    set forth.

10

11              I FURTHER CERTIFY that I am neither

12   attorney nor counsel for, not related to nor

13   employed by any of the parties to the action in

14   which this deposition was taken; and further that

15   I am not a relative or employee of any attorney or

16   counsel employed in this action, nor am I

17   financially interested in this case.

18

19

20

21

22

23   

24   _____
     BARBARA McKEON QUINN
     Registered Merit Reporter
25   and PA Notary Public

AdvancedONE
LEGAL                                (866) 715-7770
                                     advancedONE.com

## $

**$1.6** 6:2

**$10,000** 58:8

**$10,349** 62:25

**$12,470.95** 39:5

**$137,000** 45:21

**$137,609.85** 45:13

**$150,000** 29:25
31:10,13 32:8,13
33:20

**$16,500** 57:12,19

**$17,630** 63:23

**$2,198** 28:1,7,12

**$2,200** 42:7

**$21,912** 63:19

**$245,000** 45:19

**$245,864.66** 43:17

**$25,696** 29:18

**$275,000** 38:12

**$299,404.59** 37:15

**$3,340** 64:2

**$300** 78:22

**$35,000** 56:8

**$350** 63:13

**$4,142** 65:8

**$5,000** 38:24

**$6,444** 62:20

**$6,500** 56:3

## 0

**01** 70:4

## 1

**1** 11:1

**1,100** 46:1

**1,200** 46:1

**1,500** 46:1

**10,000** 38:2

**10th** 31:9

**11th** 31:3

**12:51** 5:2

**12th** 38:23 63:17,23

**13th** 63:22

**14th** 63:6,7

**15** 63:17 82:1

**150,000** 29:24

**15th** 63:18,23 64:2
65:7

**16,500** 58:16

**17** 72:6 74:9

**18** 72:6 75:4

**18-8** 74:24 75:5

**18-9** 75:6

**19** 73:1 80:8

**1982** 13:22,24

**1987** 5:19

**1997** 17:1 73:8

**1:51** 5:3

**1:53** 4:11

**1st** 37:24

## 2

**2,000** 29:23 46:7

**2,500** 46:2

**20** 20:19 66:14
76:11

**2000** 18:4 21:12

**2001** 69:16 70:19

**2003** 11:22

**2005** 10:20 21:12

**2006** 68:19

**2007** 9:2 75:9

**2009** 10:19 67:4,22,
24

**2010** 71:11 77:10

**2011** 9:16,20 27:18,
21,25 28:2,6,11
31:3 56:8 61:14,21

**2012** 9:2 28:17
29:6,14 30:16 37:6
53:5,6

**2013** 9:22 29:22,24
30:1,5 31:13,19
38:17

**2014** 34:1,5 36:17
62:20

**2015** 6:3 35:1,15,23
36:4,9,15 64:1

**2016** 18:4 22:22
37:12,23 38:11
46:16 57:11,19
58:6,17,20 59:18,
20 60:3,7 72:8
80:16

**2017** 22:22 40:12,
19,24 41:20

**2018** 41:23 42:7

**2019** 18:18 42:11,
20 43:3,5 45:11
81:15

**2020** 4:11 31:4
50:9,18 51:2,8,14,
19,21,25 52:5,9,14,
21 53:7 62:12 63:6,
7,17,22 64:16,17,
19

**20th** 61:13 64:17

**219** 62:11

**220** 62:24

**221** 63:5

**223** 63:16

**225** 63:21

**227** 64:1

**22nd** 29:6

**230** 64:15

**23rd** 69:16 70:3
75:9

**24** 64:22

**24th** 64:16

**26** 29:8 36:4

**28** 29:23

**2:46** 41:6

**2:49** 41:18

## 3

**3** 47:13,15

**3,000** 64:7

**30** 40:10 56:8 66:18

**30-day** 63:9

**300** 46:7

**31st** 37:13

**3:30** 7:25

**3:56** 85:10

**3rd** 4:11 68:23

---

**4**

**400,000** 47:13,15

**46** 27:19

**4th** 67:22

---

**5**

**524** 43:12

**5335** 27:24

**5343** 28:5

**5353** 28:10

**5529** 28:15,16

**5680** 29:21 30:6

**5681** 30:6 31:8

**58** 22:14 39:9,23
42:24 43:3

**5805** 33:23 34:2

**5929** 34:25 35:1

**5930** 35:1

---

**6**

**6,500** 38:1 58:8

**6049** 37:10,12

**6050** 37:24 58:5

**6178** 40:11

**6307** 41:22

**6422** 42:10

**6423** 45:24

**6437** 50:17

**6445** 51:1

**6453** 51:7

**6463** 51:13

**6471** 51:18

**6480** 51:25

**6489** 52:4

**6497** 52:8

**65** 27:16,19

**6505** 52:13

**6th** 37:25 71:11

---

**7**

**7th** 74:3

---

**8**

**8/23/01** 69:21

**82** 13:21,23

**86** 16:20

**8968** 67:2

**8971** 68:2

**8979** 68:12

**8988** 69:8

**8990** 69:22

**8991** 70:18

**8992** 70:18

**8th** 38:11

---

**9**

**9000** 71:14

**9001** 71:15

**9002** 72:15

**9005** 72:17

**9031** 74:1

**9033** 74:8

**9047** 74:23

**9050** 75:23

**9053** 76:17

**9056** 76:25

**9059** 75:9

**9061** 61:2 77:17

**9062** 61:9

**9063** 61:3

**9064** 79:8

**9067** 80:9,20

**97** 74:3

**99** 68:23

**9th** 80:8

---

**A**

**A-W-A-Y** 9:7

**able** 8:14 9:18
75:12 76:19

**about** 6:24 7:24 8:5
9:10 10:19,20
11:22 16:17 19:5
21:6 22:23 23:1,12,
13,14 25:12 26:5
27:9 30:19 31:19
32:1 36:17 37:6
38:18,21,22 40:10

41:20 42:7 44:20
46:24 49:15 56:3,7
59:13,14,17,18
65:11 66:17,19
67:19,22 72:9 74:6
75:7 81:19 82:1,5,
15 84:2 85:12

**Absolutely** 32:22

**accomplished**
70:14

**according** 18:19
81:11

**account** 11:3,10,
13,17,20 21:8 22:9
27:25 28:11,13,17
29:12,13,22 30:8,9,
10,16,17,22,23
31:6 34:3,4,18,22
35:2,5,9,11,12
37:11 38:1,4 40:13,
19,24 42:2,3,4,12
43:21,24 50:18,19,
20 51:2,5,8,9,11,
14,15,16,23 52:5,
15,23 53:8,13,14,
16,19 54:11,20,21,
22,23,25 55:8,11,
15,19,23 56:19
57:11,21 58:5,16,
20 59:5 60:6,11
62:7 64:23 65:13,
14,16,19 67:2,23
68:9,13 75:25 77:1
81:11 84:8,12

**accountant** 48:16
49:24

**accounts** 21:7,16,
17,19,20,21,24,25
64:18 65:4 75:17

**accumulated** 47:18

**accuracy** 60:10

**accurate** 19:20

**across** 71:5 81:2

**acted** 54:6

**activities** 37:11
40:12 41:24

**activity** 50:18,24
58:6 65:13

**actually** 29:5 63:7
80:2

**address** 9:8 11:4,
14 22:15 33:5
62:16 68:13,15
75:16

**addressed** 75:10

**addressing** 80:3

**adjourn** 7:25 8:1
82:4,8 85:4

**Administrative**
74:9

**admissible** 13:7

**Advanced** 4:14

**adviser** 21:12
61:19 69:6

**affairs** 82:17

**Affidavit** 66:22
71:15 74:1

**after** 31:24 32:5
44:2 59:20 62:5
65:14 73:8,11
80:12

**again** 14:10 15:21
28:12 29:13 34:1
35:3 39:3,4 40:20
41:25 42:12 48:8
51:3,8,14 52:1,4,9,
14 60:22 70:13
71:5 77:3 79:1,16,
18,21

**ago** 10:17 15:14
17:4,5 23:12 40:10
49:15 53:23 66:15
76:11

**agree** 9:18 12:10
30:11,14 58:15

**agreement** 66:11,
17,20 77:1 81:11

**ahead** 4:22 10:13
13:5,10 26:17,20
28:19 45:5,7 85:3

**Alabama** 4:8 10:16,
23 11:4,7 21:18,24
26:25 68:14,25
83:6

**all** 5:14,21 6:1,14
7:9,21 8:10 9:16,22
10:12,14,21 12:5
14:9 15:8,12,19,21
16:5,16,24 17:17,
21 18:7 19:7 20:2
22:11 23:24 24:6,
22,23 25:9,19,23
27:3,8,14,23 33:3,9
34:17,25 37:23
38:10 39:18 40:17,
22 41:4,13 44:24
45:3,7,9 47:18
48:4,16 49:11,24
53:18 56:18 57:23
60:13 63:12 64:15
65:25 66:7,16,25
70:12,13 72:1,14,
21 73:7 75:17
76:10,24 77:8,25
78:20 82:23 83:7
84:7,25

**allegedly** 23:19

**allowed** 24:1

**almost** 64:14

**along** 4:20 62:16

**already** 40:9 41:12

**also** 5:16 8:23 9:3,
6,23 12:13 14:16
16:3,13 23:1,5 28:6
29:12 38:10,23
45:11 46:5 47:5
49:17 50:19 51:21
62:23 67:19 69:21

**am** 4:12 8:16 18:2
24:16 60:21

**amendment** 80:10

**Ameritrade** 11:1,
10,13,20

**amount** 25:5 31:10
37:14 38:12 39:5
43:16 45:12 48:10,
15 62:25

**amounts** 30:9
37:25

**Amwell** 25:14 84:3

**an** 5:16 11:4,20
20:8 25:3 26:5
42:16 43:6,8,19,20
55:6 56:1 63:18
65:9,19 66:21 67:2,
20,23 69:11,17
71:6,15 73:25
75:15,23 77:9
80:10 83:6 84:3

**and** 4:9,10,19,25
5:12,14,16,18,21,
24 6:3,4,9,11,16,
18,21 7:5,6,25 9:6,
16,20,23 10:21
11:4,6,9,10,13
12:2,5,11 13:1,5,
10,12,20,24 14:1,3,
6,9,12,14,18,21
15:2,6,13,14,21,22,
25 16:5,8,13,17
17:9,12,25 18:4,7,
8,9,12,16 19:1,20
21:9,12,20 22:1,6
23:5,6,11,18,22
24:3,20,23 25:3,5,
9,13,16,19 26:6,10,
14,17,20 27:3,11,
19 29:7,12,24 30:4,
5,6,8,24 31:5,10,
13,22 32:3,4,8,12,
16,17,24,25 33:3,
21 34:3,10,18 35:1,
3,8,9 36:13,21
37:6,18,20,25 38:1,
12,15,24 39:3,4,7,
8,22 40:7,18,23
41:11,21 42:1,13,
23 43:16 44:7,9,12,
14 45:6,15 46:1,7,
18,19 47:2,14,18
48:18,21,25 49:3,6,
9,13,16,22,25 51:3,
15,22 52:1,6,9,10,
14,20,21 53:5,9,21
54:6,16 55:18,21
56:17,19 57:11,25
58:6,8,15 59:23,24
60:5,16,19,21,24
61:2,13,17,22,25
62:1,4,5,15,19,23
63:13 64:1,10,13,
15,17 65:3,12,25
67:21 68:14,18,25
69:2,5,10,12,21
70:13,17,18,24
71:6,10 72:6,14,22
73:5,15 74:7,9,12,
25 75:4,5,16,17,19
76:1 77:1,3,11,16,
21 78:1,5,9,11,23
79:1,4,7,8,21,25
80:12,19,24 81:10,
14 82:16 83:12,14,

24 84:6,10 85:3,4,5

**Ann** 13:11,17,18

**annual** 9:2 28:17, 24 29:22 33:25 35:2 78:21 79:18

**annuity** 43:20 77:16 78:1

**another** 7:18 65:15 71:3 76:16 77:17 80:20,23 81:21

**answer** 13:2,5,10 26:15,17,20 33:15 40:10,25 42:16 48:9 58:22 76:20

**answered** 40:9 49:25 53:22 54:3 58:12

**answering** 55:2

**answers** 18:22 19:2,20 22:17 60:24

**any** 11:17 12:3 13:7,8 15:9 17:17 20:22,25 21:2 28:2 30:21 31:1 32:11, 24 34:6 35:6,10 36:5 38:6 40:3,16, 21 46:22 48:14 49:16 52:25 53:1, 12 54:10 55:14 60:9 63:9 64:9 65:13 67:10 68:3,6, 7 72:18 73:14 75:3 76:19 78:2

**anyone** 6:21 20:17 30:23 58:23 59:3 84:18

**anything** 17:11 19:11 32:15 36:2,7 59:10 81:19 85:1

**anywhere** 53:2

**apologize** 66:2,6

**apparently** 64:17 70:24

**appear** 8:21 74:24

**appears** 9:1 37:16 62:11 67:20,21 68:18 69:15 72:17 76:16,17 77:19 79:16

**application** 67:20

**applies** 77:1

**appointment** 7:25 8:2 81:25

**appreciate** 59:1

**approximate** 63:8

**approximately** 13:19 14:21 27:18 31:24

**April** 51:14 63:6,7, 17,18 74:3

**are** 4:1,14 5:14,16, 21 6:3 8:7,14 9:18 12:22 17:25 19:18 20:8 21:19,23 22:13 24:13,14,18 25:16 26:2,19 27:5 30:21 31:1,18 50:22 55:25 56:1 60:20 75:5,12 81:14 83:16 85:9

**area** 10:23 16:11

**Arizona** 43:13

**arose** 6:5

**around** 7:6 12:24 47:13 72:6

**arrive** 39:22

**Article** 74:9

**as** 4:25 6:1 7:4 9:25 10:3,4,25 11:19 17:19 18:9 20:21 21:11 23:9 24:25 25:4 36:6 37:19 40:1,5 41:10 49:4 50:20 51:4,9 54:2,6 55:16 61:4,11,23 62:10,11 65:9 66:11,18 67:21 69:3,6 70:16,18 72:2 73:13 76:1 77:10 79:4,22 80:8 81:22 82:12 83:9 84:22

**ask** 20:4 21:5 24:5, 9 26:4 30:19,20 33:4 48:8 81:18 84:20

**asked** 21:6 23:1,21, 22 55:2 56:5 67:8 68:1

**asking** 17:13 19:15 26:6 34:20 37:2 39:19 53:18

**asset** 26:5

**assigned** 24:13

**assisted** 70:24

**assume** 26:12 27:3 39:17,19,21

**assuming** 65:15 76:20

**at** 4:6,11 7:7,25 12:6 17:17 18:4 21:8 22:14 28:15 29:7 31:3 32:17 39:9,22,23 41:21 42:17,24 45:24 46:2,19 49:16

50:22 52:18 54:2 58:23 59:3 60:13 68:24 72:1,14,16, 22 74:1,7 76:17,19, 24 77:10,17,19 78:15 79:5,7 80:19 81:18,19,20 82:4 83:12 85:9

**attorney** 5:16 42:25 71:16,19 72:3,16, 23 73:6 80:24 84:20

**Auburn** 36:21

**August** 31:19 38:23 52:9 65:12 69:16 70:3 80:7 81:1,15

**authority** 8:9 59:4

**automatic** 75:24

**aware** 30:21 31:1

**away** 9:7,9 15:14 59:21 73:12 80:21 84:11

**B**

**back** 7:5,12 18:3,15 35:8 38:1 41:3,11, 14,18 46:15 53:9 55:18 57:25 58:1 66:8 69:23 81:18 82:8

**background** 65:25 73:19

**bad** 32:23

**balance** 49:6

**bank** 29:18 30:21 49:10 53:10 62:12 64:18,22 65:16,20

**Barbara** 4:13 9:24

15:15 16:17 18:5,8,
9 23:6 30:24 31:5
59:21,23,24 69:12
77:4,12 79:8

**Barney** 21:10 67:3,
17 69:1 70:1,5,8,
10,19 71:4

**based** 25:16 83:4

**basically** 39:25
52:18

**Bates** 10:25 62:11

**bathroom** 41:2,11

**be** 7:6 9:1,21 10:9
22:4,6 23:15 37:16
38:18,21 41:2,14
50:8 52:8 53:11
54:18 57:6 62:1,11,
24 66:4,21 67:20,
21 69:12 74:6,24
76:16,17,18,20
77:18 79:16 80:20
82:15 85:8,13

**Beach** 5:23 22:14
62:17 68:15 75:20

**became** 80:21

**because** 44:6

**been** 4:24 17:3 18:4
19:4 21:10 25:10
27:17 30:15 35:23
38:15,16 46:21
49:24 56:7 62:11
68:18 69:15 73:9
76:19 77:11,20,21
80:16 84:7

**before** 28:22 29:2
30:12 38:9 47:19
61:7 76:6 82:8

**began** 27:15 54:8

**begin** 19:15

**beginning** 28:15
34:25 41:22 42:10
64:12 72:14 74:7
76:17 77:17

**begins** 79:7

**behalf** 84:15

**being** 4:9,10 12:11
31:2 51:10 74:14

**believe** 9:12 40:16,
21 50:15,16 61:2
62:8 72:18 73:9,21

**believed** 53:21 54:2

**belonged** 56:17

**below** 29:17 30:3
43:11 61:17 78:6

**beneficiary** 37:20
67:21 69:3,10

**benefit** 78:17

**benefits** 55:22 62:4
79:17 80:1 83:19,
21,24 84:6,7,10

**Benjamin** 14:2

**best** 81:22

**better** 44:22 64:6

**between** 30:6 35:8
52:19 53:6,9

**bills** 47:1,6,18

**bit** 17:21 45:25
57:25 64:5

**Blue** 5:23 31:25
68:14 75:20

**Bluffs** 4:6

**book** 74:17

**born** 13:21,22,23,
24 14:25

**both** 18:7 19:1
37:19 42:1,13
61:22 70:21 77:7
79:25 80:2

**bottom** 45:24

**bought** 22:24 40:7

**branch** 21:9 68:14,
24

**brand** 22:9,12

**Brandon** 36:18

**Brandon's** 36:21

**break** 41:5

**Brenda** 4:5

**Bridge** 66:11,16

**bring** 7:19

**Brown** 21:11 69:6

**business** 6:5 16:9
20:22 25:3 56:25
57:2 82:17

**busy** 64:13

**but** 7:6 10:9 12:18
15:15 20:2 26:13
37:8 39:2 44:2 45:3
53:24 57:10,15
60:3,23 67:6 73:10,
13 74:2 76:8,12,20,
22 77:19 78:17
79:16,18 80:3 81:9
84:2

**button** 8:5

**by** 4:4,9 5:10 8:13
9:13 10:15 13:13
16:3 18:22 19:14,
15 20:16 22:5,18
24:20 26:18 27:2
28:25 35:22,23
37:5 41:19 45:10
48:7 56:15 57:6,17

58:3 62:1 66:18
69:15 70:14 73:6
75:15 79:2 81:5
82:10

---

**C**

**C-O-D-I-C-I-L-S**
80:7

**California** 9:8 15:7

**call** 33:7 85:11

**called** 80:6 81:10

**came** 11:1 55:18
57:22 63:15 80:25

**can** 4:22 7:7,15,19
9:8 22:20 24:7,24
26:1,8,10,11 27:4,
10 32:11,16 44:21
47:21,22 56:18,23
57:2,25 58:15 67:1
75:14 81:22

**can't** 30:13 33:11
37:8 62:14 63:11
64:4

**capacity** 61:23

**care** 24:19

**case** 4:18,21 6:2
17:18 19:4 23:9,14
35:24 37:7 55:19

**cash** 23:2 41:23
44:7,14 46:1 50:24
83:24

**cashed** 43:5,8 44:3,
9 45:19

**central** 5:5 82:22

**certainly** 60:18
63:14

**Certification** 76:25

81:10

**certified** 18:19
19:16

**cetera** 73:14,16

**CGMI** 29:19 67:8,11
71:5

**Chadwick** 13:12
14:20

**change** 64:18
68:12 73:15 75:16,
19

**changed** 65:3

**changes** 73:12,13
80:5

**Charles** 4:5

**Chase** 75:10

**check** 16:23 24:20
47:15 63:14 83:7

**checking** 35:9,10,
12

**children** 12:6
15:13,19 50:13

**chose** 59:8

**Circuit** 4:7

**cities** 37:4

**Citigroup** 67:11,16
71:5

**city** 14:6

**claim** 84:14,18,21

**claimed** 83:4

**claims** 82:24,25

**clear** 33:19 46:19
48:9 53:11

**Clemente** 9:7

**client** 13:4 78:6
79:8

**clients** 26:10 27:5

**closed** 21:24 22:1

**closing** 48:13
49:22

**codicils** 73:17,20,
21 80:6

**cohost** 7:14 8:7

**come** 23:18 24:18
41:11 66:8 74:16
85:5

**commentary** 54:15

**communication**
20:3

**companies** 19:9
20:8

**company** 6:10,11
9:18 22:12 25:10,
13 44:5 49:20
56:24 71:24

**compared** 82:12

**comparison** 78:10
79:23

**complete** 75:3

**computer** 44:21
47:24

**conceivably** 13:6

**conference** 4:10

**confirm** 69:19

**continued** 85:8

**contract** 62:21
63:1,10,19,24 64:3
78:10

**contractor** 20:9
65:9 84:4

**contribution** 56:1

**control** 58:20

**controlled** 9:13

**convenience** 20:1

**Copeland** 4:20 58:2

**copies** 10:5

**Copper** 4:7

**copy** 18:21 66:10,
17 74:24 76:18
77:16,18 80:23

**correct** 5:1,19 6:7,
12 9:25 11:7 12:13,
14,17 15:16,23
17:10 18:5,6,10,13
20:9 21:13 22:15,
19 23:8 25:2,22
27:7 28:8,13 33:22
34:24 35:25 37:15,
21 38:13,25 42:4
43:6 46:7,19 48:24
49:5 51:5 52:11,16
53:8,23 54:9,23
55:24 59:18,21
60:4 62:2,13 63:10
64:3,19 65:5,17,18
66:13 68:5,16,19
70:7,11,20 71:16
76:2,23 77:13
80:22 81:15 83:17,
19,23,25 84:1,4,5,
8,12

**corrected** 79:15

**correctly** 25:14
81:12

**could** 4:15 5:11
13:6 20:13 26:12
37:9 78:23

**couldn't** 19:23 22:4
24:4 28:4 65:22
73:19

**counsel** 4:15 18:22

**County** 4:8 11:7

**couple** 19:8,15
61:1 72:16 74:12

**course** 79:10,12

**court** 4:7,13 20:14,
15 33:10 35:20,21
36:25 37:2 56:11

**cover** 58:1

**covered** 83:13,15

**covering** 52:19
63:6,22 64:1

**covers** 63:16 64:16

**create** 73:3,4 74:18

**created** 11:10,13
73:5 74:19

**creation** 11:16

**credit** 46:25 47:3,4
49:4

**credits** 29:18 30:4

**Creek** 4:7

**current** 15:25 46:5
48:25 49:1 62:15
81:1

**currently** 22:13
25:10,24 31:18,24
50:2

**cut** 40:14 81:20

**CV-2009-73** 4:9

### D

**D-O-R-A-N-D** 5:13

**Dadeville** 4:8 36:22

**date** 36:1 67:20
68:3 71:12 85:12

**dated** 61:13 67:19 74:3 75:9 80:7

**daughter** 13:14 14:9,19 31:12 32:4, 12,17,25 33:21 39:4,8 46:18

**daughters** 12:18,21 15:9

**day** 85:15

**days** 31:24

**deal** 25:8 74:13 82:9

**dealing** 41:12

**death** 44:18 62:4 78:17 79:17

**debt** 46:22

**deceased** 18:5 47:17 70:23

**December** 4:11 28:11,25 29:8

**defendants** 4:21 18:10

**defer** 60:14

**definitely** 10:6

**defunct** 56:25

**Delaware** 26:24

**demand** 25:5

**demise** 37:14

**demonstrate** 35:3

**demonstrates** 55:7

**Department** 29:7

**deposit** 24:22 28:1, 7,12 29:4,18,25 30:7,8 31:1 34:17 35:3 40:17,22 41:25 42:12 51:4,

22 52:2,10,21 53:1, 12 57:12 62:20,24 63:13,14,18,23 64:2 65:7

**deposited** 30:16 31:2,4 34:4,11 51:10 54:20 55:15 84:7,12

**deposition** 4:3 10:5 26:6 85:8

**Depositions** 4:14

**deposits** 23:3 29:23 42:11 51:15 52:6,15 55:7 57:16, 18 63:9

**designate** 72:2

**designated** 37:19 69:2

**desire** 24:19 26:15

**desktop** 44:21

**detail** 28:1

**determine** 13:7

**Development** 6:7, 8,14,15,22 8:24 9:25 12:7 15:10 17:10 18:8 20:21

**device** 7:18

**did** 7:14 14:4 15:11 20:22,25 21:2,3,24 23:11,18,19,24 24:3 32:3,8 34:13, 17 35:19 36:8,11 37:6,8 39:22 40:5 42:16 43:7 44:10, 12,15 47:15 48:13, 18 49:13,16,21,22 50:15,16 53:17 59:10 61:22 65:19 67:23 71:23 72:2,

19 73:3,22 74:16, 17,18 76:22 77:3 79:13 81:12 84:18, 21

**didn't** 12:9 17:11, 16 33:4 34:15 38:19 40:17,22 54:10,12 56:10,12, 14 64:9 77:6

**died** 44:6

**difference** 54:10 76:20

**different** 30:20 46:6 57:15 58:7 66:5 78:16 79:17 80:3

**difficult** 60:23

**direct** 24:22 28:7 29:4

**direction** 59:5

**directly** 30:16 31:4 40:23 53:13,20 55:8

**disability** 80:12

**disabled** 80:21

**disagree** 29:1 36:5 67:10

**Disclosure** 78:1

**discovery** 26:6

**discussion** 54:12

**dispute** 11:17 17:1 34:6 35:6 38:6 60:10

**distributed** 53:17

**distribution** 30:15, 22 35:12 51:9,21 52:1,14 54:19 55:6 71:7

**distributions** 29:13 34:2 40:18,22 50:19 52:6,10 53:5, 12,19 54:9,23

**Division** 4:8

**Dixon** 6:25 8:22 12:2

**do** 7:7 9:12 10:7,19 11:17 12:3 14:6,24 15:6,8 16:13,18 17:11 18:21,23 20:18,22 23:16 24:12,24 25:14,23, 25 27:12,14 28:2, 17,20 29:10,15,19, 20,25 30:11 31:12 32:24 33:1,10 34:6 35:6,10,13 36:4,23 38:3,6 39:7,12,13, 15 40:2,16 41:8,14 42:7,9,14,21 43:14, 19 48:9 49:6,19 50:1,3,4,8 52:25 54:1 55:14 56:3,5, 10,14 57:1,3,13 58:9 59:14,17 60:11,17 61:4 63:9 67:5,7,10 71:8 72:25 74:4,13 76:4 77:23 78:3 81:24 82:11 85:2,5

**doctor** 5:14 26:4 27:14 48:8

**doctor's** 7:24 81:25

**document** 8:15,18, 21 10:25 11:2,15 12:12 19:4 27:24 28:5,15,22 29:2 30:6,12 34:1 38:9 58:15 61:4,5,7 62:10 66:17,20 67:1,5,14 68:2,4,

12,22,24 69:9,20,
22 70:2,3 71:10,13,
23 72:1,7,8,18,19
73:3,4,16 74:5,8,
14,17,20 76:13,18,
22 79:1 80:7,11,19,
24 81:8,9,10,15,21

**document's** 28:18,
21

**documentation**
48:14

**documents** 7:18
16:25 27:9 44:22
61:2 66:3 68:9

**does** 8:21,25 9:2,5
11:2,5 13:20 14:3,
14 16:3,8 24:13
47:14 50:19 62:19,
23 63:14 74:22,24
75:15 82:16,19

**doesn't** 5:6

**doing** 7:23 19:10
25:1 77:23 81:23

**dollar** 54:17

**don't** 6:23 11:14,
19,23 14:23 16:20
19:11 26:4 32:10
33:19 36:1 37:22
38:8,9 39:1,2,21
40:25 42:25 43:10
47:12,20 48:20
49:8 50:4 53:24
54:1 55:1,9 57:22
58:21 59:11 60:9,
16 61:18 62:9 66:1,
14 67:6,13,25
71:25 73:23 76:8,
12,14,21 77:6,24
78:2,19 81:4,18
83:2,5 84:16 85:2

**Dorand** 4:4,24 5:11
6:6,8,14,15,16,18,
22,25 7:17,22 8:14,
22,23 9:13,24,25
12:2,6,11,13 15:9
16:17,18 17:10
18:7,9 20:21 22:18
23:6 30:24 31:5
33:4,5,6 34:13
38:19 41:20 46:6
52:18 55:1 58:4,11
59:1,24 60:18
69:11,13 70:7,18,
22 73:18 77:2,4,5
78:5 79:9 81:6
84:22,24 85:3,8

**Dorothy** 70:22

**doubt** 78:2

**down** 45:25 64:7

**Doyle** 4:19 13:3
45:4 48:5

**Dr** 7:17,22 8:14
33:5 41:20 52:18
55:1 58:4,11 59:1
60:18 73:18 85:3

**drawing** 27:15

**Driftwood** 14:8

**duly** 4:25

**Dune** 22:14 39:9,23
42:24 43:3 46:13

**duplicate** 68:21

**durable** 72:15

**during** 34:4 39:9
46:2

_____

**E**
_____

**e-mail** 10:5

**each** 30:5,7,8 33:12
34:4 35:4 70:17

**earlier** 42:18 67:7
77:17,19 84:2

**earn** 26:11 64:9

**earned** 64:10

**Eastern** 5:4

**eight** 82:5

**either** 36:18,24
37:3 54:8 76:7

**electronic** 29:4
30:4

**else** 6:21 8:6 32:15
53:2 58:19 81:19
85:1

**elsewhere** 53:15

**employee** 84:3

**encumbered** 46:22

**end** 11:25 54:12
70:25 75:5

**engaged** 6:3

**enough** 65:6 76:15
77:14

**enrollment** 75:24

**entered** 6:2 35:24
36:4

**entirely** 22:3

**entities** 13:8

**entry** 64:21

**equitable** 23:2

**Ernie** 4:12 7:14 8:4

**error** 69:11,17 77:9

**established** 30:23

**et** 73:14,15

**et al** 4:6

**Eve** 13:12

**even** 73:23 76:18
77:24

**eventually** 70:9

**ever** 20:17,25 21:2
35:11 39:8 71:25
73:7,14

**every** 28:25 30:14
41:25 50:10 52:19,
21 53:5,7 54:17
55:4,5,23 79:15

**everybody** 7:5

**everything** 22:6

**evidence** 13:7
55:14

**exact** 47:12

**exactly** 76:12,21

**EXAMINATION** 5:9

**examined** 4:25

**except** 53:13

**exchange** 48:11

**Excuse** 72:11

**execute** 72:19

**executed** 67:22
68:2,19,23 72:20
77:19

**executing** 74:4

**exempt** 23:15

**exemption** 82:24
83:9 84:14,18,22

**exemptions** 83:3,
16

**exhibits** 10:3

**existed** 44:7

**existing** 78:10,23

**explain** 22:5 24:7

**explained** 73:22

**explanation** 12:24
13:1

**exploding** 33:11

**express** 59:5

---

**F**

**fact** 7:24 20:8 25:7
34:9,17 37:19 38:7
54:6

**fair** 21:15 27:6 40:6
64:11 65:6 75:3
76:15 77:14 80:15

**fallen** 25:7

**familiar** 55:25

**family** 83:16

**far** 20:21 25:4 40:1,
5 70:16 73:13
77:10

**fault** 65:24

**fax** 80:25

**February** 29:6 50:9
51:1 62:19 67:3,22,
24

**feel** 25:1

**fell** 64:13

**few** 10:17 41:14
45:20 53:22

**Fiduciary** 76:25
81:10

**figure** 85:5

**file** 84:18

**filed** 4:7 17:14
23:14 84:14

**fill** 77:6

**finances** 70:25

**financial** 61:19

**financing** 66:12

**find** 23:11 37:9
74:17

**fine** 5:8 7:13 33:8,
18 45:4 60:25
72:21 82:6 85:13

**finish** 10:4 33:14
59:2

**firm** 4:14

**first** 5:12 13:14,15
15:13 27:15,17
28:16,20 29:5
40:12 52:19 53:6
55:5,13 62:12
63:18 64:21 69:25

**five** 82:15

**fixed** 48:1

**flexible** 24:17,24

**flip** 41:21 66:3,5

**Flipping** 63:5,16,21

**Florida** 5:24 6:12
8:18 10:16 17:14
21:9,22,25 22:10
27:1 42:24 73:6
82:13,14 83:1,2,4,
6,9

**Florida's** 83:8

**follows** 4:25

**for** 4:16 5:12 6:2,9
8:1 9:1 10:2,12

11:21 15:15,22
16:16 17:7,20
18:16 19:8,10 20:7
24:20 25:5,11 27:8,
12 28:17 29:23,24
30:5,23 31:14,15
32:9,19 33:25 35:4
36:24 37:3 38:1,2,
15,24 39:2,23 40:7
42:8 43:16,24
44:17 45:15,16
46:1,13,15 47:7,15
48:11 50:10,12
51:19 54:15 55:5,
22 58:1,8 59:16
60:18,23 62:20
66:2,20 67:8,11,13
68:13 72:3 73:22
77:7,20,21,24 78:5,
22,23 79:18 80:11
81:20,24 82:24
84:25

**form** 31:8 43:20
61:23 70:19 71:4
74:17 76:5,7,16
77:17 78:1 83:1,2,
6,9,10,14

**format** 28:18,21

**formation** 17:6
75:1

**formed** 6:11 16:19
21:16 22:21,23

**former** 37:14 40:8
59:20 61:17 73:11
75:16 76:1 80:11
84:11

**forms** 77:18,20
79:25

**forth** 35:8 53:9

**found** 23:9 53:24

**frame** 18:3

**fraudulent** 64:24
65:1

**Fred** 21:11

**free** 46:19

**frequency** 25:4

**frequently** 79:14

**from** 4:14 8:18
10:16 16:5,6 21:12
27:25 28:7,12 29:6,
19 30:7,9,15,22
31:1,2 33:10,25
34:2,19 35:3,12,14
37:16 38:4 39:9,11
40:3 41:25 42:3,13
43:12 45:20 49:23
50:6,18,20 51:3,5,
7,9,13,15,22 53:1
54:19 55:5,10
57:11,21,22 58:5
59:8 62:13 63:9,15
64:8,9,11,16 66:1,4
68:13 70:19 74:14,
23 75:8,19 80:25

**front** 18:24

**Fuller** 4:19 7:3,11,
22 10:2,8,12 13:5,
10 26:17,20 41:8,
13 44:17,20,24
45:2,6 47:23 48:1,6
57:15,24 81:23
82:6 85:11,15

**fund** 23:7,15,20
24:2,4 54:4,7,18

**funds** 31:9 34:3,10,
11,18 35:4 38:11
40:18 43:12 51:3,
10 52:22 53:17
55:7 58:6 62:6
70:10 75:24

**further** 45:25

---

### G

**garnished** 50:14 65:17

**garnishments** 65:12

**general** 24:9

**generically** 24:15

**gentleman** 21:11

**Geographically** 82:20

**Georgia** 26:25

**get** 7:6 12:24 24:12, 20 26:4 32:23 35:19 46:25 47:4 48:9,13 49:22 57:24 58:1 60:24

**getting** 85:1

**give** 7:17 13:1 33:13,15,16 66:6

**given** 20:6 48:16 49:24

**Glenwood** 4:6

**Global** 56:23 57:7 67:11,16 71:5

**go** 4:22 7:11 10:13 13:5,10 16:3 18:15 26:17,20 27:10 28:19 41:2,11 45:5, 7 54:14 55:23 82:9 84:25 85:3

**goes** 61:3 81:5

**going** 8:1 10:3 27:12 32:16 33:9 41:13 45:2 46:15 54:14 55:18 57:6

**62**:10 66:4 82:4 85:3,9

**good** 56:9,13 83:11 85:15

**got** 7:18 8:10,11 10:9,10 19:16 41:2 44:9 47:5,14 48:1 59:11 60:24 66:24 67:1 82:5

**gotten** 45:18

**great** 25:8

**greater** 26:11

**guess** 68:1 79:24

---

### H

**had** 5:18 10:22 11:4,20 12:15 15:9 19:4 21:5,9 22:6 23:2,16 35:23 36:6 37:18 38:16,17 39:8,15,17,25 42:2, 19 44:5,6,7,18 45:18 46:25 47:4 58:19 59:21 64:18 65:1,24 66:10 70:12 77:20,21

**Hall** 20:18

**happened** 60:17

**happening** 45:8

**hard** 66:4

**Hartford** 42:7,8 45:12,22 78:13

**has** 9:6 25:3 46:21 50:6,23 59:4 72:16 74:8,23 78:16 81:1 82:17

**hasn't** 25:7

**have** 5:17 7:4,6,23, 24 8:8 9:14,19 11:17 12:3,18 13:7 16:8,23 17:7,11,17, 19 18:4,21,24 19:1, 6,11 20:3,4,17 21:7 23:4,9 24:2,5,11 25:9 26:10 27:17 28:25 30:18,19 32:5,12 33:10 34:6 35:6,10,13,14 36:4, 8 37:6,9 38:6,15 40:16 42:11,16 43:18 50:1 52:25 54:6 55:14 56:7 58:18 59:6 60:9,12, 23 63:9 66:1,9,24 67:10 68:3,6,18 69:15 72:17 73:23 75:4,25 77:11 78:2, 17 80:16 82:16 83:13 84:7,20,23 85:2,15

**haven't** 76:19

**having** 4:24 58:14

**he** 7:1 24:3 56:17 61:19 71:21,22

**head** 33:11 83:16

**heading** 50:23

**hear** 7:7 19:23 20:13 34:15 38:19 56:12 65:22 73:19

**hearing** 45:3

**held** 4:9

**help** 32:9

**helpful** 66:8

**her** 13:15 14:1,10, 12 15:4,15 16:14 33:11 70:25 80:12

**here** 19:11,18 60:24 65:7 67:1 76:24 81:9

**Here's** 9:22 75:8 80:23

**highlighting** 78:7, 21

**him** 4:23 20:13 24:5 41:10

**his** 37:8

**hit** 65:12

**hold** 8:8 11:24

**home** 22:24 23:5 31:25 32:4 38:16 39:10 40:3,7 66:1

**homeowners** 46:11

**hoping** 19:3

**hour** 82:5

**house** 31:14,18,23 46:10,15,18,21

**how** 12:23 13:19 14:21 23:18 24:8, 12,13,14 25:9 26:3, 16 27:19 33:4 39:22 41:8 47:2,8 48:25 49:19 58:21 59:11 67:17 74:18 82:11

**However** 47:19

**husband's** 14:1 15:4

---

### I

**I'D** 16:23 37:9 59:1

**I'LL** 7:6 8:17 10:6 27:23 41:2,14 63:12 64:5 66:8,9

---

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

**I'M** 4:19 5:5,23 7:1,
12 8:4,5 9:10 10:11
15:14,21 17:13
19:14,23 20:11
21:3 26:6 32:21
34:13 36:11 38:19
41:11,13 42:16,17
44:20 45:2,3,6
53:18 55:1 56:11
58:4 59:10 60:18,
19,21 62:9 65:15,
22 73:18 76:20
79:11 84:16

**I'VE** 8:10,11 10:9
16:25 28:22 29:2
30:12 36:6 38:8
55:2 60:24 61:7
76:6 82:5 83:13

**idea** 19:6 30:18
43:18 58:18 59:6
66:24

**if** 7:11,25 10:3 13:7
15:8 16:24 17:13,
18 20:4 24:18
26:21 28:2,23 29:3
30:3 31:17,22
33:13 36:3 37:3,9
39:7,20 40:2,14
43:11 44:24 45:24
50:3 53:18 54:6
55:10,19 56:21
59:1 66:16 67:1,8
68:1 72:7 83:7 85:4

**imply** 26:12

**in** 4:4,7,18,21,23
5:23,24 6:2,3,6,11
8:1 9:20 10:22
11:1,4,6 12:25
13:8,21,22,23,24
14:4,7,16 15:9
16:6,9,11,13,20
18:3,10,18,24 20:8,
18 21:17,22,24

22:9 23:2,14 24:17,
18 25:7,21,24 26:7,
9,19 27:4,5 28:1
29:13,24 30:1,9
31:10,13,19,24
32:16,23 34:9,17
35:2,24 36:9,15,21,
22 37:7,11,14,19,
23 38:7,12,16,17
39:3,4 40:19,24
41:14 42:7,24 43:3,
5,20 44:7,9,12,21,
25 45:11,12 46:16
47:5,18 48:10,18
50:9 53:5,7 54:6
56:8,19 57:19 58:7,
17,20 59:4 60:3,6
61:21,23 62:16,19,
24 63:2,8 64:12,13,
18 65:7,11,19 66:8
67:3,24 68:15,19
69:9,12 71:8 72:8
73:1,16,19 75:20
80:16 81:1,2,9,15
82:12,13,14,17,21

**Inc** 67:12,16 71:6

**income** 20:25
26:11 64:9

**incur** 49:13

**independent** 20:8
62:21,25 63:10,19,
24 64:3 65:9 84:4

**Indiana** 26:25

**indicate** 8:21 9:3,
17 11:3 16:25 60:5
63:15 75:15

**indicated** 6:10 20:7
23:4,6 64:25

**indicates** 9:23 31:9
34:1 37:12,24
38:10 45:25 57:12

64:17,21 67:15
74:2 75:24

**indicating** 33:19

**individually** 84:19

**infer** 26:8

**information** 19:19
20:6 42:14 43:14
52:25

**initial** 65:12

**initially** 21:16 53:22
54:19

**installment** 53:6

**instruct** 13:4

**instruction** 75:15

**instrument** 75:4
80:6

**insurance** 37:13,
17,20 44:5 45:16
46:10,11 50:1,6,12
61:6 77:16 78:1
83:24 84:10

**intention** 55:22

**interest** 13:8 15:9
23:2

**interrogatories**
18:16 19:17 42:19,
24 44:3 53:22 54:3

**interrupt** 7:3 45:7

**interruption** 10:13
72:12

**into** 30:8,10,16
31:4 34:18,22 35:4
40:18,23 42:11
51:10 52:22 53:12
54:11,20,24,25
55:8,10,11,15,18,
23 57:19 58:16

64:22 84:7,12,25
85:1

**introduce** 4:15

**investment** 21:7,21
43:6,8,20,24 45:20
68:9 69:6 71:24
74:10

**investment's** 44:14

**involved** 6:6

**ipad** 7:14,16 45:3

**IRA** 30:22 34:10,19
35:3,12 38:1,4
40:17,22 42:1,13
50:20 51:3,9,15,22
52:1,9,14 53:4,7,
12,18,23 54:8,19,
21,22,25 55:6,11,
15,23 56:1 57:11,
19 58:7,15,16 60:6
67:20,23 68:23
69:9 71:6 84:7

**irrelevant** 26:14

**is** 4:3,9,10,13,17
5:19 6:1,7,12,18
8:6,17 9:2,3,9,16,
24,25 10:17,23
11:6,9,12,15 12:15,
23 13:19 14:12,16,
19,21 16:1,5,11
18:24 19:19 20:11,
23 21:12,15 22:15
23:7 25:13,20 26:3,
5,16 27:6,19,24,25
28:6,8,13,16,20,24
29:5,19,21 30:4
32:24 33:7,11,15,
18,24 34:9,16,19
35:1,25 36:21
37:15 38:13,24
40:6,10,11,21 41:6,
17,23 46:2,9 48:25

AdvancedONE
LEGAL

**(866) 715-7770**
advancedONE.com

49:7,9 50:5,17
51:1,7,13,25 52:13,
15 53:12 54:1,17
56:24 57:9,10
58:23 59:3 61:11,
16 62:15 63:18,21,
23 64:6,11,19
65:12,17 66:13
67:14 68:15,21
69:8,10 70:22 71:1,
3,11,15,16,18,21,
22 73:25 74:8
75:12 76:1 77:4,17
78:11,12,16,24
79:2,8 80:7 81:2,4,
10 82:21,25 83:1
84:23

**Island** 26:23

**isn't** 56:10 66:7

**issued** 11:2

**issues** 73:23 83:15

**it** 5:6 6:6,10 7:15
8:10,11,12,25 9:5,
17,21 10:19,20
11:5,12,14,20 13:2,
6,10 16:25 17:5,9,
11,12,15,16,19,20
18:4 20:2,22,25
21:2,15 22:9,23
23:16 24:2,24 25:7
26:20 27:11,13,25
28:6,9 29:3,4,5,7,
17,18,22 30:13,20
31:15 32:19 33:15
34:16 36:18 37:9,
16,24 38:9,14 39:1,
6,11 40:6,14 41:10
42:5,17 43:12,15,
16,25 44:6,7,9
45:18,23,25 46:17
47:19 48:16,18
50:5,19,25 53:16,
17 54:10,12,13,18,

25 55:10,14,17,18
56:10,17,21,22
57:10,11,22 58:6,
13 59:14,15 60:15,
16,19,21 61:2
62:14,23 63:11,13,
14,15 64:4,12,13,
17 67:13 69:10,14,
18,20 70:6,12,16
71:6,10 72:6,17,20
73:1,25 74:2,8,19
75:12,14,19,24
76:6,17 77:1,6,19,
25 78:5,6,9,10,14,
15,16,18,19,21,22,
25 79:8,15,18,20,
24 80:8,10 81:1,4
83:5,8 84:2 85:1,5

**it's** 5:2 9:10 17:3
19:5,12 24:16,22,
24 25:7 26:13
28:10 37:11 40:14
50:3 56:9,13 57:15
59:7 61:25 62:10
64:7,8,14 66:4
69:22 70:6 71:6
73:9,25 74:2 75:8,
9,10,23 76:11
77:25 78:5 83:5

---

**J**

**James** 31:10 38:11,
24 71:18

**January** 36:4 50:18
61:13

**Jersey** 26:24

**job** 24:23

**joint** 62:1

**Joseph** 23:23

**Jr** 4:12 6:25 8:22

12:2,13

**judgment** 6:2,4,5
35:24 36:4 42:19
44:2

**July** 31:3 38:11
52:4 64:1,14,17
65:7

**June** 37:24,25
51:25 57:11,19
58:17 59:18,20
60:3,6 63:22 64:2,
13,16,18,22

**just** 7:4,5,12,17
10:2,4,5 11:19,24
13:5 17:13 18:15
19:7,13,14 21:24
23:5 24:7,14 27:11,
12 33:7,18,19
41:14,20 42:17
44:21 45:4,7 47:25
49:21 55:16 57:25
59:10 66:6,9,21
69:17,19 76:18
81:20 82:4,7 83:12,
14 85:3

---

**K**

**K-A-D** 9:6

**KAD** 9:7,9

**Kentucky** 26:25

**kids** 50:11

**kind** 19:13

**knew** 39:20 67:8

**know** 6:1 7:5 14:6,
23 15:8 16:20 17:3,
12 20:1 24:13
25:23 26:15,21
27:14 28:2 29:19
33:11 37:22 38:8,9

39:1,7,12,13,15
40:2,5,25 45:8
49:6,19,21 50:8
55:9 56:3,5 57:22
58:21 59:11,14,18
60:20 61:18 65:25
67:13,25 76:21
77:7,24 78:19 81:4
83:2

**knowledge** 9:14
23:19

**Kyle** 6:16,18 9:11,
13 12:2,11

---

**L**

**labeled** 10:25 62:11

**Lake** 20:22 66:12

**larger** 64:5

**last** 5:12 14:12
20:19 29:8

**later** 45:21

**law** 5:17 32:13
33:21 83:4

**lawsuit** 18:10 20:23

**lawyers** 82:23

**lead** 13:6

**least** 7:7 18:4 29:7
31:3 54:2 77:10
78:15

**leave** 81:24

**left** 40:1 71:8 81:2
82:5

**legal** 5:17 23:2
74:20

**legally** 17:20

**Leigh** 6:16,18 12:1,



AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

10

**length** 66:20

**less** 24:25

**let** 7:3 8:8 11:25
18:15 19:7,15 21:5
27:9,12 30:20
33:15 37:10 48:8
53:11 56:10,14
57:9 59:1 61:1,8
66:3,5,25 82:8,11
83:12

**let's** 13:14 16:16
18:3 22:13 27:8
40:13 41:4 59:13,
17 68:22

**letter** 75:8

**liability** 6:10

**license** 5:17,18

**licensed** 25:20,24
26:7,9,19 27:6

**life** 32:17,18 37:13,
16,20 43:12 45:16
50:1,6 61:5 70:25
77:16,25 78:11,12
83:24 84:10

**like** 5:1 13:3 16:21
24:24 25:1 27:21
36:2,7 40:14 42:5
45:23 66:19 67:2
68:22 69:20 71:11
74:2,23 78:15 79:4,
20 80:10 81:1

**limited** 6:10

**limits** 56:1

**line** 40:14 43:11
46:25 47:2,4 49:4
61:25

**liquidate** 70:12

**liquidated** 43:25

**list** 10:1

**listed** 15:14 17:19
75:25

**litigation** 6:4 35:25
36:9

**little** 17:21 24:25
44:22 45:25 57:25
64:5

**live** 13:20 14:3,4,14
15:6 16:8 32:5 40:8

**lived** 21:17

**lives** 14:4,6

**living** 9:24 16:18
18:9 22:13 23:7
30:24 31:5,18,24
38:16 43:2 59:25
69:2,13 73:3 74:14,
19 77:2,4,5,12
80:11,17

**LLC** 6:8 8:24 12:7
15:10 17:10,12,15,
19,23 56:24 75:11

**loan** 45:18 47:7,8
49:17

**local** 65:20

**located** 5:22

**long** 17:3,5 19:5,12
25:9 41:8,10 66:18
67:17

**longer** 44:7 78:17

**look** 29:3 30:3 37:9
41:21 43:11 45:24
81:20 82:8 83:12

**looked** 52:18 55:16
77:18

**looking** 42:17

**liquidated** 50:22 76:19 81:18

**looks** 40:14 42:5
45:23 67:2 68:22
69:20 71:11 74:1,
23 78:15 79:4,20
80:10 81:1

**lose** 34:13

**loss** 15:15,22 60:19

**losses** 21:2

**lot** 10:9 57:1

**lump** 48:18

_____

M

**M.D.** 4:24

**Madam** 20:14 35:19

**made** 30:15 37:13
38:7 40:2 42:6
45:11,21 46:1,16
51:5 53:19 55:7
73:12,17,20 82:23,
25

**mail** 18:19

**mailed** 28:24

**Maine** 26:23

**maintaining** 43:19,
23

**make** 7:14,15 8:2
10:8 48:9 50:10
54:10 64:5 81:21,
22 82:7 83:13,14

**makes** 54:22

**making** 38:3 50:8

**Mallory** 13:11,16
14:11 31:11 38:12,
24

**management** 41:23

**manager** 8:23 9:24

**managers** 9:18,20

**many** 11:21 21:3
26:16

**March** 18:18 29:23
42:20 43:3 51:8
62:12 63:2,6 68:22

**mark** 10:3

**marked** 27:24
62:10

**Markets** 67:11,16
71:6

**married** 13:24 15:2

**Martin** 20:22 66:12

**Maryland** 26:23

**Massachusetts**
25:17 26:23

**math** 27:22

**matter** 4:5 5:7
54:12

**may** 7:6 10:9 20:3
37:12 42:7 43:5
51:19,21 63:17,22,
23 71:11 75:9
77:10

**maybe** 47:13 80:25

**me** 7:3,11 8:8 9:8,
19 10:5 11:16,25
12:21 13:1 18:15,
22 19:5,7,15 21:5
22:20 24:7,15,19
26:1 27:9,12,21
30:20 33:7,13,15,
16 37:1,10 43:1
44:6,17,25 46:24
48:8 53:11 56:10,
14,23 57:2,9 58:1
59:2 61:1,8 64:20

66:3,5,6,19,25
72:11 78:15 82:11
83:12 84:25

**mean** 22:4,5 24:12
41:11 47:14 77:3

**means** 7:12

**medical** 47:17

**medicine** 10:22
25:21 26:7

**meeting** 7:15

**Meghan** 13:11,17,
18

**Mellon** 75:10

**member** 6:22 7:1
8:23 9:4 12:13
17:10,15,16,19

**members** 6:15
9:17,19 12:6,11

**mentioned** 11:24
12:1 13:15 14:18
23:5 42:18 80:5

**Meredith** 13:12
14:20,22

**mic** 47:21

**Michigan** 26:25

**middle** 9:11

**might** 13:1 23:15
35:14 76:17 77:18

**million** 6:3

**millions** 21:3

**Milly** 68:13,24

**mine** 73:5

**minute** 12:25 16:17

**minutes** 40:10
41:15 82:1,2,5

**Miramar** 21:9

**misinformed** 55:20

**miss** 20:5

**missing** 8:4 10:10
40:13

**Misspelled** 79:10,
12

**mobile** 63:14

**moment** 27:9 41:21
46:16 66:8 81:19

**money** 23:3 33:2
48:10 49:16 53:14
54:14,24 55:10
57:1 58:21 59:4,11
64:22 83:22

**moneys** 64:10

**Montgomery** 10:22
11:6 21:10,18

**month** 23:12 28:3
29:8 30:5,7,8 34:4
35:4 41:25 50:10
52:19,20,21 53:1,6
55:5,23 78:22

**monthly** 42:12

**months** 44:2 45:21
53:22 64:9,10
82:14,15

**more** 24:24 26:9,10
65:13

**Morgan** 21:8 27:24
28:5,10,16,25
29:21 30:19 31:8
33:23,25 37:10,12,
23 40:11 41:22
42:10 50:17 51:1,2,
7,13,18,25 52:4,8,
13 58:4,23 59:3,8
60:10 61:2,8 67:1
69:8,22 70:10,15

71:4,13,15 72:15
74:1,7,22 75:9,23
76:24 80:8

**mortgage** 39:8,16,
17 40:1 47:5,10,16
48:11,23 49:1,9,14,
18,20

**Moss** 4:5

**mother** 15:13,18,20
70:23

**mother's** 73:5,6,23

**Mountain** 5:23
31:25 68:15 75:20

**move** 59:4

**moved** 10:16 60:6

**Mr** 4:17,19 5:8,10,
11 7:3,9,11,13,21,
22,23 8:4,10,13
10:2,6,8,11,12,14,
15 13:3,5,10,13
20:13,16,18 23:23,
25 26:17,18,20
27:2 33:4,6 34:13
35:19,22 36:23
37:2,5 38:19 41:4,
8,10,13,19 44:17,
20,23,24 45:1,2,4,
6,9,10 47:23 48:1,
4,6,7 56:15 57:15,
17,24 58:3 60:15
61:16 67:15,24
69:6 72:2 81:23
82:3,6,7,10 85:11,
13,15

**Mrs** 13:20

**Ms** 13:19 46:6 58:2

**much** 24:25 47:2,8,
19 48:25 49:19
54:16 73:10 82:11

**mute** 47:21,22

**Mutual** 50:2,6,9

**my** 6:20 7:12,14,16
9:11 15:17 24:16
25:19 26:14 28:20
32:23 33:14 35:8
42:25 44:6,18,21
45:3 46:10 47:17
48:8,16 49:24
50:10 53:22,25
54:1,3,15,16 55:4,
17 57:25 59:2
60:23 65:24 67:6
70:23 73:5,19 78:6,
20 81:22 82:8,24
84:20

**myself** 6:17 79:3

---

**N**

**name** 5:12 6:6 9:6
13:15 14:1,10,12
15:4,15,25 21:11
37:8 62:15,16 69:9
75:25 76:1 78:6
81:2

**named** 18:9,12

**names** 67:21

**need** 36:23 57:24
62:9 81:18,19,24
85:4

**needed** 37:3

**never** 19:16 28:22
29:2 30:12 36:1
38:8 54:24 56:5
61:7 76:6,7

**nevermind** 63:8

**new** 22:9,12 26:24
64:22

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

**next** 67:19 79:7

**Nick** 4:17 7:3,20,24
10:2 44:17,20
57:16 85:11

**nine** 19:5,12

**no** 4:9 9:14 10:14
11:1,11 12:4,15
13:17 17:2,11,16
19:6 20:20,24 21:1
23:16 25:7 28:4
30:2,18,25 31:7
32:14 34:8,12,15
35:13 36:6,25 38:5
39:21 42:17 43:18
44:7,11,15 48:12
49:8 50:7 53:3,12
54:22 56:2,5 57:14
58:10,18,19,25
59:6 60:2,12 66:24
68:8,11 69:17
71:14,20 76:8,14
78:4,17 80:8

**noise** 65:25

**nominating** 80:12

**none** 60:13

**Nope** 15:1

**normal** 8:5

**Northwest** 50:2,6,9

**not** 5:2 7:1,2,10
9:10 13:8 15:11
17:16 22:3 23:9,15,
19 24:1,16 26:13
27:12 29:20 31:4
33:1 35:13 39:20
40:5 42:9 43:4
44:10,12,15 49:21
53:25 54:13,24
55:19 56:5 57:9
59:10 63:9 70:16
71:21,22 72:19

**next** 73:10 84:3,16

**nothing** 23:16
44:19 60:12 64:14

**noticed** 79:13,14

**notification** 36:6

**notified** 36:2 44:6

**November** 28:6

**now** 4:1 6:14 7:20
8:8,11 15:12 16:16
18:2,5,15,16 22:2
24:6 25:21 27:8,23
33:23 35:23 41:6,
17 42:18 48:2
49:12 50:17 53:11
62:13 64:7,14
65:11 69:8,20
71:13 73:2,25
74:16 75:23 76:24
77:15 82:23 85:10

**number** 25:21
43:24 47:12 64:23
74:23 78:16

**numbered** 57:10

**numbers** 68:13

---

**O**

**obligations** 60:23

**obtained** 53:17

**obvious** 64:8

**obviously** 17:9
19:16 26:8

**Occasionally** 16:15

**occur** 24:13

**October** 27:18,25
28:2 29:14,24 30:1
31:2,3,9,13 45:11
68:19 72:8

**of** 4:3,5,7 6:5,6,12,
15,22 7:15 8:19,23
9:6,11,14,18,24
10:5,9 11:16 12:5,
6,8 13:8 15:13,18,
19,20 17:6,10,14,
15,19,25 18:3,18,
21,25 19:8,13,20
20:23 23:3,22
24:19 25:5,6,16,21
27:18 28:1,2,16
29:6,14,18,22,24
30:4,21 31:1,3,10,
13,14,19,25 32:6,
11 33:24 34:9,17
35:2 36:2,7,24
37:3,11,15,20
38:11,12,16 39:5
40:3,12,14,15,17,
22 41:23 42:3,7,11,
20 43:3,5,12,16,20,
24 45:11,12,21,24
46:6,7,25 47:2,4,25
48:10 49:4,6 50:9,
24 51:25 52:21
53:7,12 54:2,4,12
55:7 57:1,2,11,12,
19 58:17,20 59:18,
20,24 60:2,3,6,10,
13,21 61:1,5,13
62:12,19,25 63:7,
13,17,18,22,23
64:1,2,16,17,18
65:3,8 66:10,11,17,
18,20,22 67:3,22,
24 68:4,7,12,19,21,
23 69:16 70:3,17,
21,25 71:11,16,19
72:3,5,8,15,16,23
74:1,3,20,24,25
75:1 76:4,18 77:7,
10,16,18,20 79:10,
12 80:1,8,23 81:14,
15,22 82:4,20,24
83:8,16 84:3,14,15,

18,21 85:8

**off** 7:11 25:8 39:25
40:15 41:7 46:17
47:1,5,6,17 48:22
49:18 64:13 81:20
84:21 85:7,9,10

**Oh** 43:22 47:23
64:24

**okay** 5:6,8 6:21 7:8
9:1,12 10:10,21
11:12,15,22 12:5,
10,18,21 13:9,18
14:12,24 15:2,8,18,
21,25 16:22 17:3,9,
18,25 18:24 19:13,
25 20:21 21:2,23
22:5,8 23:1,13,18,
24 24:3,21 25:3,13,
16 26:1,14 27:3,22
28:5,23 29:3,21
30:3,14,20 31:8,22
32:3,8,15 33:3,16,
23 35:10,17 36:3,8,
17,20 37:18 39:3,
15,22 40:2,6,11
42:6,15,23 43:2,5,
23 44:8,16,23 45:1,
17 46:21 47:2,8,23
48:3,13,21 49:19,
22 50:1,5 52:24
53:21,25 55:3,12,
25 56:16 57:5,20
58:14,23 59:7 60:9
61:8,10 62:4 63:5
65:24 66:23 67:7
69:2,18 70:9,17,24
71:3,17,23 72:7
73:2 74:7,22 75:8
76:12,15 78:9 79:1,
21 81:14 82:6,16
85:6

**old** 13:19 14:21

**Oliver** 36:14

**on** 4:1,11 5:4,5 7:18 8:6,8,15 10:1 11:24 24:16 29:23 31:9, 25 32:16 33:11 34:1,25 37:12,23, 24 38:11,20,23 39:8 40:1,12 41:12, 18 42:19 44:21 45:2,3 46:10 47:9, 10,22 49:1,14 62:23 63:23 64:2, 22 65:13 68:3,7,22 69:15,21 70:3,19 72:17 73:24 75:16 78:18 79:22 82:25 83:2,4 84:15,21

**once** 42:12 45:19 53:16 60:22

**one** 12:8 14:18 29:5,7,9,23,24 33:9 36:24 37:3 38:1 45:3 46:6,7 47:25 50:10 58:8,19 63:13 74:20 77:7, 20,21 78:16 79:7 84:23

**online** 56:25 65:8

**only** 5:2 27:4 59:23 63:13 74:2 77:7,11 80:16 84:23

**open** 65:19 66:5 67:23 83:14

**opened** 11:10,12, 20 21:17 65:15

**opportunity** 33:14

**or** 7:2,15 8:23 9:8, 17 10:19 13:8,19 15:19 17:22 18:8 21:24 22:22 23:2, 14,15 24:2,25

26:12 27:5 31:3 32:17,25 36:18 39:20 47:13,15,24 48:14,18 54:1,8,13, 18 55:6,11 59:4,15 65:1,4 73:3 74:17, 18 75:12 77:4 80:6, 13,21 82:17 83:6, 21,22,24

**order** 47:6

**original** 47:7,8 74:25

**originally** 6:2 11:9 16:6 18:17

**other** 12:3,9,15 14:18 20:17,22 29:17 30:23 32:6, 11 33:3,12 41:22 43:3 44:11 47:20 48:14 60:2 78:24 84:19

**our** 65:12 74:9

**out** 6:5 18:18 21:24 23:10,11 25:16 40:14 42:3 43:5,8 44:3,14 45:19 48:11 53:24 55:18 73:16 77:6 85:5

**over** 19:5 27:10 33:12 41:21 48:19 63:5,16,21 66:3 70:10,13 77:15 80:17,25

**owed** 46:18

**own** 23:19 24:2,4, 16

**owned** 22:18 53:23 54:7,13 57:6

**owner** 11:3 37:19 54:4 62:1

**owner's** 75:25

**owns** 23:4,7

---

**P**

**p.m.** 4:11 5:2 41:18 85:10

**page** 27:25 28:16 30:6 33:23 34:2,25 37:23 40:12,13,14 41:22 51:7,13 57:9 58:5 61:8 62:9,12, 24 64:15 67:19 69:21,25 70:3 73:25 74:22,23

**pages** 19:5,12 66:18 70:18 72:16 74:2,12,14 75:5

**paid** 24:14,20 30:22 39:23,25 46:5 47:17 48:18 49:18, 19 53:7 56:7 62:5,6

**pandemic** 25:4

**Panhandle** 56:23 57:6

**paperwork** 17:14 79:14

**pardon** 37:1 44:17 64:20

**part** 50:22,23 66:11,18 82:20

**partial** 18:21

**particular** 83:9

**passed** 15:14 59:21 73:12 80:21 84:11

**passing** 62:6 80:12,16

**patient** 24:11,12

**patients** 24:17 27:5

**pattern** 52:1

**pay** 32:9 46:17,25 47:5,6 48:22 78:18, 23

**paying** 42:8 78:22

**payment** 37:13 38:16 42:6 43:13 45:12,21 46:16 50:9,21 51:4 53:7 54:18

**payments** 27:17 28:3 40:23 42:2 46:6 48:19

**Pennsylvania** 16:6, 9 26:22 82:12,18

**Penny** 16:3 81:5

**pension** 83:22

**per** 29:7 56:4

**perfectly** 53:11

**performance** 44:14

**Perhaps** 30:18 72:10

**period** 54:12 63:17 64:16 72:3,5

**permanent** 71:19

**personally** 18:12 35:13

**phone** 47:22

**Phyllis** 16:1 46:6

**physically** 5:22

**piece** 19:14

**Pike** 11:4,6 68:14, 25 75:19

**place** 32:5 40:7

plaintiff 4:4

plaintiffs 4:18

platform 24:17

pleadings 23:14

please 4:15 5:12
12:22 24:10 59:2

plus 82:14

point 12:6 46:19
72:22 83:8

points 46:2

policies 37:20
50:12 79:17 80:3

policy 37:17 45:16
50:3 61:6 77:20
78:10

pop 27:11

Porter 66:11,16

portion 33:24

possession 53:17

possible 50:5 59:7

post 6:3 42:19 44:2

power 71:16,19
72:3,15,23 80:23

powers 73:14,15
74:10

practice 24:7 25:20
26:7,9

practiced 10:22

prefer 33:5

premium 78:18,21

premiums 79:19

prescribe 24:19

presume 77:9

previously 21:10
64:25 77:21

price 39:23

primary 11:3

prior 10:21 28:3
43:25

probably 9:14
16:20 21:4 26:8
32:2 43:4 66:21
69:18 73:1

problem 7:10

problems 7:5

process 24:15

produced 80:8,24

product 78:11,12,
23

production 18:17

profit 40:3

profitsharing 83:21

program 66:5

Project 20:23 66:13

promise 33:14

property 22:17
32:6,9 39:8,23 47:9
48:22 49:1,14 60:6

proposed 78:11

protect 17:20,22,24

protection 17:20

provide 66:10
71:23

provided 11:16
18:22 19:19 66:12,
16 74:20

Pruco 43:12

Prudential 43:9,21
45:20

pull 27:9 66:9

purchase 31:14,15
32:4 40:3

purchased 31:18,
23 38:17 39:10

purpose 76:4

purposes 17:7

put 53:14 54:24,25
56:17

_____

Q

question 13:6 21:6
23:21 24:9 26:15
28:20 32:24 33:14
34:15 39:18 40:9
41:1 48:8 53:25
54:1,16 55:2,4 56:6
58:12 59:2 68:7

question's 54:16

questions 19:1,21
26:5 60:24

queue 24:18

quick 66:6 81:21

Quinn 4:13

_____

R

R-O-D-N-E-Y 5:13

read 62:14 63:11
64:4 75:12,14
81:12

real 66:5

realize 15:12 73:11

really 19:14 54:16,

17 65:13

reason 11:17 29:1
32:11,24 34:6 35:6
36:5 38:6 40:16,21
44:11 59:16 60:9
67:10 68:6 72:18
78:2

recall 10:19 12:10
16:18 25:14 29:25
31:12 32:16,24
36:1 38:3 40:1
42:8,21,25 43:10,
19,23 47:12,20
48:20 66:14 67:6
71:25 74:4 76:4,9
77:23

recap 37:11 40:12
41:23 42:11

recapping 58:6

receive 48:19 49:16
54:8

received 18:18
28:2 29:5,9 42:23
43:12 48:10 51:3
52:20 55:6 66:4
84:11

RECESS 41:16

recognize 28:18,21
61:4 67:5 68:2
74:13

recollection 34:9,
16 60:13 68:4

record 4:2,16 5:2,
12 10:3 30:21
33:18 41:7,18 60:8
85:9,10

recorded 4:10

records 11:18
16:23 18:20 35:11,
14 60:5,10 64:8

75:17

**references** 68:12
71:4

**referring** 21:19
49:3

**refinanced** 48:22
49:17

**reflect** 35:11 50:19

**reflects** 52:21

**regarding** 6:4
60:11

**reinvested** 22:7

**related** 48:14 50:24
61:5 62:20,25
63:19,24 64:2 65:8
67:2 69:9 74:25

**relationship** 6:19

**relevance** 26:5

**relevant** 12:23 26:3

**remarried** 15:22

**remember** 11:14,
19,23 12:9 14:24
33:1,20 37:8 39:2
48:10 60:16 67:7
72:25 76:12 81:9

**remote** 4:9

**remotely** 4:10

**removing** 80:11

**renew** 85:4

**reopened** 21:22

**repeat** 20:4 81:16

**replacement** 61:5
77:16 78:1

**report** 9:2,17,22
20:25 21:2

**reporter** 4:13
20:14,15 33:10
35:20,21 36:25
37:3 56:11

**represent** 4:18,20
8:17 27:23 30:5
33:24 35:1 36:3
57:10 63:12

**representation**
29:1 36:8 37:7

**represented** 16:24
31:17,22

**representing** 36:13

**represents** 30:13
38:9

**Request** 71:7

**requests** 18:16

**requirement** 79:18

**resided** 68:24

**residing** 27:5

**respect** 19:8 24:6
35:24 36:9 37:14
53:4 73:2,12

**response** 11:1
19:17 34:12 58:10

**resume** 85:12

**retain** 73:4

**retirement** 21:7,8,
20 23:7,15,20 24:2,
4 29:12 30:9,15
34:3,17 52:5 54:4,
7,11,18 83:21

**retrieved** 8:18

**returned** 66:19

**returns** 20:18

**reverse** 47:5,10,15

48:11,23 49:18,20

**review** 28:17,24
29:22

**reviewed** 79:23

**revised** 73:6,7,9

**Rhode** 26:23

**Rice** 36:19

**right** 5:14,21 6:1,
13,14 7:9,21 8:10
9:16,22 10:12,14,
17,21,23 12:16,19
14:9,19 15:8,12,21
16:1,5,16,24 18:7
19:3,7 22:11 23:24
24:6,23 25:1,9,19
27:3,8,14,23 29:17
31:19 32:1 33:3,9
34:25 37:23 38:10,
18,21,22 39:18
41:4,13 44:4 45:5,9
46:3,8 48:4 49:4,11
52:2,3,6 55:16
56:20 57:8,18,23
63:12,20,25 64:15
65:2,9 66:7,16,20,
25 70:2 71:1,11
72:9,14,21 73:7
74:6 75:21,22
76:10,22,24 77:8,
25 78:6,7,20,24
79:5,6,9,19 80:21
81:3,6,16,21 82:23
83:1,7,22 84:25

**rights** 17:17 73:14,
15

**Risk** 46:9

**Road** 11:4,6 68:14,
15,25 75:20

**Robert** 4:5

**Roberts** 13:17,18,

19,20

**Rodney** 4:4,24 6:24
8:22 9:23 12:2,12
16:17 18:8 22:18
23:6 26:21 30:24
31:5 59:24 69:10,
12 70:6,18 77:2,3,
5,11 78:5 79:8
81:24 84:22,23
85:8

**rolled** 70:9

**rollover** 69:9 70:15

**Rosa** 22:14 62:16
68:15 75:20

**roughly** 56:7 78:22

**run** 66:25

**runs** 72:16

---

**S**

**said** 11:19 12:8,15
13:15,17 17:15
21:7 22:17 24:24
34:16 36:6 48:21
49:21 56:13 58:12
69:21 81:5 82:3

**sale** 31:25 32:6

**Salter** 14:12 31:11
38:12,24 71:18
72:2

**same** 9:17,19 22:23
41:14 51:18 52:1,5,
9 53:4 67:20 68:3
76:21 80:1

**San** 9:7

**Santa** 22:14 62:16
68:15 75:20

**Saunders** 4:6

**save** 33:10

**saves** 20:2

**saw** 17:9 79:15

**say** 18:3 19:11 21:15 24:3 40:6,20 54:17 59:10 75:3 80:1,2,15

**saying** 21:23 39:19 55:21 59:7 72:22 84:17

**says** 29:3,17,18 38:14 39:1,6 43:12, 15 50:25 60:8 61:25 63:14 69:10 70:6 71:6 72:7 73:25 77:1,25 78:5, 6,9,10,14,19,21,22, 25 79:8,24 80:1 83:5

**scheduled** 24:14, 16

**Scirocco** 23:23,25 56:9,14 67:15,24

**Scirocco's** 61:16

**screen** 8:15

**seclusion** 66:1

**second** 7:4,17 8:8 11:25 14:9 15:17 18:15 27:11 48:22 49:13 62:23 66:6 70:2 78:21 81:20

**Secretary** 8:19

**sections** 75:4

**secure** 40:7

**Security** 27:15 28:3 30:7 31:2 34:3,10, 18 35:4 40:18,23 42:1,13 50:21 51:4,

10,22 52:2,6,10,15, 20,22 53:2 54:8,11, 18 55:6,10,22 56:8 83:19 84:6

**see** 7:11 8:8,12,14 22:13 24:19 27:4 29:10,15 40:13 42:14 43:14,15 44:22,24 57:13 58:9,13 67:16 68:22 71:8 75:5 78:16 80:19 82:11 83:5

**seeing** 8:5 71:25 76:9

**seem** 20:4

**seems** 9:17,19,21

**seen** 16:25 25:3 28:22 29:2 30:12 38:8 61:7 76:6,7

**self-directed** 68:23

**send** 32:8

**sent** 18:16,17 19:5 32:12 33:1,20 43:1 59:15

**separate** 77:5

**September** 39:3 52:13,20 53:7

**series** 30:4

**served** 42:19 44:3

**service** 25:11

**services** 25:6 75:11

**set** 57:4,5 73:16

**seven** 31:24

**several** 15:14 68:13

**share** 7:16

**Shareholder** 75:10

**sharing** 8:5

**she** 13:21,22,23 14:3,4,6,14,24 15:18,20 16:3,5,8 37:3 82:17,19

**she's** 13:24 15:2,17

**short** 31:25 32:5

**shortly** 18:19

**should** 75:4,5

**show** 11:16 37:10 53:1 57:9 61:1,8 62:10,19,23

**showed** 12:11 77:15

**showing** 28:11 42:2 58:4

**shown** 58:14

**shows** 28:1,7,9 29:4,5,7,23 30:7,21 51:3,8,21 58:6 63:8 78:9

**sic** 64:1

**sick** 60:21

**sign** 24:17 44:21,25 61:22 84:21

**signature** 61:11,16, 17,25 67:6 68:7 72:17

**signatures** 74:25

**signed** 62:1 66:18 67:3,15 69:14,15, 21 70:3,6,17 71:10 72:8 76:8,21 79:2, 22

**signer** 81:14

**similar** 78:17

**simpler** 54:16

**simply** 21:25 54:17 55:4

**since** 5:18 11:22 15:22 17:6 20:18 23:10 25:4 30:16 46:21 54:7 80:15

**sir** 11:23 32:20 40:10 44:15 49:24 54:22 55:17 56:11

**six** 82:14

**small** 50:3 75:13

**Smith** 21:10 67:3, 17 69:1 70:1,5,8, 10,19 71:4

**so** 6:23 7:5 9:12 12:10 13:18 15:18 17:6 19:7 20:3,6 21:23 24:23 25:18 27:9,12 28:23 32:4, 10 33:9,13,18 40:2 41:12 44:21,24 45:19 47:14 54:15 55:21 56:7,13,17 57:5 58:14 59:7 60:14,21 62:8 63:14 64:8 65:12 66:1 68:22 72:7,21 73:23 75:3 77:6,10 80:15 83:16 85:3

**Social** 27:15 28:3 30:7 31:2 34:3,10, 18 35:4 40:18,23 42:1,13 50:20 51:4, 9,22 52:1,6,10,14, 20,22 53:2 54:8,11, 18 55:6,10,22 56:8 83:19 84:6

**societies** 74:21

**sold** 22:6

**sole** 81:14

**some** 10:10 12:6,18 15:18 18:16 19:10 20:1 23:14 42:2 43:20 64:9,10 65:3, 24 66:3 72:3,22 73:12,17,20 80:5 82:24

**somebody** 44:25

**someone** 8:6 59:8 65:16 73:4

**something** 16:21 20:4 65:1,4 73:19 74:17 85:2

**sometime** 72:6

**sometimes** 20:3 81:6

**somewhere** 16:6 43:2 47:13

**son** 6:24 8:22 9:3, 11 12:12

**son-in-** 32:12 33:20

**son-in-law** 31:13 32:3,17,25 39:4,7 46:18 71:18

**sons** 6:20 12:1,3,15

**soon** 10:4

**sorry** 10:12 15:15, 22 17:13 19:23 20:11 34:13 36:11 38:19 42:16 45:6 48:6 55:1 56:11 60:18,20 65:22 73:18 79:11

**sort** 23:3 43:20

**sound** 31:19 32:1 66:19 72:9

**Sounds** 27:21

**South** 82:22

**speak** 33:11

**specific** 9:10 24:10

**specifically** 68:4

**spell** 5:11

**spellings** 36:24 37:3

**spend** 16:13 82:12, 13,14

**spin** 27:13

**spoke** 41:20

**spot** 32:23

**spouse** 67:21

**stands** 67:11,13

**Stanley** 21:8 27:24 28:5,10,16,25 29:21 30:19 31:8 33:23,25 37:10,12, 24 40:11 41:22 42:10 50:17 51:1,2, 7,13,18,25 52:4,8, 13 58:5,24 59:3,8 61:2,9 67:2 69:8,22 70:10,15 71:4,13, 15 72:15 74:1,8,22 75:9,23 76:25 80:8

**Stanley's** 60:10

**start** 13:14 70:13

**started** 53:5

**starting** 34:1

**state** 6:12 17:14 27:5 82:20 83:8

**State's** 8:19

**statement** 19:20 28:6,11,24 33:25

48:14 49:23 50:18 51:2,14 52:9,14,19 55:5 62:12 63:6

**states** 25:21,23 26:7,9,19

**stay** 45:2

**still** 8:1 16:8 19:10 60:23 68:24 69:5

**stock** 75:17

**stocks** 23:3

**stood** 67:8

**stops** 79:18

**stretch** 57:25

**stretching** 7:12

**stuff** 10:9

**subject** 20:23

**subpoena** 11:2 66:18

**substantial** 64:10

**substantive** 73:13, 15

**successor** 80:13

**sum** 48:18

**summary** 35:1

**Suntrust** 35:16,18 42:4 49:10 51:5 53:9 62:13

**supposed** 69:12

**sure** 7:1,13 10:6,8, 11 21:3 32:21 33:17 48:9 53:16 60:19 79:25 81:21 82:7 83:13,14

**surrender** 83:25

**Susan** 4:20 57:24

**swear** 4:23

**sworn** 4:25 19:16

---

**T**

**take** 19:13 24:19 41:4,9,21 59:4 83:12 85:1

**taken** 4:4

**takes** 41:10

**taking** 48:11

**talk** 16:16 27:8 59:13,17 85:12

**talked** 7:23 84:2

**Tallapoosa** 4:8

**tax** 20:18

**TD** 10:25

**Tedesco** 4:12

**telemedicine** 19:9 20:7 24:7 27:4 63:15 65:8

**telephone** 72:12

**tell** 9:8 12:21 22:20 23:25 26:1 28:4 30:13 44:12 46:24 56:18,23 57:2 76:19

**telling** 59:11

**ten** 82:1

**tend** 82:17

**term** 46:17

**terminated** 72:23

**Terrace** 22:14 39:9, 24 42:24 43:3 46:13

**terrible** 32:19,22
60:15,16

**testified** 4:25

**testify** 19:18

**Texas** 14:5,16

**than** 20:17,22
30:23 43:3 84:19

**thank** 6:9 8:3 19:25
36:25 54:15

**thanks** 48:4 85:14

**that** 5:18,19 6:4,5,
7,9,10,11,12 7:7,
12,19,23,24 8:2,6,
17,18,22 9:1,3,10,
15,19,22,23,25
10:7,17,21,23 11:2,
3,4,9,12,15,25
12:9,12,16,23,24
13:6,14 14:16,19
15:12 16:1,11,19,
21,25 17:1,6,7,9,
14,15 18:1,22,24
19:3,4,9,19 20:6,7,
8,11,12 21:6,12,15,
17,23 22:5,15,17,
20,24 23:3,4,6,7,
11,13,15,19,22
24:1,3,8,13,15,23
25:3,10,13,14,23
26:3,8,12,13 27:4,
6,12,20 28:1,3,8,
13,23,24 29:1,10,
15,17 30:3,6,11,14,
19,21 31:4,9,14,17,
18,19,23 32:1,4,12,
15,17,23,24 33:5,
15,19 34:2,7,9,16,
19 35:1,7,8,11,19,
25 36:2,3,5,7
37:12,15,24,25
38:7,10,13,15,16,
17,18,20,21,25

39:12,13,15,23
40:6,9,15,17,21,25
42:14,18,21 43:14,
23,24 44:3,6,13
45:15,18,25 46:2,
17,19,24 47:2,5,14,
18,19 48:1,15,22,
23 49:1,7,9,13,16,
17,21,23,25 50:5,
14,23 51:3 52:15,
25 53:1,2,23,24
54:1,2,3,17 55:7,
14,21 56:3,5,10,14,
19,25 57:6,10,13
58:9,14,15 59:8
60:5,13,17 61:7,11,
16 62:9,15 63:8,13,
21 64:5,6,11,18,19,
21 65:14,15,17,24
66:2,4,7,8,9,12,13,
14,19,21 67:3,11,
14,20 68:2,3,15,18,
21,22 69:1,5,11,17,
18,19,25 70:14
71:1,4,8,11,13,16,
25 72:5,7,8,9,16,
18,22,25 73:3,4,11,
16,20,21 74:4,6,8,
13,23,24 75:3,7,15,
25 76:1,17,22 77:1,
19,20,21,23 78:3,
24 79:1,11,13,22,
23 80:2,15,16,24,
25 81:3,12,15,19,
20,23 82:9,15,17,
25 83:1,9 84:10
85:2,5,13

**that's** 5:8,24 7:9,13
9:12 10:1,14 17:18,
21 19:13 23:9 24:9,
23 25:2 26:14 27:7,
12,22 28:9 30:15
33:18,22 38:14,21
39:1,6,18 40:13

42:5 44:9,25 45:4,
9,16,23 46:11
48:24 49:1,3 50:12,
25 54:13 55:17,19,
24 56:18,21,25
58:22 60:4,8,22
61:13 63:2 65:5,18
66:17 68:5 70:1
71:12 72:21 75:19
76:23 77:9 78:14,
25 79:20,24 81:16,
17 82:6 83:23

**the** 4:1,3,4,6,7,12,
13,14,16,18,20,21
5:1,2,5,12 6:6,12,
15 7:15,24 8:3,4,7,
15,18 9:1,2,9,17,
18,19,23 10:1,2,4,
13,22 11:3,15,16
12:9,12 13:1,9,11,
14 15:13,18,20
16:11,17,23 17:6,
12,13,14,15,18,19,
22,23,24,25 18:3,8,
19,21 19:1,4,19,20
20:18,23 21:8,25
22:18,23 23:6,9,13,
14,18,19,21 24:1,3,
18 25:4,5,23 26:8,
9,10,15,22 28:7,12,
15,16 29:2,5,6,8,
13,23 30:23 31:4,9,
10,18,23,25 32:5,6
33:1,3,10,13,18,20,
25 34:4,18,19,22
35:2,4,9 36:1,3,23
37:1,2,7,14,16,19,
24,25 38:12,15,16
39:4,8,9,10,18,22,
23 40:1,10,11,12,
18,24,25 41:2,6,7,
11,14,17,18 42:6,8,
11,12,13 43:11,16,
20 44:5,13,18

45:12,19,20,21,24
46:2,10,16,18,21
47:6,8,9,10,12,15,
18,20 48:10,11,25
49:1,6,14,18,20
50:18,23 51:18,23
52:15,19 53:6,8,10,
13,14,16,19,23
54:2,3,4,7,11,13,
14,24,25 55:2,9,11,
19,25 56:6,13,19
57:19,21 58:12,15,
16,21,22 59:11,23,
24 60:2,5,8,10
61:25 62:1,4,6,12,
23,24 63:17,18,22
64:12,16,21 66:11,
12,19 67:19 68:2,
23 69:2,10,12,25
70:2,19,25 71:5,8,
11,12 73:22 74:19,
20,24 75:1,16,25
76:4,18,21 77:2,11
78:12,15,24 79:5,7,
8,23 80:1,5,10,16,
17 81:2,11,14,19
82:1,4,12,20 83:3,
8,15 84:7,15,23
85:6,7,9,10

**their** 6:19 11:17
31:14

**them** 10:5 12:8
19:14 24:19,20
27:10 32:9 35:13
39:11 40:4 43:1
44:12,13 47:25
70:21 76:8,9 80:6

**themselves** 4:16

**then** 21:9 22:7
27:22 29:7 45:20
46:21 47:4 48:21
53:14 55:18,19
56:9 60:14 64:13

68:1 72:14 74:7
79:1,7 80:24

**there** 6:1,21 10:9
19:19 21:6 30:3
32:15 34:2 35:11,
23 38:23 39:20
40:21 42:3 43:11
53:1,12 55:16
58:19,23 59:3,12
60:2 63:13,23 64:2,
24 65:13,20 69:3
73:14,18,21 74:13
77:4,7,11 78:20
80:20 81:2 84:14

**there's** 20:1 29:12,
18 57:18 65:7
72:15 74:12 76:25

**thereafter** 18:19
29:8

**therefore** 26:10

**these** 7:4 10:3 12:5
13:8 18:18 19:9,17
20:7 21:16 27:9
44:22 64:8 68:7
70:9,17 74:13 75:5
77:20

**they** 11:15 13:7
15:6,11 18:11
21:16,22 22:1,3,4
24:18 25:16 31:17,
23 38:17 39:10,15,
17,25 40:2,5,6
53:24 54:1 79:13
80:2,24 84:13

**they're** 6:20 7:23
56:3 77:24 80:3

**they've** 66:24

**thing** 23:3 33:4,9
41:14 51:18 52:5,9
56:9,14 78:16 80:1

**things** 10:10 19:8,
10,15 20:3

**think** 6:23 8:11
10:8 14:18 18:17
25:18,19 26:8
31:16 32:10,11
42:18,25 46:17
48:1 50:4 55:1 62:9
64:25 65:11 68:21
74:12 79:25 80:2,
25 81:17,18 82:3
83:3,7,13

**this** 4:3,17 6:2 8:14,
17,21 9:2,3,6,16
10:9,25 11:1,2,15
18:10 19:16 20:2,
22,23 21:5 22:17,
24 25:10,11 26:5
27:24 28:18,21,22,
23 29:25 30:12,23
32:4,8,9 34:1 35:24
36:9 38:8,10 40:3,
7,12 41:21 45:3
57:9 58:1 61:4,22
62:19 64:9,11,15
65:11 67:1,5,14
68:4 69:20,21 70:2,
3 71:3,10,23 72:7,
18,19,23 73:25
74:16,18,22 75:12
76:4,7,13,16 77:17
79:16 80:7,19,25
81:8,9 83:12,14

**those** 18:18 19:20
25:5 26:1 35:14
36:24 37:4 38:3,7
42:23 53:5 55:7
62:6 66:5 73:24
77:18 79:25 82:25

**though** 5:2

**thought** 69:18

**three** 12:5 15:20

**through** 24:15 29:8
31:3 61:3 63:7,17,
22 66:25 69:22
74:20 79:14

**time** 5:4 8:1 16:13
17:3,5 18:3 20:2
22:23 23:13 24:17
32:17,19 39:9 41:6,
17 48:19,22 49:17
54:2 60:15,16
64:16 65:11 72:3,5
79:5,15 81:22,24
82:11,12 85:2,5

**tired** 60:21

**title** 81:11

**titled** 74:8

**to** 5:1 6:19 7:6,15,
16,23 8:1,5,14,17,
21 9:1,17,18,19,21
10:3,8,16,21 11:1,
16,17 12:24 13:3,6,
7 16:23,24 17:11,
20,22,24 18:4,17,
19,22 19:5,8,11,14,
17,18,20 20:1,4,18
21:12,15,19,25
22:6 23:16,18 24:1,
5,6,7,11,14,17,19,
25 25:20 26:4,7,9,
14,15 27:12,21,23
28:3,12,24 29:1,13
30:5,19,22 31:10,
17,20,22 32:1,5,9
33:7,10,14,16,20,
24 34:4,6 35:6,12,
24 36:3,5,9 37:9,
14,16 38:1,4,6,11,
24 39:4 40:6,7,8,
16,21,25 41:2,8,11,
13,21 42:1,3,6
43:1,25 44:5,7,12,
14,20,21,25 45:2,6,
8,12,21 46:15,16,

25 47:4,5,6 48:9,
14,16,22 49:3,20,
24 50:9 51:22
52:15 53:4,8,19
54:8,14,23 55:16,
22 56:1,8 57:1,3,5,
6,10,24 58:7 59:4,8
60:6,9,14,24 61:5,
25 62:6,10,11,20,
25 63:5,12,16,19,
21,24 64:3,7,14,17,
18 65:8 66:3,4,8,9,
10,11,12,19,25
67:2,10,20,21 68:6,
14,18 69:9,12,15,
19 70:10,12,15
71:24 72:17,18
73:2,4,12,13,15,20,
21,23 74:24 75:1,3,
10,12,16,19,20
76:16,17,19 77:2
78:2,15,17 79:16
80:5,10,15 81:8,11,
18,19,21,24 82:4,7,
8,9,12,17 83:9,14
84:20,25 85:2,3,4,
5,8,11,12

**today** 4:11 5:22
19:18 49:7 85:2

**together** 27:10

**told** 7:4 28:23
70:12

**too** 50:16 75:13

**top** 22:14 39:9,24
42:24 43:3 46:13
71:5,8 81:2 82:4

**topics** 82:8

**totaling** 57:18

**touch** 73:24

**towards** 70:25

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

**transaction** 49:23
63:18 65:1 70:15
80:2

**transactions** 35:2
58:8

**transfer** 21:25 59:9
75:24

**transferred** 22:1,3
29:19 37:25 58:7,
16 64:22

**transfers** 29:4 30:4
38:3,7

**traveling** 20:2

**Treadwell** 36:14,
18,21

**treasury** 28:1,7,12
29:6 51:15

**Troy** 15:5

**true** 19:19 26:13

**Truist** 49:12 62:11,
13,24 63:5,21
64:15

**trust** 9:7,9,11,13,24
16:18,19 17:6,7,22
18:1,9 22:18,20
23:4,7,19 24:1,4
27:25 28:11,13
29:22 30:24 31:5
34:4,18,22 35:2,5,9
37:11,19 38:4
40:13,19,24 42:2,3
43:21 50:19 51:2,
10,14,23 52:15,22
53:8,19,23 54:3,7,
13,20,23,25 55:8,
11,19 57:21 58:5
59:5,25 60:3,5 62:7
66:11,17,20,22
69:3,11,13 73:3
74:1,14,18,19,24

75:1,4 77:1,2,4,5,7,
12 80:6,11,17
81:11 84:8,12,15

**trustee** 28:6,17
29:13 30:8,10,17
42:12 53:13,14,16
56:19 58:20 60:2
61:11,23 70:7,19
76:1 79:5,22 80:13,
17,20 84:22

**trustees** 17:24,25
59:24 73:13

**Trustees's** 74:9

**try** 44:20 66:25
81:21

**trying** 19:14 44:25
57:1,3,5 81:8

**Twenty** 67:18

**two** 12:9 29:23
37:25 44:2 46:6
57:15,18 58:7 74:2
77:19 80:3

**two-hour** 41:12

**type** 57:2

**types** 25:5

---

## U

**Uh-huh** 8:20 45:14

**under** 50:23 80:19

**understand** 60:17,
22 84:16

**understanding**
25:20 55:17 82:25

**understood** 70:16

**Underwriters** 46:9

**unfortunate** 62:5

**universal** 78:12

**unless** 80:20

**unsatisfied** 44:13

**until** 39:10 58:1

**untimely** 62:6

**up** 7:6,12,19 24:18
27:9,11 37:9 42:2
57:4,5,24 66:9
69:23,24 74:16
83:14 85:5

**upper** 81:2

**uptick** 25:4

**us** 7:17 20:2 32:20
33:11 77:7 82:8
85:1

**use** 81:22

**used** 8:5 20:17

**using** 76:13

**utilized** 17:7

---

## V

**value** 83:25

**various** 17:7 19:9
46:2

**varying** 30:9

**Velocity** 46:9

**Ventures** 56:24
57:7

**verify** 19:7,15

**versus** 4:6

**very** 24:9 50:3 55:4
60:20 64:12,13
66:7 78:16

**video** 4:3,9 41:18
85:7

**videographer** 4:1,
13,22 5:4,6 7:19
8:7,12 41:6,17
47:21,24 48:3 85:7

**Virginia** 26:24

**visit** 24:12

**visits** 24:12 25:5

---

## W

**wages** 83:17

**walk** 7:6 24:15

**want** 7:20 24:11,25
33:7,16 41:8 82:7
83:14

**wanted** 44:14 45:7
69:19

**was** 4:25 6:6,10,11,
21,22 7:1 8:23
10:19,20 11:3,14
12:8,13 13:15,21,
22,23 14:10,24
15:15,18,20 16:25
17:5,10,15,16 19:3,
4 20:12 21:6,11,12
22:9,18,20,23
23:13 24:1 27:16
28:23 29:9 30:16,
22 31:4,14,15
32:15,19 33:20
35:8,11 36:1,4,13,
18 37:2,13 38:23
39:18,19,20 43:16,
25 45:8,15,18
46:17,18 47:2,6,7,
8,19 48:16,18
49:19 53:1,6,25
54:3,14,17,19,24,
25 55:14,17,18,20,
22 56:19 57:6
58:19 59:20 60:2,

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

15,16,19 61:19
63:13 64:2,12,24
65:24 66:14 69:1,5,
11,17,19,20,25
71:13 72:5,6,25
73:1,6,7,14,18 74:2
77:7 79:11 80:8,25
81:8,9,17 84:14

**wasn't** 65:13 70:14

**wasted** 57:1

**way** 30:20

**Waynesboro**
16:11,14 65:19
82:21

**we** 4:1,14,20 6:3
7:25 8:1 10:4,25
11:2 17:9 18:16
19:23 20:3,4 21:3
23:5 27:10 33:1,11
41:20 42:19 58:15
59:13,17 70:12
73:23 75:5 76:18
77:15,18 79:23
80:19 82:3,4 84:2
85:4,9

**we'll** 12:24 19:13
85:4,11

**we're** 5:4 7:25 33:9
41:7,18 65:25 85:3,
7,10

**we've** 7:18 52:18
67:1

**website** 8:19 57:4,6
83:8

**well** 9:25 12:8 22:6
24:11 27:19 50:20
51:4,9 56:9 58:19
59:13,17 63:7,12
66:7 77:25 78:20
83:11

**went** 53:2,7 54:11
55:10 56:21,22
58:21 77:15 84:13

**were** 6:5,15 12:5
18:9,11,12,22
21:16,17,22 22:1,3
31:9 32:21 34:2,11
42:8 43:2 44:3,13
53:19 57:3,5 59:23
62:5,6 67:17 69:5
73:16,21 76:13,18
82:4 83:3 84:12

**weren't** 65:16

**what** 6:18,24 9:8
11:14 14:6,10
18:24 21:19 22:5
23:24 26:1,6 28:9
29:19 30:13 34:19
36:17 37:6 38:9,14
39:1,2,6,25 42:5,8
43:7,15 45:8,15,23
47:6,20 49:3,6
50:22,25 55:17,25
56:23 57:2 59:13,
16,17 60:8,16
66:24 67:8,13,14
72:5 77:18,24
78:14,19,25 79:11,
20,24 81:4,17,24
82:20 83:13 84:16

**what's** 10:1 14:1
15:4

**whatever** 33:7,15
46:17 53:18

**whatsoever** 60:13

**when** 7:7,20 14:24
16:18 21:15 22:20
23:11 24:11 27:14,
16,19 29:8 39:9,10
43:25 46:16 47:15
49:13 53:6,21 55:5
62:4 65:12 69:5

72:25 84:11

**where** 5:21 7:7,15
11:9,12,20 13:20
14:3,4,14 15:6 27:6
29:3,17 34:10
54:13 55:9,18
56:17,21 57:22
64:14 65:16 78:6,9,
21 83:5

**Wherever** 84:13

**whether** 7:1 23:1,
14 39:20 53:25
54:13 68:1

**which** 20:23 23:4,5
26:15 41:23 47:6
51:8 62:24 63:16
79:7 80:1

**while** 7:22 21:17
68:24 81:20,23

**who** 6:15,21 9:8
12:21 17:25 27:5
35:14 36:13 46:9
49:9 58:19 59:3,15
69:14 70:22

**whole** 78:11

**whom** 23:22

**whose** 21:11

**why** 17:18 24:3
33:1,20 44:9 50:8
76:13,21 81:9

**wife** 15:13,17 18:5
32:5,25 37:18 40:8
44:6 46:5 50:5
59:21 61:22 73:11
75:16 77:21 79:4,
21 80:12 81:5
82:16 84:11

**wife's** 15:25 32:16
37:14 44:18 47:17
61:17 62:5,16

74:25 76:1 80:15
81:1

**will** 7:5,25 8:1
27:11 30:5 33:13,
15,24 57:10 83:8
85:13

**willing** 19:18

**Wimberley** 14:15

**window** 41:12 63:9

**wire** 38:23

**wired** 31:10 38:11

**wiring** 31:12

**with** 4:20 9:7,19
10:11 13:14 16:14
17:12,14 19:8 21:8,
10 22:12,14 23:17
24:6 25:10 29:1
30:11 35:24 36:5,9
37:13 41:22 42:10
43:8,21 44:13
46:22 49:9 50:2
53:4 55:25 62:16
65:16,20 67:3,15,
17,23 69:1,5 70:25
73:2,12 74:13,16,
19 75:5 78:12
79:17 82:9 85:5

**withdrawals** 46:1

**within** 43:21

**without** 59:5

**WITNESS** 5:1,5 8:3
13:9,11 26:22 37:1
44:18 56:13 82:1
85:6

**Wooten** 4:17 5:8,10
7:9,13,21,23 8:4,
10,13 10:6,11,14,
15 13:3,13 20:13,
16 26:18 27:2

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

35:19,22 36:23
37:2,5 41:4,10,19
44:23 45:1,4,9,10
48:4,7 56:15 57:17
58:3 60:15 82:3,7,
10 85:13

**work** 19:8 20:7
24:14 27:4 62:21
63:1,10,15,19,24
64:3,10,11 65:8
73:22

**working** 66:1

**works** 24:8

**would** 5:1 10:4 13:3
17:1,18 18:4 24:18
27:3,17 28:25
30:14,18 31:19
32:1,5,12 33:4
38:15,18,21 52:8
53:1 58:1 60:14
62:24 66:19,21
68:10 72:8 74:6
76:20 77:11 82:15
85:1

**wouldn't** 68:3,6
80:20

**write** 44:12

---

**Y**

**yeah** 7:9 8:25 9:21
28:9 29:16 36:16
43:22 50:10 53:10
64:12,24 70:8
72:10 74:6 78:14
79:13 80:4 81:17
82:3 83:3

**year** 9:2 25:12
33:25 46:2 49:15
56:4,8

**years** 10:17 11:21

15:14 20:19 43:24
47:19 66:14 67:18
76:11

**Yep** 8:12 51:20,24

**yes** 5:15,20,25 6:8
8:16 10:18,24 11:8
12:9,20 13:25
14:13,17,20 15:3,
24 16:2,4,7,10,12
17:5,8 18:14 19:22,
24 20:10,11,12,15
21:14 22:16,25
25:15 28:14 29:11
31:21 32:7 34:21,
23 35:21 36:10,12
37:17 39:12,14
40:10 42:5,22
43:15,22 44:1
45:23 46:4,12,14,
20,23 47:11,19
48:17 49:2 50:14,
15,25 51:6,12,17
52:7,12,17 53:15,
20 54:5,21 58:2,12
59:19,22 60:1,20
61:12,15,20,24
62:3,18,22 63:3,4
64:7 65:10,21,23
67:9 68:17,20 69:4,
7 70:6,21 71:2,9,12
72:4,13,24 73:9,17,
20 74:11,15 75:2,7,
18 76:3 78:8 79:10
80:14,18 81:7,13
83:18,20 84:9

**York** 26:24

**you** 4:22 5:11,14,
16,21 6:1,5,9,11,19
7:4,7,11,14,15,19,
20,24 8:1,3,7,8,14,
17 9:8,12,18 10:4,
11,16,19,22 11:3,4,
9,12,17,24 12:1,3,

8,10,12,15,18 13:3,
15 14:6,18,24 15:8
16:13,18,24 17:1,7,
12,14,19 18:4,12,
17,18,21,24,25
19:16,18,19,23,25
20:1,4,5,8,13,17
21:5,6,7,9,15,17,
19,23,24 22:5,13,
20,24 23:1,2,3,4,5,
11,17,18,22,25
24:7,11,12,13,14,
24,25 25:9,23 26:1,
4,6,8,10,11,19,21
27:4,14,15,24 28:2,
4,18,20,23,24,25
29:3,10,15,19,25
30:3,6,11,13,14,18,
21 31:1,12,17,18,
20,22 32:1,4,8,11,
12,16,21,24 33:4,5,
7,10,13,15,16,19,
24 34:6,14,17 35:6,
10,19 36:3,4,8,11,
13,23,25 37:6,10,
18,25 38:3,6,7,11,
16,20 39:7,10,13,
15,19,20,22,23
40:2,7,16,17,22
41:8 42:2,6,7,8,11,
14,16,21,23 43:2,5,
8,14,19,23 44:3,10,
12,13,24 45:3,7,11,
19,20,24,25 46:5,
16 47:14,15,21,22
48:9,10,13,19,21
49:6,13,16,17,19,
22 50:1,8,14,16,22
52:20,25 53:21
54:1,2,6,7,15,17
55:5,7,9,14,16,25
56:3,7,12,18,23
57:2,3,5,9,10,13,25
58:1,4,9,14,16
59:1,11,23 60:3,9,

11,14,17,20,23
61:1,4,8,17,22
62:10 63:9,13 64:9,
10,18,21,25 65:3,
15,16,19,22,25
66:10,12,18 67:3,5,
7,8,10,14,17,23
68:1,2,3,6,10,23,24
69:2,5,15 70:9,12,
17,24 71:8,10,23
72:2,8,18,23,25
73:3,4,12,19,22
74:4,13,16,17,18,
25 75:12,16,25
76:4,12,13,21,22
77:3,15,19,22,23
78:2,3,17,23 79:4,
14,15,21 80:5,6,16,
20 81:5,14,24
82:11,12,24,25
83:8 84:11,19,21
85:2,11

**you'd** 24:5 50:8
84:20

**you'll** 43:11 83:7

**you're** 9:23 10:3
19:9 25:10,20,24
26:7,9 27:6 31:23
33:19 34:19 39:19
49:3 55:2,21 59:7
72:22 78:22 81:23
84:3,17

**you've** 5:18 15:13,
22 20:6 73:22

**youngest** 6:24 8:22
9:3 12:12

**your** 5:11 6:24 8:22
9:3 11:10,13 12:1,
12,21 13:4 14:9
15:9,12,13,15,19,
22,25 18:5,22 19:8
20:7,18 21:11,20

22:17 23:4,7,20
24:4,6 27:4,17,22,
25 28:6,10,12,16,
17,24 29:21,22
30:8,9,10,15,17,22
31:12,25 32:3,4,12,
16,17,25 33:20,24
34:2,3,9,10,15,16,
17 35:1,2,3,4,12
37:11,14,18,19,20
38:1,4 39:4,7 40:3,
8,17,22,23 41:23
42:1,3,11,13 43:21
46:5,11,15,17,18
47:21,22,24 49:4
50:5,12,17,20 51:1,
3,4,5,8,10,14,15,
21,22 52:8,13,22
53:2,4,18,23 54:4,
7,15,19,20,22,23
55:8,15,21,22,23
57:11 58:5,6,7,16,
20 59:4,5,20 60:6,
11,19 61:5,11,17,
19,22,23 62:5,12,
15,16,20,25 63:6,
10,15,19,24 64:3
65:3,8 66:10,20
67:21 68:7,14 69:3,
6,9 71:18,24 72:2,
17 73:2,11,23
74:14,25 75:16,17
76:1,20 77:21
78:10,11,23 79:4,
14,21 80:11,15
81:1,5,24 82:16,23
83:16 84:6,7,10,11,
12

**yours** 12:6 73:7

_____

**Z**

_____

**zero** 78:23

**Zoom** 4:10



ELECTRONICALLY FILED
12/7/2020 4:47 PM
62-CV-2009-000073.00
CIRCUIT COURT OF
TALLAPOOSA COUNTY, ALABAMA
PATRICK CRADDOCK, CLERK

# EXHIBIT 1

**MorganStanley**
**SmithBarney**

# Reserved Client
# Financial Management Account

October 1 - October 31, 2011

Ref: 00014291 00100731

RODNEY D DORAND, TRUSTEE &

Account number ███ 254

## TRANSACTION DETAILS

*All transactions appearing are based on trade-date*

## Deposits

| Date | Description | Amount |
|---|---|---|
| 10/25/11 | DIRECT DEPOSIT US TREASURY 303 | 2,198.00 |

| Date | Description | Amount |
|---|---|---|
| | | |

## Checks written

**Account number *****4554**

| Check no. | Date written | Date cleared | Description | Tracking code | Amount | | Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13965 | 09/16/11 | 10/04/11 | JIMMY SALTER | H | $ 131.11 | | 13983 | 10/14/11 | 10/19/11 | LEXUS FINANCIAL SERVICES | H | 869.36 |
| 13972* | 09/27/11 | 10/05/11 | DEVCON | H | 71.52 | | 13984 | 10/14/11 | 10/18/11 | AMEX | H | 1,100.64 |
| 13973 | 09/27/11 | 10/03/11 | CLARKS SERV AND REPAIR | H | 65.00 | | 13985 | 10/14/11 | 10/18/11 | CASH | H | 500.00 |
| 13974 | 09/27/11 | 10/04/11 | WALNUT HILL WATER AUTH | H | 22.36 | | 13986 | 10/06/11 | 10/18/11 | CHRIST THE KING EPISCOPAL | H | 150.00 |
| 13975 | 09/27/11 | 10/04/11 | NRA CS | H | 12.95 | | 13989* | 10/20/11 | 10/26/11 | CLUB WYNDHAM PLUS | H | 69.41 |
| 13976 | 09/27/11 | 10/04/11 | USAA CREDIT CARD SVCS | H | 1,582.78 | | 13990 | 10/20/11 | 10/26/11 | CARLTON G KING DMD PA | H | 155.00 |
| 13977 | 10/07/11 | 10/12/11 | REGIONAL UTIL SYSTEM | H | 61.94 | | 13991 | 10/20/11 | 10/25/11 | USAA | H | 662.00 |
| 13978 | 10/07/11 | 10/11/11 | AMERICAN EXPRESS | H | 244.59 | | 13992 | 10/20/11 | 10/25/11 | PANAMA CITY RESCUE MISSIO | H | 19.20 |
| 13979 | 10/07/11 | 10/11/11 | CENTURY LINK | H | 70.62 | | 13996* | 10/20/11 | 10/25/11 | CHELCO | H | 195.90 |
| 13980 | 10/07/11 | 10/13/11 | NORTHWESTERN MUTUAL LIFE | H | 78.00 | | 13996* | 10/20/11 | 10/28/11 | CITIZENS UNITED FOUNDATIO | H | 35.00 |
| 13981 | 10/07/11 | 10/12/11 | OKALOOSA GAS DIST | H | 14.72 | | 13997 | 10/20/11 | 10/26/11 | DIRECT TV | H | 165.13 |
| 13982 | 10/14/11 | 10/20/11 | US TREAS | H | 6,007.00 | | | | | | | |

| | | | | | | Total checks written | | | | | | $ 12,284.23 |

*Check missing in sequence*

MORGAN STANLEY 005335

DOCUMENT 384

# MorganStanley
# SmithBarney

**Reserved Client**
**Financial Management Account**
November 1 - November 30, 2011

Ref: 00013749 00095083

RODNEY D DORAND, TRUSTEE &    Account number    254

## TRANSACTION DETAILS    *All transactions appearing are based on trade-date*

### Deposits

| Date | Description | Date | Description | Amount |
|---|---|---|---|---|
| 11/22/11 | DIRECT DEPOSIT US TREASURY 303 | | | 2,198.00 |

### Checks written

Account number *****4554

| Check no. | Date written | Date cleared | Description | Tracking code | Amount | Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00001 | 11/15/11 | 11/29/11 | JIMMY SALTER | H | $ 132.12 | 14009 | 11/08/11 | 11/15/11 | CARING AND SHARING | H | 100.00 |
| 13993* | 10/20/11 | 11/16/11 | BAY AREA FOOD BANK | H | 22.00 | 14010 | 11/08/11 | 11/15/11 | REGIONAL UTIL SYSTEM | H | 59.99 |
| 13998* | 11/01/11 | 11/08/11 | USAA CREDIT CARD SVCS | H | 1,162.92 | 14011 | 11/08/11 | 11/14/11 | AMERICAN EXPRESS | H | 211.62 |
| 14000* | 11/01/11 | 11/10/11 | JIMMY SALTER | H | 135.12 | 14012 | 11/15/11 | 11/17/11 | WALTON CO CLERK OF CT | H | 133.00 |
| 14001 | 11/01/11 | 11/08/11 | NORTHWESTERN MUTUAL LIFE | H | 78.00 | 14013 | 11/15/11 | 11/21/11 | BUZZ WOODHAM PEST MGMT | H | 75.00 |
| 14002 | 11/01/11 | 11/04/11 | CASH | H | 500.00 | 14015* | 11/15/11 | 11/21/11 | AMERICAN EXPRESS | H | 246.43 |
| 14003 | 11/01/11 | 11/10/11 | LEXUS FINANCIAL SERVICES | H | 856.74 | 14017* | 11/15/11 | 11/21/11 | DIRECT TV | H | 164.66 |
| 14004 | 11/01/11 | 11/07/11 | CENTURY LINK | H | 70.76 | 14018 | 11/15/11 | 11/22/11 | LEXUS FINANCIAL SERVICES | H | 869.36 |
| 14005 | 11/01/11 | 11/07/11 | OKALOOSA GAS DIST | H | 13.73 | 14020* | 11/18/11 | 11/23/11 | CLUB WYNDHAM PLUS | H | 69.16 |
| 14006 | 11/01/11 | 11/09/11 | AL PWR CO | H | 28.91 | 14021 | 11/18/11 | 11/25/11 | USAA | H | 662.00 |
| 14007 | 11/01/11 | 11/09/11 | WALNUT HILL WATER AUTH | H | 22.36 | 14022 | 11/18/11 | 11/22/11 | CHELCO | H | 149.15 |
| 14008 | 11/01/11 | 11/08/11 | FMA | H | 99.00 | | | | | | |

Total checks written    $ 5,862.02

*Check missing in sequence

MORGAN STANLEY 005343

# MorganStanley
# SmithBarney

# Reserved Client
# Financial Management Account

December 1 - December 31, 2011

RODNEY D DORAND, TRUSTEE &

Account number          254

Ref: 00016740 00117351

## TRANSACTION DETAILS

*All transactions appearing are based on trade-date*

## Deposits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 12/27/11 | DIRECT DEPOSIT US TREASURY 303 | 2,198.00 | | | |

## Checks written

**Account number *****4554**

| Check no. | Date written | Date cleared | Description | Tracking code | Amount | Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13933 | 08/17/11 | 12/07/11 | LINDA | H | $ 180.00 | 14033 | 12/07/11 | 12/14/11 | NORTHWESTERN MUTUAL LIFE | H | 78.00 |
| 14019* | 11/15/11 | 12/07/11 | CTK | H | 500.00 | 14034 | 12/14/11 | 12/20/11 | MASA | H | 2,861.00 |
| 14023* | 11/29/11 | 12/01/11 | CASH | H | 750.00 | 14035 | 12/14/11 | 12/22/11 | CARLTON G KING DMD PA | H | 95.00 |
| 14024 | 11/30/11 | 12/09/11 | LEXUS FINANCIAL SERVICES | H | 856.74 | 14036 | 12/14/11 | 12/19/11 | AMERICAN EXPRESS | H | 1,635.13 |
| 14025 | 11/30/11 | 12/07/11 | OKALOOSA GAS DIST | H | 17.65 | 14037 | 12/14/11 | 12/16/11 | CASH | H | 500.00 |
| 14026 | 11/30/11 | 12/12/11 | CENTURY LINK | H | 71.38 | 14038 | 12/14/11 | 12/19/11 | DIRECT TV | H | 170.32 |
| 14027 | 12/04/11 | 12/15/11 | CHRIST THE KING | H | 132.00 | 14039 | 12/14/11 | 12/20/11 | LEXUS FINANCIAL SERVICES | H | 869.36 |
| 14028 | 12/06/11 | 12/08/11 | PARKER HEATING AND COOLIN | H | 125.00 | 14040 | 12/23/11 | 12/30/11 | CLUB WYNDHAM PLUS | H | 69.66 |
| 14029 | 12/07/11 | 12/12/11 | REGIONAL UTIL SYSTEM | H | 61.54 | 14041 | 12/23/11 | 12/30/11 | JIMMY SALTER | H | 141.79 |
| 14030 | 12/07/11 | 12/13/11 | USAA CREDIT CARD SVCS | H | 1,108.12 | 14042 | 12/23/11 | 12/28/11 | CHELCO | H | 145.69 |
| 14031 | 12/07/11 | 12/13/11 | UAHSF | H | 30.88 | 14043 | 12/23/11 | 12/28/11 | USAA | H | 527.93 |
| 14032 | 12/07/11 | 12/12/11 | AMERICAN EXPRESS | H | 200.63 | 14044 | 12/23/11 | 12/28/11 | SAMS CLUB | H | 135.00 |
| | | | | | | | | | Total checks written | | $ 11,262.82 |

*Check missing in sequence

# Morgan Stanley

## 2012 Annual Review

**Active Assets Account** ...254

RODNEY D DORAND, TRUSTEE &
BARBARA H DORAND, TRUSTEE FBO

## CASH RELATED ACTIVITY

### CHECKS DEPOSITED

| Transaction Date | Settlement Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|---|
| 1/8 | 1/6 | Check Deposit | FUNDS RECEIVED | | $21,586.08 |

**TOTAL CHECKS DEPOSITED** $21,586.08

### ELECTRONIC TRANSFERS (CREDITS)

| Transaction Date | Settlement Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|---|
| 2/22 | 2/22 | Cash Transfer - Credit | DIRECT DEP FUNDS RECVD | US TREASURY 303 | $2,297.00 |
| 3/28 | 3/28 | Funds Received | US TREASURY 303 | XXSOC SEC | 2,297.00 |
| 4/25 | 4/25 | Funds Received | US TREASURY 303 | XXSOC SEC | 2,297.00 |
| 5/23 | 5/23 | Funds Received | US TREASURY 303 | XXSOC SEC | 2,297.00 |
| 6/27 | 6/27 | Funds Received | US TREASURY 303 | XXSOC SEC | 2,297.00 |
| 7/25 | 7/25 | Funds Received | US TREASURY 303 | XXSOC SEC | 2,297.00 |
| 8/22 | 8/22 | Funds Received | US TREASURY 303 | XXSOC SEC | 2,297.00 |
| 9/26 | 9/26 | Funds Received | RETIREMENT ACCOUNT | XXSOC SEC | 2,297.00 |
| 10/16 | 10/16 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 2,297.00 |
| 10/16 | 10/16 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 1,080.00 |
| 10/22 | 10/22 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 900.00 |
| 10/23 | 10/23 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 540.00 |
| 10/24 | 10/24 | Funds Received | SSA TREAS 310 | DISTRIBUTION FROM 610-110159 | 1,800.00 |
| 11/5 | 11/5 | Funds Received | RETIREMENT ACCOUNT | XXSOC SEC | 2,297.00 |
| 11/28 | 11/28 | Funds Received | SSA TREAS 310 | DISTRIBUTION FROM 610-110159 | 342.00 |
| 12/26 | 12/26 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,297.00 |

**TOTAL ELECTRONIC TRANSFERS (CREDITS)** $29,929.00

### OTHER CREDITS

| Transaction Date | Settlement Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|---|
| 2/17 | 2/17 | Other Credits | BANK DEPOSIT PROGRAM | TRANSFERRED FROM CGMI | $25,696.00 |

**TOTAL OTHER CREDITS** $25,696.00

| PERSONAL ACCOUNTS | RETIREMENT ACCOUNTS | EDUCATION ACCOUNTS | TRUST ACCOUNTS | BUSINESS ACCOUNTS |
|---|---|---|---|---|

CLIENT STATEMENT

# 2013 Annual Review

Active Assets Account ▬▬▬ ...254

RODNEY D DORAND, TRUSTEE & BARBARA H DORAND, TRUSTEE FBO

# Morgan Stanley

## CASH RELATED ACTIVITY

### CHECKS DEPOSITED

| Transaction Date | Settlement Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|---|
| 3/28 | 3/28 | Check Deposit | FUNDS RECEIVED | | $2,000.00 |
| 10/2 | 10/2 | Check Deposit | FUNDS RECEIVED | | 150,000.00 |

**TOTAL CHECKS DEPOSITED** $152,000.00

### ELECTRONIC TRANSFERS (CREDITS)

| Transaction Date | Settlement Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|---|
| 1/9 | 1/9 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | $2,000.00 |
| 1/15 | 1/15 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 5,850.00 |
| 1/23 | 1/23 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,291.00 |
| 2/27 | 2/27 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,291.00 |
| 2/27 | 2/27 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,291.00 |
| 3/27 | 3/27 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,291.00 |
| 4/9 | 4/9 | Deposit | FUNDS RECEIVED | Dorand dking XX-0417 | 268.00 |
| 4/24 | 4/24 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,291.00 |
| 5/22 | 5/22 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,291.00 |
| 6/6 | 6/6 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 2,291.00 |
| 6/12 | 6/12 | Deposit | FUNDS RECEIVED | Dorand dking XX-0417 | 900.00 |
| 6/13 | 6/13 | Deposit | FUNDS RECEIVED | Dorand dking XX-0417 | 2,000.00 |
| 6/26 | 6/26 | Funds Received | SSA TREAS 310 | XXSOC SEC | 1,500.00 |
| 7/1 | 7/1 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,291.00 |
| 7/12 | 7/12 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 4,500.00 |
| 7/15 | 7/15 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 450.00 |
| 7/24 | 7/24 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,250.00 |
| 8/1 | 8/1 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 2,291.00 |
| 8/20 | 8/20 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 4,500.00 |
| 8/28 | 8/28 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 630.00 |
| 9/3 | 9/3 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,291.00 |
| 9/25 | 9/25 | Funds Received | SSA TREAS 310 | XXSOC SEC | 4,500.00 |
| 10/1 | 10/1 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 4,500.00 |
| 10/23 | 10/23 | Funds Received | SSA TREAS 310 | XXSOC SEC | 4,500.00 |
| 11/1 | 11/1 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 2,291.00 |
| 11/1 | 11/1 | Funds Received | SSA TREAS 310 | XXSOC SEC | 4,500.00 |
| 11/27 | 11/27 | Funds Received | SSA TREAS 310 | XXSOC SEC | 462.00 |
| 12/2 | 12/2 | Funds Received | RETIREMENT ACCOUNT | FUNDS RECEIVED | 2,291.00 |
| 12/11 | 12/11 | Deposit | FUNDS RECEIVED | Dorand dking XX-0417 | 4,500.00 |
| 12/17 | 12/17 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 4,500.00 |
| 12/17 | 12/17 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 450.00 |
| 12/19 | 12/19 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 360.00 |
| 12/23 | 12/23 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 450.00 |

# Morgan Stanley

## CLIENT STATEMENT

## 2013 Annual Review

| Active Assets Account | RODNEY D DORAND, TRUSTEE & |
|---|---|
| ▬▬▬▬▬ 254 | BARBARA H DORAND, TRUSTEE FBO |

## CASH RELATED ACTIVITY

### ELECTRONIC TRANSFERS (CREDITS) (CONTINUED)

| Transaction Date | Settlement Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|---|
| 12/24 | 12/24 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,333.00 |

**TOTAL ELECTRONIC TRANSFERS (CREDITS)** $74,104.00

### ELECTRONIC TRANSFERS (DEBITS)

| Transaction Date | Settlement Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|---|
| 10/10 | 10/10 | Funds Transferred | WIRED FUNDS SENT | BENE: JAMES R MALLORY D SALTER ACCT: XXXXXX1174 | $(150,000.00) |

**TOTAL ELECTRONIC TRANSFERS (DEBITS)** $(150,000.00)

### INTEREST CHARGED

| Transaction Date | Settlement Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|---|
| 1/31 | 1/31 | Margin Interest Charged | Thru 01/31/13 For 31 Days | $38,373.26 | 7 3/8% | $(243.54) |
| 2/28 | 2/28 | Margin Interest Charged | Thru 02/28/13 For 28 Days | $27,249.18 | 7 7/8% | (161.51) |
| 3/28 | 3/28 | Margin Interest Charged | Thru 03/31/13 For 31 Days | $17,946.54 | 8 3/8% | (129.29) |
| 4/30 | 4/30 | Margin Interest Charged | Thru 04/30/13 For 30 Days | $21,214.47 | 8.341 | (147.13) |
| 5/31 | 5/31 | Margin Interest Charged | Thru 05/31/13 For 31 Days | $12,571.44 | 8 3/8% | (90.52) |
| 6/28 | 6/28 | Margin Interest Charged | Thru 06/12/13 For 12 Days | $5,363.51 | 8 3/8% | (14.89) |
| 8/30 | 8/30 | Margin Interest Charged | Thru 08/31/13 For 3 Days | $753.99 | 8 3/8% | (0.52) |
| 12/31 | 12/31 | Margin Interest Charged | Thru 12/31/13 For 2 Days | $803.15 | 8 3/8% | (0.36) |

**TOTAL INTEREST CHARGED** $(787.76)

**TOTAL CASH RELATED ACTIVITY** $75,316.24

# Morgan Stanley

**CLIENT STATEMENT**

Active Assets Account ■ 254

RODNEY D DORAND, TRUSTEE &
BARBARA H DORAND, TRUSTEE FBO

## Recap of Cash Management Activity

The "Recap of Cash Management Activity" replaces the former "Annual Review." As part of our ongoing effort to provide clear and concise information, you will note the removal of selected sections where information is:

• More complete or current on IRS Form(s) 1099 in the Consolidated Tax Package (e.g., Sales & Redemptions on 1099-B, and Income on 1099-DIV and 1099-INT), or
• Already incorporated within the Holdings section (e.g., Purchases and Dividend Reinvestments).

For your convenience, this Recap is also available as a separately retrievable document on Morgan Stanley Online under Statements within the Account Documents tab.

**We recommend that you wait for your IRS Form(s) 1099, which will be mailed no later than February 15, 2015, before completing your tax returns.** This Recap is not a substitute for the official account statements that you have received from us throughout the year, and is for informational purposes only, to provide you with a recap of your cash management activity. If there are any discrepancies between your monthly statement(s) and the information in this Recap, you should rely on the account statement(s) you have previously received.

## CASH RELATED ACTIVITY

### CHECKS DEPOSITED

| Transaction Date | Settlement Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|---|
| 8/18 | 8/17 | Mobile Deposit | FUNDS RECEIVED | CONFIRMATION#320000048105 | $1,258.19 |
| 9/29 | 9/28 | Mobile Deposit | FUNDS RECEIVED | CONFIRMATION#320000066205 | 729.50 |
| 11/19 | 11/18 | Mobile Deposit | FUNDS RECEIVED | CONFIRMATION#320000092101 | 300.00 |
| 11/21 | 11/20 | Mobile Deposit | FUNDS RECEIVED | CONFIRMATION#320000093127 | 1,025.16 |
| 12/19 | 12/18 | Mobile Deposit | FUNDS RECEIVED | CONFIRMATION#320000108835 | 1,000.00 |
| 12/19 | 12/18 | Mobile Deposit | FUNDS RECEIVED | CONFIRMATION#320000108837 | 100.00 |
| 12/19 | 12/18 | Mobile Deposit | FUNDS RECEIVED | CONFIRMATION#320000108838 | 21.35 |
| 12/22 | 12/20 | Mobile Deposit | FUNDS RECEIVED | CONFIRMATION#320000109948 | 75.00 |

**TOTAL CHECKS DEPOSITED** $4,509.20

### ELECTRONIC TRANSFERS (CREDITS)

| Transaction Date | Settlement Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|---|
| 1/2 | 1/2 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | $4,500.00 |
| 1/13 | 1/13 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 900.00 |
| 1/14 | 1/14 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 1,800.00 |
| 1/22 | 1/22 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,369.00 |
| 1/28 | 1/28 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 900.00 |
| 2/3 | 2/3 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 4,500.00 |
| 2/11 | 2/11 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 2,250.00 |
| 2/26 | 2/26 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,369.00 |
| 3/3 | 3/3 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 4,500.00 |
| 3/13 | 3/13 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 1,440.00 |

# Recap of Cash Management Activity

**Active Assets Account** ...254

RODNEY D DORAND, TRUSTEE & BARBARA H DORAND, TRUSTEE FBO

# Morgan Stanley

## CASH RELATED ACTIVITY

### ELECTRONIC TRANSFERS (CREDITS) (CONTINUED)

| Transaction Date | Settlement Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|---|
| 3/26 | 3/26 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,369.00 |
| 4/1 | 4/1 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 4,500.00 |
| 4/23 | 4/23 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,369.00 |
| 4/25 | 4/25 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 1,250.00 |
| 5/1 | 5/1 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 4,500.00 |
| 5/19 | 5/19 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 1,350.00 |
| 5/20 | 5/20 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 1,800.00 |
| 5/28 | 5/28 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,369.00 |
| 6/2 | 6/2 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 4,500.00 |
| 6/13 | 6/13 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 1,080.00 |
| 6/25 | 6/25 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,369.00 |
| 7/1 | 7/1 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 4,500.00 |
| 7/21 | 7/21 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 2,025.00 |
| 7/22 | 7/22 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 900.00 |
| 7/23 | 7/23 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,369.00 |
| 8/1 | 8/1 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 4,500.00 |
| 8/27 | 8/27 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,369.00 |
| 9/2 | 9/2 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 4,500.00 |
| 9/11 | 9/11 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 508.50 |
| 9/16 | 9/16 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 900.00 |
| 9/24 | 9/24 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,369.00 |
| 10/1 | 10/1 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 4,500.00 |
| 10/7 | 10/7 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 1,350.00 |
| 10/8 | 10/8 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 1,000.00 |
| 10/14 | 10/14 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 720.00 |
| 10/15 | 10/15 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 2,000.00 |
| 10/22 | 10/22 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,369.00 |
| 10/27 | 10/27 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 6,300.00 |
| 11/13 | 11/13 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 180.00 |
| 11/24 | 11/24 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 3,600.00 |
| 11/26 | 11/26 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,369.00 |
| 11/28 | 11/28 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 900.00 |
| 12/4 | 12/4 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 3,600.00 |
| 12/24 | 12/24 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,369.00 |
| 12/24 | 12/24 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 2,340.00 |
| 12/31 | 12/31 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 3,960.00 |

**TOTAL ELECTRONIC TRANSFERS (CREDITS)** $116,481.50

MORGAN STANLEY 005806

# Morgan Stanley

CLIENT STATEMENT

## 2015 Recap of Cash Management Activity

| Active Assets Account | RODNEY D DORAND, TRUSTEE & |
|---|---|
| 254 | BARBARA H DORAND, TRUSTEE FBO |

We are pleased to enclose your 2015 Recap of Cash Management Activity. This section includes a summary of your electronic transfers, checking and card activity for the year (including ATM transactions, automated payments and Billpay), and security transfers.

Information related to Income, Distributions, Purchases, Sales, and Redemptions will be provided to accounts subject to IRS reporting on Forms 1099 in the Consolidated Tax Package.

For your convenience, this Recap is also available as a separately retrievable document on Morgan Stanley Online under Statements within the Account Documents tab.

**We recommend that you wait for your IRS Form(s) 1099 before completing your tax returns.** This Recap is not a substitute for the official account statements that you have received from us throughout the year; and is for informational purposes only to provide you with a recap of your cash management activity. If there are any discrepancies between your account statement(s) and the information in this Recap, you should rely on the account statement(s) you have previously received.

## CASH RELATED ACTIVITY

### CHECKS DEPOSITED

| Transaction Date | Settlement Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|---|
| 1/5 | 1/5 | Mobile Deposit | FUNDS RECEIVED | CONFIRMATION#3200001119349 | $600.13 |
| 1/5 | 1/5 | Mobile Deposit | FUNDS RECEIVED | CONFIRMATION#3200001119348 | 500.13 |
| 1/8 | 1/5 | Check Deposit | FUNDS RECEIVED | | 92.31 |
| 1/13 | 1/13 | Mobile Deposit | FUNDS RECEIVED | | 434.84 |
| 1/26 | 1/26 | Mobile Deposit | FUNDS RECEIVED | CONFIRMATION#3200000124891 | 250.00 |
| 3/24 | 3/23 | Mobile Deposit | FUNDS RECEIVED | CONFIRMATION#3200000131752 | 3,000.00 |
| 4/23 | 4/23 | Mobile Deposit | FUNDS RECEIVED | CONFIRMATION#3200000167345 | 3,000.00 |
| 4/23 | 4/23 | Mobile Deposit | FUNDS RECEIVED | CONFIRMATION#3200000191666 | 460.00 |
| 4/23 | 4/23 | Mobile Deposit | FUNDS RECEIVED | CONFIRMATION#3200000191668 | 450.00 |
| 4/23 | 4/23 | Mobile Deposit | FUNDS RECEIVED | CONFIRMATION#3200000191670 | 150.00 |
| 4/24 | 4/23 | Mobile Deposit | FUNDS RECEIVED | CONFIRMATION#3200000191667 | 50.00 |
| 6/9 | 6/9 | Mobile Deposit | FUNDS RECEIVED | CONFIRMATION#3200000226829 | 743.20 |
| 6/9 | 6/9 | Mobile Deposit | FUNDS RECEIVED | CONFIRMATION#3200000226833 | 50.00 |

### TOTAL CHECKS DEPOSITED

$9,280.48

### ELECTRONIC TRANSFERS (CREDITS)

| Transaction Date | Settlement Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|---|
| 1/12 | 1/12 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | $450.00 |
| 1/20 | 1/20 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 4,500.00 |
| 1/28 | 1/28 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,275.20 |
| 2/2 | 2/2 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 2,250.00 |
| 2/11 | 2/11 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 1,350.00 |
| 2/25 | 2/25 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,275.20 |
| 2/27 | 2/27 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 7,740.00 |

DOCUMENT 384

CLIENT STATEMENT

# 2015 Recap of Cash Management Activity

Active Assets Account ...264 — RODNEY D DORAND, TRUSTEE & BARBARA H DORAND, TRUSTEE FBO

## CASH RELATED ACTIVITY

### ELECTRONIC TRANSFERS (CREDITS) (CONTINUED)

| Transaction Date | Settlement Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|---|
| 3/11 | 3/11 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 585.00 |
| 3/16 | 3/16 | Deposit | FUNDS RECEIVED | Dorand SunTrust XX-6177 | 100.00 |
| 3/24 | 3/24 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 1,080.00 |
| 3/25 | 3/25 | Deposit | SSA TREAS 310 | XXSOC SEC | 2,275.20 |
| 3/31 | 3/31 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 3,600.00 |
| 4/22 | 4/22 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,275.20 |
| 4/30 | 4/30 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 4,500.00 |
| 5/6 | 5/6 | Cash Transfer - Credit | FUNDS TRANSFERRED | IRA/65 1/C/T/O7/Z FROM 610-110159-000 | 1,000.00 |
| 5/12 | 5/12 | Cash Transfer - Credit | FUNDS TRANSFERRED | IRA/65 1/C/T/O7/Z FROM 610-110159-000 | 1,000.00 |
| 5/27 | 5/27 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 2,275.20 |
| 6/1 | 6/1 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 5,850.00 |
| 6/2 | 6/2 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 675.00 |
| 6/3 | 6/3 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 2,340.00 |
| 6/18 | 6/18 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 1,031.22 |
| 6/23 | 6/23 | Deposit | FUNDS RECEIVED | Dorand SunTrust XX-6177 | 250.00 |
| 6/24 | 6/24 | Deposit | SSA TREAS 310 | XXSOC SEC | 750.00 |
| 6/24 | 6/24 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 2,275.20 |
| 6/24 | 6/24 | Deposit | SSA TREAS 310 | XXSOC SEC | 2,275.20 |
| 6/29 | 6/29 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 4,250.00 |
| 6/30 | 6/30 | Deposit | FUNDS RECEIVED | Dorand SunTrust XX-6177 | 3,834.00 |
| 7/7 | 7/7 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 573.30 |
| 7/8 | 7/8 | Deposit | FUNDS RECEIVED | Dorand SunTrust XX-6177 | 1,000.00 |
| 7/22 | 7/22 | Deposit | SSA TREAS 310 | XXSOC SEC | 2,275.20 |
| 8/3 | 8/3 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 9,000.00 |
| 8/26 | 8/26 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,275.20 |
| 8/31 | 8/31 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 4,950.00 |
| 9/9 | 9/9 | Deposit | FUNDS RECEIVED | Dorand SunTrust XX-6177 | 300.00 |
| 9/9 | 9/9 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 700.20 |
| 9/9 | 9/9 | Deposit | FUNDS RECEIVED | Dorand SunTrust XX-6177 | 200.00 |
| 9/11 | 9/11 | Deposit | FUNDS RECEIVED | Dorand SunTrust XX-6177 | 200.00 |
| 9/14 | 9/14 | Deposit | FUNDS RECEIVED | Dorand SunTrust XX-6177 | 500.00 |
| 9/14 | 9/14 | Deposit | FUNDS RECEIVED | Dorand SunTrust XX-6177 | 573.30 |
| 9/23 | 9/23 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,275.20 |
| 10/2 | 10/2 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 4,050.00 |
| 10/9 | 10/9 | Deposit | FUNDS RECEIVED | Dorand SunTrust XX-6177 | 1,500.00 |
| 10/9 | 10/9 | Deposit | FUNDS RECEIVED | Dorand SunTrust XX-6177 | 715.50 |
| 10/9 | 10/9 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 800.00 |
| 10/13 | 10/13 | Deposit | FUNDS RECEIVED | Dorand SunTrust XX-6177 | 400.00 |
| 10/14 | 10/14 | Deposit | FUNDS RECEIVED | Dorand SunTrust XX-6177 | 900.00 |
| 10/20 | 10/20 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 900.00 |

# Morgan Stanley

CLIENT STATEMENT

## 2015 Recap of Cash Management Activity

**Active Assets Account** ...264
RODNEY D DORAND, TRUSTEE & BARBARA H DORAND, TRUSTEE FBO

### CASH RELATED ACTIVITY
### ELECTRONIC TRANSFERS (CREDITS) (CONTINUED)

| Transaction Date | Settlement Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|---|
| 10/22 | 10/22 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 1,080.00 |
| 10/26 | 10/26 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 270.00 |
| 10/27 | 10/27 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 495.00 |
| 10/27 | 10/27 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 180.00 |
| 10/27 | 10/27 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 18.00 |
| 10/28 | 10/28 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,275.20 |
| 10/29 | 10/29 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 1,440.00 |
| 10/30 | 10/30 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 495.00 |
| 11/2 | 11/2 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 468.00 |
| 11/3 | 11/3 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 45.00 |
| 11/4 | 11/4 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 90.00 |
| 11/6 | 11/6 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 1,080.00 |
| 11/13 | 11/13 | Deposit | FUNDS RECEIVED | Dorand SunTrust XX-6177 | 1,000.00 |
| 11/25 | 11/25 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,275.20 |
| 11/30 | 11/30 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 2,700.00 |
| 12/2 | 12/2 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 2,700.00 |
| 12/23 | 12/23 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 2,275.20 |
| 12/31 | 12/31 | Funds Received | SSA TREAS 310 | XXSOC SEC | 450.00 |

| | | | | |
|---|---|---|---|---|
| **TOTAL ELECTRONIC TRANSFERS (CREDITS)** | | | | **$111,615.92** |
| **TOTAL CASH RELATED ACTIVITY** | | | | **$121,896.40** |

### DEBIT CARD/CHECK ACTIVITY
### CHECKS WRITTEN
### CHECKS WITH NO CODE

| Date Written | Date Paid | Check Number | Activity Type | Payee | Expense Category | Credits/(Debits) |
|---|---|---|---|---|---|---|
| 7/4 | 7/7 | 1004 | Check | T D AMERITRADE | | $(1,000.00) |
| 8/31 | 9/2 | 1005 | Check | CASH | | (1,000.00) |
| 7/4 | 7/7 | 1006 | Check | CASH | | (1,000.00) |
| 5/6 | 5/8 | 1076 | Check | SUNTRUST BANK | | (1,000.00) |
| 3/30 | 4/6 | 1077 | Check | CASSIE STEWART | | (125.00) |
| 3/31 | 4/6 | 1078 | Check | CHRIST THE KING | | (250.00) |
| 4/10 | 4/13 | 1080 | Check | ST JOHN'S EPISCOPAL CHURCH | | (750.00) |
| 5/19 | 5/12 | 1081 | Check | CASH | | (1,000.00) |
| 4/10 | 4/13 | 4754 | Check | CASH | | (500.00) |
| 10/3 | 1/6 | 4754 | Check | WELLS FARGO HOME MORTGAGE INC | | (981.32) |
| 10/3 | 2/11 | 4755 | Check | WELLS FARGO HOME MORTGAGE INC | | (981.32) |

# Morgan Stanley

**CLIENT STATEMENT**

## 2016 Recap of Cash Management Activity

**Active Assets Account** ▬▬▬ 254

RODNEY D DORAND, TRUSTEE &
BARBARA H DORAND, TRUSTEE FBO

We are pleased to enclose your 2016 Recap of Cash Management Activity. This section includes a summary of your electronic transfers, checking and card activity for the year (including ATM transactions, automated payments and Billpay), and security transfers.

Information related to Income, Distributions, Purchases, Sales, and Redemptions will be provided to accounts subject to IRS reporting on Forms 1099 in the Consolidated Tax Package.

For your convenience, this Recap is also available as a separately retrievable document on Morgan Stanley Online under Statements within the Account Documents tab.

**We recommend that you wait for your IRS Form(s) 1099 before completing your tax returns.** This Recap is not a substitute for the official account statements that you have received from us throughout the year, and is for informational purposes only to provide you with a recap of your cash management activity. If there are any discrepancies between your account statement(s) and the information in this Recap, you should rely on the account statement(s) you have previously received.

## CASH RELATED ACTIVITY
### ELECTRONIC TRANSFERS (CREDITS)

| Activity Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|
| 1/4 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | $590.00 |
| 1/5 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 900.00 |
| 1/8 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 2,700.00 |
| 1/25 | Funds Received | FUNDS RECEIVED | | 1,500.00 |
| 1/27 | Funds Received | SSA TREAS 310 | Dorand SunTrust XX-6177 | 1,500.00 |
| 2/2 | Deposit | FUNDS RECEIVED | XXSOC SEC | 2,411.00 |
| 2/24 | Funds Received | SSA TREAS 310 | Dorand SunTrust XX-6177 | 1,100.00 |
| 3/2 | Funds Received | RETIREMENT ACCOUNT | XXSOC SEC | 2,411.00 |
| 3/3 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 621.00 |
| 3/4 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 657.00 |
| 3/7 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 3,915.00 |
| 3/7 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 1,170.00 |
| 3/8 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 315.00 |
| 3/8 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 45.00 |
| 3/9 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 135.00 |
| 3/10 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 639.00 |
| 3/17 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 2,475.00 |
| 3/23 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,411.00 |
| 3/30 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 2,411.00 |
| 4/11 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 4,050.00 |
| 4/27 | Funds Received | SSA TREAS 310 | XXSOC SEC | 900.00 |
| 4/29 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 2,411.00 |
| 5/3 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 9,000.00 |
| 5/5 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 900.00 |
| 5/17 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 900.00 |
| 5/25 | Funds Received | SSA TREAS 310 | XXSOC SEC | 450.00 |
| 5/31 | Funds Received | HARTFORD LIFE AN | BENEFIT | 2,443.00 |
| 6/22 | Funds Received | SSA TREAS 310 | XXSOC SEC | 299,404.59 |
| 7/27 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,413.00 |
| | | | | 2,413.00 |

# Morgan Stanley

CLIENT STATEMENT

## 2016 Recap of Cash Management Activity

**Active Assets Account** 264 — RODNEY D DORAND, TRUSTEE & BARBARA H DORAND, TRUSTEE FBO

### ELECTRONIC TRANSFERS (CREDITS) (CONTINUED)

| Activity Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|
| 8/11 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 5,400.00 |
| 8/24 | Funds Received | XXSOC SEC | | 2,413.00 |
| 9/8 | Funds Received | SSA TREAS 310 | | 2,413.00 |
| 9/19 | Deposit | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 9,000.00 |
| 9/19 | Funds Received | RETIREMENT ACCOUNT | Dorand SunTrust XX-6177 | 200.00 |
| 9/20 | Deposit | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 2,554.20 |
| 9/20 | Deposit | FUNDS RECEIVED | Dorand SunTrust XX-6177 | 400.00 |
| 9/28 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,413.00 |
| 10/4 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 2,413.00 |
| 10/4 | Funds Received | SSA TREAS 310 | XXSOC SEC | 1,800.00 |
| 10/4 | Funds Received | SSA TREAS 310 | XXSOC SEC | 297.00 |
| 10/18 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 8,550.00 |
| 10/26 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,413.00 |
| 11/4 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 450.00 |
| 11/8 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 2,283.30 |
| 11/9 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 243.00 |
| 11/10 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 243.00 |
| 11/15 | Deposit | RETIREMENT ACCOUNT | Dorand SunTrust XX-6177 | 180.80 |
| 11/22 | Deposit | FUNDS RECEIVED | Dorand SunTrust XX-6177 | 500.00 |
| 11/22 | Funds Received | FUNDS RECEIVED | | 150.00 |
| 11/23 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,446.00 |
| 12/9 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,446.00 |
| 12/9 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 10,800.00 |
| 12/28 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,446.00 |

**TOTAL ELECTRONIC TRANSFERS (CREDITS)** $404,556.89

### ELECTRONIC TRANSFERS (DEBITS)

| Activity Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|
| 6/1 | Cash Transfer - Debit | FUNDS TRANSFERRED | IRA110O/Q/I | (16,500.00) |
| 6/6 | Cash Transfer - Debit | FUNDS TRANSFERRED | CONTRIB TO 610-110159-000 | (10,000.00) |
| 7/8 | Funds Transferred | WIRED FUNDS SENT | IRA112/C/QI ROLLOVER TO 610-110159-000 BENE: JAMES R AND MALLORY D SA ACCT: XXXXX0093 | (275,000.00) |
| 8/12 | Funds Transferred | WIRED FUNDS SENT | BENE: JAMES R AND MALLORY D SA ACCT: XXXXX0093 | (5,000.00) |
| 9/9 | Funds Transferred | WIRED FUNDS SENT | BENE: JAMES R AND MALLORY D SA ACCT: XXXXX0093 | (12,470.95) |

**TOTAL ELECTRONIC TRANSFERS (DEBITS)** $(308,970.95)

**TOTAL CASH RELATED ACTIVITY** $95,585.94

# Morgan Stanley

**CLIENT STATEMENT**

## 2017 Recap of Cash Management Activity

| Active Assets Account | RODNEY D DORAND, TRUSTEE & |
|---|---|
| ████ 264 | BARBARA H DORAND, TRUSTEE FBO |

### ELECTRONIC TRANSFERS (CREDITS) (CONTINUED)

| Activity Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|
| 9/15 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 495.00 |
| 9/20 | Deposit | FUNDS RECEIVED | Dorand SunTrust XX-6177 | 50.00 |
| 9/27 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 9,000.00 |
| 9/27 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,446.00 |
| 9/29 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 3,780.00 |
| 10/5 | Funds Received | SSA TREAS 310 | XXSOC SEC | 279.00 |
| 10/6 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 4,500.00 |
| 10/11 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 900.00 |
| 10/13 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 900.00 |
| 10/16 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 900.00 |
| 10/23 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 900.00 |
| 10/24 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 3,150.00 |
| 10/25 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,446.00 |
| 10/31 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 2,700.00 |
| 11/1 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 900.00 |
| 11/8 | Deposit | FUNDS RECEIVED | Dorand SunTrust XX-6177 | 1,000.00 |
| 11/10 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 180.00 |
| 11/13 | Deposit | FUNDS RECEIVED | Dorand SunTrust XX-6177 | 100.00 |
| 11/15 | Deposit | FUNDS RECEIVED | Dorand SunTrust XX-6177 | 100.00 |
| 11/20 | Deposit | FUNDS RECEIVED | Dorand SunTrust XX-6177 | 160.00 |
| 11/22 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,477.00 |
| 12/1 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 2,477.00 |
| 12/7 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 2,250.00 |
| 12/7 | Deposit | FUNDS RECEIVED | Dorand SunTrust XX-6177 | 60.00 |
| 12/14 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 630.00 |
| 12/27 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,477.00 |
| 12/29 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 3,600.00 |

**TOTAL ELECTRONIC TRANSFERS (CREDITS)** — **$141,237.00**

### ELECTRONIC TRANSFERS (DEBITS)

| Activity Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|
| 6/5 | Withdrawal | FUNDS PAID | Dorand SunTrust XX-6177 | (2,000.00) |
| 7/10 | Withdrawal | FUNDS PAID | Dorand SunTrust XX-6177 | (440.00) |
| 9/7 | Cash Transfer - Debit | FUNDS TRANSFERRED | CONFIRMATION # 76232047 TO 610-111888 | (180.00) |
| 9/29 | Withdrawal | FUNDS PAID | Dorand SunTrust XX-6177 | (5,640.00) |
| 10/10 | Withdrawal | FUNDS PAID | Dorand SunTrust XX-6177 | (5,000.00) |
| 10/31 | Withdrawal | FUNDS PAID | Dorand SunTrust XX-6177 | (3,000.00) |

**TOTAL ELECTRONIC TRANSFERS (DEBITS)** — **$(16,260.00)**

DOCUMENT 384

CLIENT STATEMENT

# 2017 Recap of Cash Management Activity

Active Assets Account   254
RODNEY D DORAND, TRUSTEE & BARBARA H DORAND, TRUSTEE FBO

## OTHER CREDITS

| Activity Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|
| 1/17 | Cash Journal | PREMIER | ANNUAL ENGAGEMENT BONUS | $(450.00) |
| 12/2/14 | Cash Journal | PREMIER | ANNUAL ENGAGEMENT BONUS | 550.00 |

**TOTAL OTHER CREDITS** $1,000.00

## INTEREST CHARGED

| Activity Date | Activity Type | Description | Comments | | Inflows/(Outflows) |
|---|---|---|---|---|---|
| 8/31 | Margin Interest Charged | Thru 08/10/17 For 4 Days | $1,993.43 | 8% | $(1.76) |
| 9/29 | Margin Interest Charged | Thru 09/26/17 For 1 Days | $2,123.40 | 8% | (0.47) |

**TOTAL INTEREST CHARGED** $(2.23)

**TOTAL CASH RELATED ACTIVITY** $125,974.77

## DEBIT CARD/CHECK ACTIVITY

### CHECKS WRITTEN

### CHECKS WITH NO CODE

| Date Written | Activity Date | Check Number | Activity Type | Payee | Expense Category | Credits/(Debits) |
|---|---|---|---|---|---|---|
| 1/17 | 2/15 | 1008 | Check | PHILLIP MARTIN APPRAISERS SVC | | $(450.00) |
| 2/22 | 2/24 | 1009 | Check | RHONDA SKIPPER WALTON CO TAX C | | (2,706.77) |
| 10/4 | 10/23 | 1040 | Check | MIS | | (375.00) |
| 10/18 | 10/24 | 1041 | Check | DESPERATE HARDYS | | (280.00) |
| 6/19 | 6/22 | 5001 | Check | USAA | | (157.50) |
| 6/22 | 6/28 | 5001 | Check | BBVA COMPASS | | 591.49 |
| 6/30 | 7/12 | 5001 | Check | BCBS FLORIDA | | (210.70) |
| 7/7 | 7/19 | 5001 | Check | JIMMY SALTER | | (210.70) |
| 7/12 | 7/12 | 5001 | Check - Adjustment | CK# 005001 RETURNED | | 210.70 |
| 7/17 | 7/17 | 5001 | Check | USAA | | (210.70) |
| 7/17 | 7/17 | 5001 | Check | USAA | | (85.00) |
| 7/19 | 7/20 | 5003 | Check | USAA | | (157.50) |
| 7/21 | 7/26 | 5004 | Check | BVVA COMPASS | | (591.49) |
| 7/28 | 8/8 | 5006 | Check | BLUE CROSS BLUE SHIELD OF FL I | | (210.70) |
| 8/8 | 8/8 | 5006 | Check - Adjustment | CK# 005006 RETURNED | | 210.70 |
| 8/7 | 8/11 | 5006 | Check | ACTIVE ASSET ACCOUNT | | (210.70) |
| 8/11 | 8/15 | 5009 | Check | JIMMY SALTER | | (85.00) |
| 7/11 | 8/15 | 5013 | Check | ACTIVE ASSET ACCOUNT | | (1,000.00) |
| 7/11 | 7/14 | 5013 | Check - Adjustment | CK# 005013 RETURNED | | 1,000.00 |
| 7/14 | 7/14 | 5013 | Check | ACTIVE ASSET ACCOUNT | | 1,000.00 |
| 7/14 | 7/14 | 5014 | Check - Adjustment | CK# 005013 RETURNED | | 900.00 |
| 7/11 | 7/14 | 5014 | Check | ACTIVE ASSET ACCOUNT | | 900.00 |
| 7/11 | 7/14 | 5014 | Check - Adjustment | ACTIVE ASSET ACCOUNT | | (900.00) |
| 7/14 | 7/14 | 5014 | Check | ACTIVE ASSET ACCOUNT | | 900.00 |
| 8/18 | 8/23 | 5016 | Check | USAA | | (157.50) |

# Morgan Stanley

CLIENT STATEMENT

## 2017 Recap of Cash Management Activity

**Active Assets Account** 254  RODNEY D DORAND, TRUSTEE & BARBARA H DORAND, TRUSTEE FBO

### CHECKS WRITTEN (CONTINUED)
### CHECKS WITH NO CODE (CONTINUED)

| Date Written | Activity Date | Check Number | Activity Type | Payee | Expense Category | Credits/Debits |
|---|---|---|---|---|---|---|
| 8/22 | 8/24 | 5020 | Check | BVAA COMPASS | | (591.49) |
| 8/30 | 9/11 | 5021 | Check | BCBS FL | | (210.70) |
| 8/8 | 8/8 | 5025 | Check - Adjustment | CK# 005025 RETURNED | | 1,918.39 |
| 8/8 | 8/8 | 5025 | Check | FIRST BANKCARD CTR | | (1,918.39) |
| 8/11 | 8/11 | 5025 | Check | FIRST BANKCARD CENTER | | (1,918.39) |
| 8/8 | 8/8 | 5025 | Check | ACTIVE ASSET ACCOUNT | | (1,918.39) |
| 8/8 | 8/8 | 5032 | Check - Adjustment | CK# 005032 RETURNED | | 1,986.00 |
| 8/11 | 8/11 | 5032 | Check | FIRST BANKCARD CENTER | | (1,986.00) |
| 8/16 | 8/16 | 5035 | Check | ACTIVE ASSET ACCOUNT | | (1,986.00) |
| 8/10 | 8/11 | 5032 | Check | DIRECT TV | | (25.61) |
| 9/19 | 9/20 | 5037 | Check | USAA | | (157.50) |
| 9/22 | 9/28 | 5038 | Check | BVAA COMPASS | | (591.49) |
| 9/5 | 9/8 | 5041 | Check | BCBS FL | | (210.70) |
| 10/6 | 10/11 | 5047 | Check | JIMMY SALTER | | (130.00) |
| 10/19 | 10/25 | 5050 | Check | USAA | | (85.00) |
| 9/25 | 10/2 | 5053 | Check | BUZZ WOODHAM PEST MGMT | | (253.26) |
| 9/29 | 10/13 | 5055 | Check | STEVE BRINSON IRRIGATION | | (105.00) |
| 9/25 | 9/27 | 5058 | Check | JIMMY SALTER | | (750.00) |
| 9/29 | 10/10 | 5060 | Check | BUZZ WOODHAM PEST MGMT | | (125.00) |
| 9/29 | 10/10 | 5062 | Check | BUZZ WOODHAM PEST MGMT | | (105.00) |
| 10/20 | 10/25 | 5063 | Check | BVAA COMPASS | | (591.49) |
| 10/30 | 10/25 | 5063 | Check | BCBS FL | | (210.70) |
| 10/5 | 11/10 | 5065 | Check | BVAA COMPASS | | (105.00) |
| 10/5 | 10/6 | 5065 | Check | FIRST BANKCARD CENTER | | (1,063.00) |
| 10/13 | 10/16 | 5068 | Check | FIRST BANKCARD CENTER | | (1,063.00) |
| 10/13 | 10/24 | 5072 | Check | VELOCITY RISK UNDERWRITERSLLC | | (961.00) |
| 11/7 | 11/13 | 5073 | Check | FIRST BANKCARD CTR | | (1,000.00) |
| 10/20 | 10/23 | 5074 | Check | JIMMY SALTER | | (125.00) |
| 11/7 | 11/20 | 5078 | Check | FIRST BANKCARD CENTER | | (1,000.00) |
| 11/22 | 11/27 | 5080 | Check | USAA | | (157.50) |
| 11/30 | 12/14 | 5081 | Check | BVAA COMPASS | | (591.49) |
| 11/7 | 12/1 | 5085 | Check | BCBS OF FL | | (1,000.00) |
| 11/6 | 11/7 | 5087 | Check | PREFERRED CREDIT INC | | (591.49) |
| 11/7 | 11/7 | 5092 | Check - Adjustment | CK# 005092 RETURNED | | (247.28) |
| 11/8 | 11/8 | 5092 | Check | FIRST BANKCARD CENTER | | (157.50) |
| 11/16 | 11/16 | 5093 | Check - Adjustment | ACTIVE ASSET ACCOUNT | | 1,071.90 |
| 11/16 | 11/16 | 5093 | Check | FIRST BANKCARD CENTER | | (1,071.90) |
| 12/19 | 12/26 | 5093 | Check | CK# 005093 RETURNED | | 1,071.90 |
| 12/22 | 12/28 | 5096 | Check | USAA | | (1,071.90) |
| 12/22 | 12/28 | 5098 | Check | BVAA COMPASS | | 417.03 |
| 11/30 | 12/7 | 5105 | Check | USAA | | (157.50) |
| 11/30 | 12/4 | 5105 | Check | FIRST BANKCARD CENTER | | (591.49) |
| 11/30 | 12/29 | 5106 | Check | FIRST BANKCARD CENTER | | (417.03) |
| 12/27 | 12/29 | 5115 | Check | USAA | | (700.00) |
| | | | | | | (300.00) |

MORGAN STANLEY 006180

# Morgan Stanley

CLIENT STATEMENT

**Active Assets Account**    254

RODNEY D DORAND, TRUSTEE &
BARBARA H DORAND, TRUSTEE FBO

## 2018 Recap of Cash Management Activity

We are pleased to enclose your 2018 Recap of Cash Management Activity. This section includes a summary of your electronic transfers, checking and card activity for the year (including ATM transactions, automated payments and Billpay), and security transfers.

Information related to Income, Distributions, Purchases, Sales, and Redemptions will be provided to accounts subject to IRS reporting on Forms 1099 in the Consolidated Tax Package.

For your convenience, this Recap is also available as a separately retrievable document on Morgan Stanley Online under Statements within the Account Documents tab.

**If yours is a reportable account, we recommend that you wait for your IRS Form(s) 1099 before completing your tax returns.** This Recap is not a substitute for the official account statements that you have received from us throughout the year, and is for informational purposes only to provide you with a recap of your cash management activity. If there are any discrepancies between your account statement(s) and the information in this Recap, you should rely on the account statement(s) you have previously received.

## CASH RELATED ACTIVITY
### ELECTRONIC TRANSFERS (CREDITS)

| Activity Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|
| 1/9 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | $2,700.00 |
| 1/17 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 405.00 |
| 1/24 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,339.40 |
| 2/7 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 4,500.00 |
| 2/15 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 720.00 |
| 2/28 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,339.40 |
| 3/2 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 4,050.00 |
| 3/21 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 225.00 |
| 3/28 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,339.40 |
| 4/6 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 4,050.00 |
| 4/24 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 585.00 |
| 4/25 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,263.10 |
| 5/2 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 1,800.00 |
| 5/3 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 2,970.00 |
| 5/4 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 315.00 |
| 5/7 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 4.50 |
| 5/23 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,263.10 |
| 5/31 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 3,510.00 |
| 6/5 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 785.36 |
| 6/7 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 5,602.75 |
| 6/26 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 270.00 |
| 6/27 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,263.10 |
| 7/17 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 4,950.00 |
| 7/25 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,263.10 |
| 8/6 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 4,050.00 |
| 8/22 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,263.10 |

CLIENT STATEMENT

# 2018 Recap of Cash Management Activity

**Active Assets Account**  254

RODNEY D DORAND, TRUSTEE &
BARBARA H DORAND, TRUSTEE FBO

# Morgan Stanley

## ELECTRONIC TRANSFERS (CREDITS) (CONTINUED)

| Activity Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|
| 9/5 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 1,400.00 |
| 9/11 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 3,150.00 |
| 9/26 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,263.10 |
| 9/28 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 1,260.00 |
| 10/2 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 630.00 |
| 10/4 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 450.00 |
| 10/12 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 1,890.00 |
| 10/15 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 1,890.00 |
| 10/24 | Funds Received | SSA TREAS 310 | XXSOC SEC | 3,600.00 |
| 11/16 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,263.10 |
| 11/23 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 540.00 |
| 11/28 | Funds Received | SSA TREAS 310 | XXSOC SEC | 900.00 |
| 12/7 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,263.10 |
| 12/7 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 2,250.00 |
| 12/26 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,263.10 |

**TOTAL ELECTRONIC TRANSFERS (CREDITS)** $84,948.71

## ELECTRONIC TRANSFERS (DEBITS)

| Activity Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|
| 5/31 | Withdrawal | BRANCH CHECK | PAID TO The Hartford | $(2,238.73) |
| 7/13 | Withdrawal | FUNDS PAID | Dorand SunTrust XX-6177 | (1,500.00) |
| 7/17 | Online Transfer | FUNDS PAID | Dorand SunTrust XX-6177 | (400.00) |
| 7/20 | Online Transfer | FUNDS PAID | Dorand SunTrust XX-6177<br>CONFIRMATION # 92139734 | (500.00) |
| 7/24 | Online Transfer | FUNDS PAID | Dorand SunTrust XX-6177<br>CONFIRMATION # 92289891 | (750.00) |
| 8/2 | Online Transfer | FUNDS PAID | Dorand SunTrust XX-6177<br>CONFIRMATION # 92396574 | (1,800.00) |
| 8/7 | Online Transfer | FUNDS PAID | Dorand SunTrust XX-6177<br>CONFIRMATION # 93059616 | (500.00) |
| 8/24 | Online Transfer | FUNDS PAID | Dorand SunTrust XX-6177<br>CONFIRMATION # 93226751 | (500.00) |
| 9/5 | Withdrawal | FUNDS PAID | Dorand SunTrust XX-6177<br>CONFIRMATION # 93986327 | (1,400.00) |
| 9/27 | Withdrawal | BRANCH CHECK | PAID TO The Hartford | (2,552.38) |
| 10/1 | Withdrawal | FUNDS PAID | Dorand SunTrust XX-6177 | (800.00) |
| 10/2 | Withdrawal | FUNDS PAID | Dorand SunTrust XX-6177 | (400.00) |
| 11/19 | Withdrawal | FUNDS PAID | Dorand SunTrust XX-6177 | (1,000.00) |

**TOTAL ELECTRONIC TRANSFERS (DEBITS)** $(14,341.11)

# Morgan Stanley

**CLIENT STATEMENT**

| Active Assets Account | RODNEY D DORAND TTEE |
| 254 | RODNEY D & BARBARA H DORAND LT U/A |

## 2019 Recap of Cash Management Activity

We are pleased to enclose your Recap of Cash Management Activity. This section includes a summary of selected account activity for the preceding 12 months; including your electronic transfers, checking and card activity for the year (including ATM transactions, automated payments and Billpay), and security transfers. As part of the Recap, Debit Card activity is organized by spending category; and checks are organized by expense code.

Information related to Income, Distributions, Purchases, Sales, and Redemptions will be provided to accounts subject to IRS reporting on Forms 1099 in the Consolidated Tax Package.

For your convenience, this Recap is also available as a separately retrievable document on Morgan Stanley Online under Statements within the Account Documents tab.

**If yours is a reportable account, we recommend that you wait for your IRS Form(s) 1099 before completing your tax returns.** This Recap is not a substitute for the official account statements that you have received from us throughout the year; and is for informational purposes only to provide you with a recap of your cash management activity. If there are any discrepancies between your account statement(s) and the information in this Recap, you should rely on the account statement(s) you have previously received.

## CASH RELATED ACTIVITY

### CHECKS DEPOSITED

| Activity Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|
| 11/20 | Check Deposit | FUNDS RECEIVED | CONFIRM#1911201868000100001 | $900.00 |
| **TOTAL CHECKS DEPOSITED** | | | | **$8,400.00** |

### ELECTRONIC TRANSFERS (CREDITS)

| Activity Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|
| 1/8 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | $900.00 |
| 1/15 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 10,800.00 |
| 1/23 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,138.50 |
| 2/27 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,138.50 |
| 3/6 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 2,138.50 |
| 3/13 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 20,000.00 |
| 3/15 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 2,400.00 |
| 3/26 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 1,600.00 |
| 3/27 | Funds Received | SSA TREAS 310 | XXSOC SEC | 80.00 |
| 4/3 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,138.50 |
| 4/12 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 2,000.00 |
| 4/12 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 2,000.00 |
| 4/24 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 600.00 |
| 5/2 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,138.50 |
| 5/10 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 4,000.00 |
| 5/22 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | 800.00 |
| 5/24 | Funds Received | PRUCO LIFE OF AZ | PAYMENT | 245,864.66 |
| 6/26 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,138.50 |
| 7/24 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,138.50 |
| 8/28 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,138.50 |
| 9/25 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,138.50 |

# Morgan Stanley

**CLIENT STATEMENT**

**Active Assets Account** ▮▮▮▮▮▮▮-254

RODNEY D DORAND TTEE
RODNEY D & BARBARA H DORAND LT U/A

## 2019 Recap of Cash Management Activity

### ELECTRONIC TRANSFERS (CREDITS) (CONTINUED)

| Activity Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|
| 10/23 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,138.50 |
| 11/12 | Funds Received | FUNDS TRANSFERRED | Distribution FROM 610-110159 | 3,200.00 |
| 11/15 | Funds Received | FUNDS TRANSFERRED | Distribution FROM 610-110159 | 2,000.00 |
| 11/27 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,138.50 |
| 12/17 | Funds Received | FUNDS TRANSFERRED | Distribution FROM 610-110159 | 2,091.04 |
| 12/20 | Funds Received | FUNDS TRANSFERRED | Distribution FROM 610-110159 | 240.00 |
| 12/24 | Funds Received | FUNDS TRANSFERRED | Distribution FROM 610-110159 | 320.00 |
| 12/24 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,138.50 |

**TOTAL ELECTRONIC TRANSFERS (CREDITS)** **$320,466.66**

### ELECTRONIC TRANSFERS (DEBITS)

| Activity Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|
| 1/16 | Cash Transfer - Debit | FUNDS TRANSFERRED | CONFIRMATION # 102262300 TO 610-111888 | $(2,057.90) |
| 1/16 | Withdrawal | BRANCH CHECK | PAID TO The Hartford | (2,324.39) |
| 5/2 | Withdrawal | BRANCH CHECK | PAID TO The Hartford | (2,091.04) |
| 10/2 | Withdrawal | BRANCH CHECK | PAID TO The Hartford | (137,609.85) |
| 10/11 | Withdrawal | BRANCH CHECK | PAID TO The Hartford | (424.41) |
| 11/25 | Withdrawal | FUNDS PAID | Dorand SunTrust XX-6177 | (1,250.00) |

**TOTAL ELECTRONIC TRANSFERS (DEBITS)** **$(145,757.59)**

### OTHER CREDITS

| Activity Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|
| 12/13 | Cash Journal | PREMIER | ANNUAL ENGAGEMENT BONUS | $550.00 |

**TOTAL OTHER CREDITS** **$550.00**

**TOTAL CASH RELATED ACTIVITY** **$183,659.07**

### DEBIT CARD/CHECK ACTIVITY

*For all Debit Card and Check Activity, the "Activity Date" is current year (as noted in the blue bar at the top of the page). The "Date Written" and/or "Transaction Date" may refer to the prior year.*

### CHECKS WRITTEN

### CHECKS WITH NO CODE

| Date Written | Activity Date | Check Number | Activity Type | Payee | Expense Category | Credits/(Debits) |
|---|---|---|---|---|---|---|
| 10/19 | 10/22 | 0581 | Check | CASH | | $(1,500.00) |
| 7/30 | 8/2 | 1051 | Check | PHYLLIS DORAND | | (300.00) |
| 9/13 | 9/17 | 1052 | Check | PHYLLIS DORAND | | (2,000.00) |
| 8/16 | 8/20 | 1053 | Check | COMMONWEALTH OF PA | | (360.00) |
| 8/18 | 8/20 | 1054 | Check | CASH | | (1,100.00) |
| 9/23 | 9/24 | 1055 | Check | CASH | | (1,200.00) |
| 10/8 | 10/10 | 1056 | Check | CASH | | (2,500.00) |
| 10/24 | 10/24 | 1057 | Check | IRS US TREAS | | (3,006.00) |

# Morgan Stanley

**CLIENT STATEMENT** | For the Period January 1-31, 2020

## Account Detail

**Active Assets Account**
####-###254

RODNEY D DORAND TTEE
RODNEY D & BARBARA H DORAND LT U/A

# ACTIVITY

## INVESTMENT RELATED ACTIVITY

### TAXABLE INCOME AND DISTRIBUTIONS

| Activity Date | Activity Type | Description | Comments | Credits/(Debits) |
|---|---|---|---|---|
| 1/31 | Interest Income | MORGAN STANLEY BANK N.A. | (Period 01/01-01/31) | $0.04 |

**TOTAL TAXABLE INCOME AND DISTRIBUTIONS**

**TOTAL INTEREST** $0.04

$0.04

## CASH RELATED ACTIVITY

### ELECTRONIC TRANSFERS
Check disbursements from branch offices are displayed as Electronic Transfers.

| Activity Date | Activity Type | Description | Comments | Credits/(Debits) |
|---|---|---|---|---|
| 1/6 | Funds Received | FUNDS TRANSFERRED | Distribution FROM 610-110159 | $4,000.00 |
| 1/7 | Funds Received | FUNDS TRANSFERRED | Distribution FROM 610-110159 | 3,280.00 |
| 1/22 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,585.70 |

**TOTAL ELECTRONIC TRANSFERS**

**TOTAL ELECTRONIC TRANSFERS-CREDITS** $9,865.70

$9,865.70

## DEBIT CARD & CHECKING ACTIVITY

### CHECKS WRITTEN

| Date Written | Activity Date | Check Number | Activity Type | Payee | Expense Category | Credits/(Debits) |
|---|---|---|---|---|---|---|
| 1/17 | 1/22 | 5376 | Check | VELOCITY RISK UNDERWRITERS LLC | | $(955.00) |
| 12/6 | 1/3 | 5449 | Check | BUZZ WOODHAM PEST MGMT | | (105.00) |
| 12/30 | 1/3 | 5455 | Check | CONCORD SERVICING CORP | | (735.00) |

**TOTAL CHECKS WRITTEN** $(1,795.00)

### AUTOMATED PAYMENTS
Bill pay and other electronic activity which may include checks you wrote that were processed by Automated Clearing House processing.

| Date | Activity Date | Activity Type | Payee | Expense Category | Credits/(Debits) |
|---|---|---|---|---|---|
| 1/2 | 1/2 | Automated Payment | AGI   NRAINSPRO | | $(10.20) |
| 1/3 | 1/3 | Automated Payment | MEDIACOM   ONLINE PMT | | (129.84) |
| 1/6 | 1/6 | Automated Payment | AMERICAN EXPRESS | | (2,500.00) |
| 1/7 | 1/7 | Automated Payment | CHASE CARD SERV | | (2,500.00) |
| 1/9 | 1/9 | Automated Payment | AMERICAN EXPRESS ONLINE PMT | | (900.00) |
| 1/10 | 1/10 | Automated Payment | OKALOOSA GAS   ONLINE PMT | | (19.59) |
| 1/15 | 1/15 | Automated Payment | NW MUTUAL LIFE   ONLINE PMT | | (78.00) |
| 1/17 | 1/17 | Automated Payment | CHCTWHCHEE ELCT ONLINE PMT | | (108.46) |
| 1/17 | 1/17 | Automated Payment | NW MUTUAL LIFE   ONLINE PMT | | (78.00) |
| 1/17 | 1/17 | Automated Payment | DISCOVER CARD   ONLINE PMT | | (52.00) |
| 1/29 | 1/29 | Automated Payment | CHASE CARD SERV   ONLINE PMT | | (2,500.00) |

# Morgan Stanley

**CLIENT STATEMENT** | For the Period February 1-29, 2020

**Active Assets Account** 254

RODNEY D DORAND TTEE
RODNEY D & BARBARA H DORAND LT U/A

## Account Detail

## ACTIVITY

## CASH RELATED ACTIVITY

### ELECTRONIC TRANSFERS

*Check disbursements from branch offices are displayed as Electronic Transfers.*

| Activity Date | Activity Type | Description | Comments | Credits/(Debits) |
|---|---|---|---|---|
| 2/3 | Funds Received | FUNDS TRANSFERRED | Distribution FROM 610-110159 | $2,400.00 |
| 2/11 | Funds Received | FUNDS TRANSFERRED | Distribution FROM 610-110159 | 1,440.00 |
| 2/14 | Deposit | FUNDS RECEIVED | Dorand SunTrust XX-6177 | 500.00 |
| 2/26 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,585.70 |

**TOTAL ELECTRONIC TRANSFERS** $6,925.70

TOTAL ELECTRONIC TRANSFERS-CREDITS $6,925.70

## DEBIT CARD & CHECKING ACTIVITY

### CHECKS WRITTEN

| Date Written | Activity Date | Check Number | Activity Type | Payee | Expense Category | Credits/(Debits) |
|---|---|---|---|---|---|---|
| 1/26 | 2/3 | 1061 | Check | A J PLUMBING | | $(204.50) |
| 1/30 | 2/3 | 1062 | Check | ANGELA KEVEY | | (2,100.00) |
| 1/31 | 2/11 | 1063 | Check | A J PLUMBING | | (200.00) |

**TOTAL CHECKS WRITTEN** $(2,504.50)

### AUTOMATED PAYMENTS

*Bill pay and other electronic activity, which may include checks you wrote that were processed by Automated Clearing House processing.*

| Date | Transaction Activity Date | Activity Type | Payee | | Credits/(Debits) |
|---|---|---|---|---|---|
| 2/3 | 2/3 | Automated Payment | MEDIACOM | | $(129.47) |
| 2/3 | 2/3 | Automated Payment | AGI NRAINSPRO | | (10.20) |
| 2/6 | 2/6 | Automated Payment | OKALOOSA GAS ONLINE PMT | | (15.00) |
| 2/11 | 2/11 | Automated Payment | CHASE CARD SERV | | (750.00) |
| 2/11 | 2/11 | Automated Payment | AT&T MOBILITY | | (106.72) |
| 2/11 | 2/11 | Automated Payment | CWP | | (88.42) |
| 2/14 | 2/14 | Automated Payment-Adj | CK# 000000 RETURNED | | 750.00 |
| 2/14 | 2/14 | Automated Payment | DISCOVER CARD | | (750.00) |
| 2/14 | 2/14 | Automated Payment | NW MUTUAL LIFE ONLINE PMT | | (78.00) |
| 2/18 | 2/18 | Automated Payment | CK# 000000 RESUBMIT | | (750.00) |
| 2/28 | 2/28 | Automated Payment | BCBS OF FL ONLINE PMT | | (233.20) |
| 2/28 | 2/28 | Automated Payment | DIRECTV ONLINE PMT | | (214.73) |

**TOTAL AUTOMATED PAYMENTS** $(2,375.74)

# Morgan Stanley

**CLIENT STATEMENT | For the Period March 1-31, 2020**

Active Assets Account ●●●●264

RODNEY D DORAND TTEE
RODNEY D & BARBARA H DORAND LT UIA

## Account Detail

# ACTIVITY

## INVESTMENT RELATED ACTIVITY

### TAXABLE INCOME AND DISTRIBUTIONS

| Activity Date | Activity Type | Description | Comments | Credits/(Debits) |
|---|---|---|---|---|
| 3/31 | Interest Income | MORGAN STANLEY BANK N.A. | (Period 03/01-03/31) | $0.02 |
| TOTAL TAXABLE INCOME AND DISTRIBUTIONS | | | | $0.02 |
| TOTAL INTEREST | | | | $0.02 |

## CASH RELATED ACTIVITY

### ELECTRONIC TRANSFERS

Check disbursements from branch offices are displayed as Electronic Transfers.

| Activity Date | Activity Type | Description | Comments | Credits/(Debits) |
|---|---|---|---|---|
| 3/11 | Funds Received | FUNDS TRANSFERRED | Distribution FROM 610-110159 | $3,880.00 |
| 3/11 | Deposit | FUNDS RECEIVED | Dorand SunTrust XX-6177 | 125.00 |
| 3/13 | Deposit | FUNDS RECEIVED | Dorand SunTrust XX-6177 | 80.00 |
| 3/25 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,585.70 |
| TOTAL ELECTRONIC TRANSFERS | | | | $6,670.70 |
| TOTAL ELECTRONIC TRANSFERS-CREDITS | | | | $6,670.70 |

## DEBIT CARD & CHECKING ACTIVITY

### CHECKS WRITTEN

| Date Written | Activity Date | Check Number | Activity Type | Payee | Expense Category | Credits/(Debits) |
|---|---|---|---|---|---|---|
| 3/4 | 3/6 | 1064 | Check | ANGELA K | | ($800.00) |
| TOTAL CHECKS WRITTEN | | | | | | $(800.00) |

### AUTOMATED PAYMENTS

Bill pay and other electronic activity, which may include checks you wrote that were processed by Automated Clearing House processing.

Transaction Activity

| Date | Activity Date | Activity Type | Payee | | Credits/(Debits) |
|---|---|---|---|---|---|
| 3/2 | 3/2 | Automated Payment | CHCTWHCHEE ELCT ONLINE PMT | | $(128.16) |
| 3/3 | 3/3 | Automated Payment | AGI NRAINSPRO | | (10.20) |
| 3/5 | 3/5 | Automated Payment | MEDIACOM ONLINE PMT | | (129.47) |
| 3/5 | 3/5 | Automated Payment | AT&T MOBILITY ONLINE PMT | | (63.82) |
| 3/9 | 3/9 | Automated Payment | OKALOOSA GAS ONLINE PMT | | (23.05) |
| 3/11 | 3/11 | Automated Payment | AMERICAN EXPRESS | | (2,500.00) |
| 3/11 | 3/11 | Automated Payment | AMERICAN EXPRESS | | (2,500.00) |
| 3/13 | 3/13 | Automated Payment | NW MUTUAL LIFE | | (78.00) |
| 3/13 | 3/13 | Automated Payment | CWP ONLINE PMT | | (87.11) |
| 3/25 | 3/25 | Automated Payment | DIRECTV ONLINE PMT | | (221.41) |
| 3/30 | 3/30 | Automated Payment | CHCTWHCHEE ELCT ONLINE PMT | | (125.07) |

**CLIENT STATEMENT** | For the Period April 1-30, 2020

## Account Detail

# ACTIVITY

## INVESTMENT RELATED ACTIVITY

### TAXABLE INCOME AND DISTRIBUTIONS

| Activity Date | Activity Type | Description | Comments | Credits/(Debits) |
|---|---|---|---|---|
| 4/30 | Interest Income | MORGAN STANLEY BANK N.A. | (Period 04/01-04/30) | $0.01 |
| **TOTAL TAXABLE INCOME AND DISTRIBUTIONS** | | | | **$0.01** |
| TOTAL INTEREST | | | | $0.01 |

## CASH RELATED ACTIVITY

### ELECTRONIC TRANSFERS

*Check disbursements from branch offices are displayed as Electronic Transfers.*

| Activity Date | Activity Type | Description | Comments | Credits/(Debits) |
|---|---|---|---|---|
| 4/13 | Funds Received | FUNDS TRANSFERRED | Distribution FROM 610-110159 | $400.00 |
| 4/15 | Funds Received | FUNDS TRANSFERRED | Distribution FROM 610-110159 | 1,200.00 |
| 4/21 | Funds Received | FUNDS TRANSFERRED | Distribution FROM 610-110159 | 120.00 |
| 4/22 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,585.70 |
| **TOTAL ELECTRONIC TRANSFERS** | | | | **$4,305.70** |
| TOTAL ELECTRONIC TRANSFERS-CREDITS | | | | $4,305.70 |

## DEBIT CARD & CHECKING ACTIVITY

### CHECKS WRITTEN

| Date Written | Activity Date | Check Number | Activity Type | Payee | Expense Category | Credits/(Debits) |
|---|---|---|---|---|---|---|
| 4/16 | 4/17 | 5510 | Check | HECTOR DELACRUZ | | $(1,000.00) |
| 4/17 | 4/21 | 5512 | Check | USAA | | (250.00) |
| **TOTAL CHECKS WRITTEN** | | | | | | **$(1,250.00)** |

### AUTOMATED PAYMENTS

*Bill pay and other electronic activity which may include checks you wrote that were processed by Automated Clearing House processing.*

| Transaction Date | Activity Date | Activity Type | Payee | Credits/(Debits) |
|---|---|---|---|---|
| 4/6 | 4/6 | Automated Payment | AGI NRAINSPRO | $(110.20) |
| 4/9 | 4/9 | Automated Payment | OKALOOSA GAS ONLINE PMT | (23.05) |
| 4/10 | 4/13 | Automated Payment | MEDIACOM ONLINE PMT | (129.47) |
| 4/13 | 4/13 | Automated Payment | AMERICAN EXPRESS | (2,000.00) |
| 4/13 | 4/13 | Automated Payment | AMERICAN EXPRESS ONLINE PMT | (124.49) |
| 4/15 | 4/15 | Automated Payment | NW MUTUAL LIFE | (78.00) |
| 4/22 | 4/22 | Automated Payment | CHASE CARD SERV ONLINE PMT | (1,250.00) |
| 4/23 | 4/23 | Automated Payment | CWP ONLINE PMT | (92.81) |
| 4/29 | 4/29 | Automated Payment | DIRECTV ONLINE PMT | (214.73) |

# Morgan Stanley

RODNEY D DORAND TTEE
RODNEY D & BARBARA H DORAND LT U/A

**CLIENT STATEMENT** | For the Period May 1-31, 2020

**Active Assets Account** ████ 254

## Account Detail

## ACTIVITY

### INVESTMENT RELATED ACTIVITY

**TAXABLE INCOME AND DISTRIBUTIONS**

| Activity Date | Activity Type | Description | Comments | Credits/(Debits) |
|---|---|---|---|---|
| 5/29 | Interest Income | MORGAN STANLEY BANK N.A. | (Period 05/01-05/31) | $0.02 |

**TOTAL TAXABLE INCOME AND DISTRIBUTIONS** $0.02

TOTAL INTEREST $0.02

### CASH RELATED ACTIVITY

**ELECTRONIC TRANSFERS**
*Check disbursements from branch offices are displayed as Electronic Transfers.*

| Activity Date | Activity Type | Description | Comments | Credits/(Debits) |
|---|---|---|---|---|
| 5/1 | Funds Received | FUNDS TRANSFERRED | | $5,920.00 |
| 5/27 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,585.70 |

**TOTAL ELECTRONIC TRANSFERS** $8,505.70

TOTAL ELECTRONIC TRANSFERS-CREDITS $8,505.70

### DEBIT CARD & CHECKING ACTIVITY

**CHECKS WRITTEN**

| Date Written | Activity Date | Check Number | Activity Type | Payee | Expense Category | Credits/(Debits) |
|---|---|---|---|---|---|---|
| 5/26 | 5/28 | 5524 | Check | FRONTLINE HOMEOWNERS INSURANCE | | $(614.00) |
| 5/18 | 5/22 | 5527 | Check | USAA | | (250.00) |

**TOTAL CHECKS WRITTEN** $(864.00)

**AUTOMATED PAYMENTS**
*Bill pay and other electronic activity, which may include checks you wrote that were processed by Automated Clearing House processing.*

| Transaction Activity Date | Date | Activity Type | Payee | | Credits/(Debits) |
|---|---|---|---|---|---|
| 5/1 | 5/1 | Automated Payment | MEDIACOM | ONLINE PMT | $(129.30) |
| 5/4 | 5/4 | Automated Payment | AGI | NRAINSPRO | (10.20) |
| 5/8 | 5/8 | Automated Payment | OKALOOSA GAS | ONLINE PMT | (24.45) |
| 5/12 | 5/12 | Automated Payment | AMERICAN EXPRESS | | (2,624.59) |
| 5/12 | 5/12 | Automated Payment | DISCOVER CARD | | (1,500.00) |
| 5/12 | 5/12 | Automated Payment | AT&T MOBILITY | ONLINE PMT | (104.02) |
| 5/15 | 5/15 | Automated Payment | NW MUTUAL LIFE | ONLINE PMT | (78.00) |
| 5/22 | 5/22 | Automated Payment | CWP | ONLINE PMT | (92.81) |
| 5/29 | 5/29 | Automated Payment | BCBS OF FL | ONLINE PMT | (233.20) |
| 5/29 | 5/29 | Automated Payment | DIRECTV | ONLINE PMT | (214.73) |

**TOTAL AUTOMATED PAYMENTS** $(5,011.30)

# Morgan Stanley

CLIENT STATEMENT | For the Period June 1-30, 2020

**Active Assets Account**
254

RODNEY D DORAND TTEE
RODNEY D & BARBARA H DORAND LT UA

## Account Detail

## ACTIVITY

### INVESTMENT RELATED ACTIVITY

#### TAXABLE INCOME AND DISTRIBUTIONS

| Activity Date | Activity Type | Description | Comments | Credits/(Debits) |
|---|---|---|---|---|
| 6/30 | Interest Income | MORGAN STANLEY BANK N.A. | (Period 06/01-06/30) | $0.01 |

**TOTAL TAXABLE INCOME AND DISTRIBUTIONS** $0.01

**TOTAL INTEREST** $0.01

### CASH RELATED ACTIVITY

#### ELECTRONIC TRANSFERS

| Activity Date | Activity Type | Description | Comments | Credits/(Debits) |
|---|---|---|---|---|
| 6/11 | Funds Received | FUNDS TRANSFERRED | | $800.00 |
| 6/24 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,585.70 |

**TOTAL ELECTRONIC TRANSFERS** $3,385.70

**TOTAL ELECTRONIC TRANSFERS-CREDITS** $3,385.70

### DEBIT CARD & CHECKING ACTIVITY

#### CHECKS WRITTEN

| Date Written | Activity Date | Check Number | Activity Type | Payee | Expense Category | Credits/(Debits) |
|---|---|---|---|---|---|---|
| 6/5 | 6/12 | 5533 | Check | BUZZ WOODHAM PEST MGMT | | $(115.00) |
| 6/9 | 6/11 | 5536 | Check | USAA | | (146.03) |

**TOTAL CHECKS WRITTEN** $(261.03)

#### AUTOMATED PAYMENTS

*Bill pay and other electronic activity which may include checks you wrote that were processed by Automated Clearing House processing.*

| Transaction Date | Activity Date | Activity Type | Payee | | Credits/(Debits) |
|---|---|---|---|---|---|
| 6/1 | 6/1 | Automated Payment | BCBS OF FL | ONLINE PMT | $(233.20) |
| 6/1 | 6/1 | Automated Payment | MEDIACOM | ONLINE PMT | (129.30) |
| 6/1 | 6/1 | Automated Payment | CHCTWHCHEE ELCT | ONLINE PMT | (119.80) |
| 6/1 | 6/1 | Automated Payment | OKALOOSA GAS | ONLINE PMT | (25.48) |
| 6/3 | 6/3 | Automated Payment | AGI | NNAINSPRO | (10.20) |
| 6/10 | 6/10 | Automated Payment | AMERICAN EXPRESS ONLINE PMT | | (2,800.00) |
| 6/15 | 6/15 | Automated Payment | NW MUTUAL LIFE ONLINE PMT | | (78.00) |
| 6/18 | 6/18 | Automated Payment | CWP | ONLINE PMT | (92.81) |
| 6/24 | 6/24 | Automated Payment | CWP | ONLINE PMT | (92.81) |
| 6/29 | 6/29 | Automated Payment | DIRECTV | ONLINE PMT | (214.73) |
| 6/29 | 6/29 | Automated Payment | CHCTWHCHEE ELCT ONLINE PMT | | (176.26) |

# Morgan Stanley

**CLIENT STATEMENT** | For the Period July 1-31, 2020

**Active Assets Account** ███████ 254

RODNEY D DORAND TTEE
RODNEY D & BARBARA H DORAND LT U/A

## Account Detail

# ACTIVITY

## INVESTMENT RELATED ACTIVITY

### TAXABLE INCOME AND DISTRIBUTIONS

| Activity Date | Activity Type | Description | Comments | Credits/(Debits) |
|---|---|---|---|---|
| 7/31 | Interest Income | MORGAN STANLEY BANK N.A. | | $0.01 |

| TOTAL TAXABLE INCOME AND DISTRIBUTIONS | | | | $0.01 |
|---|---|---|---|---|
| TOTAL INTEREST | | | | $0.01 |

## CASH RELATED ACTIVITY

### ELECTRONIC TRANSFERS

Check disbursements from branch offices are displayed as Electronic Transfers.

| Activity Date | Activity Type | Description | Comments | Credits/(Debits) |
|---|---|---|---|---|
| 7/6 | Funds Received | RETIREMENT ACCOUNT | DISTRIBUTION FROM 610-110159 | $2,000.00 |
| 7/9 | Funds Received | FUNDS TRANSFERRED | Distribution FROM 610-110159 | 2,400.00 |
| 7/15 | Funds Received | FUNDS TRANSFERRED | Distribution FROM 610-110159 | 80.00 |
| 7/22 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,585.70 |
| 7/30 | Funds Received | FUNDS TRANSFERRED | Distribution FROM 610-110159 | 1,760.00 |

| TOTAL ELECTRONIC TRANSFERS | | | | $8,825.70 |
|---|---|---|---|---|
| TOTAL ELECTRONIC TRANSFERS-CREDITS | | | | $8,825.70 |

## DEBIT CARD & CHECKING ACTIVITY

### CHECKS WRITTEN

| Date Written | Activity Date | Check Number | Activity Type | Payee | Expense Category | Credits/(Debits) |
|---|---|---|---|---|---|---|
| 6/29 | 7/6 | 1065 | Check | NORTHWESTERN MUT | | $(378.25) |
| 7/1 | 7/2 | 1066 | Check | GREEN HILL CEMETERY | | (675.00) |
| 7/1 | 7/1 | 1067 | Check | HILL CEMETERY | | (100.00) |

| TOTAL CHECKS WRITTEN | | | | | | $(1,153.25) |
|---|---|---|---|---|---|---|

### AUTOMATED PAYMENTS

Bill pay and other electronic activity, which may include checks you wrote that were processed by Automated Clearing House processing.

| Transaction Date | Activity Date | Activity Type | Payee | | Credits/(Debits) |
|---|---|---|---|---|---|
| 7/2 | 7/2 | Automated Payment | MEDIACOM | ONLINE PMT | $(129.30) |
| 7/3 | 7/6 | Automated Payment | BCBS OF FL | ONLINE PMT | (233.20) |
| 7/3 | 7/6 | Automated Payment | OKALOOSA GAS | ONLINE PMT | (22.32) |
| 7/3 | 7/6 | Automated Payment | AGI | NRAINSPRO | (10.20) |
| 7/6 | 7/6 | Automated Payment | CHASE CARD SERV | | (2,000.00) |
| 7/6 | 7/6 | Automated Payment | DISCOVER CARD | ONLINE PMT | (715.00) |
| 7/9 | 7/9 | Automated Payment | AMERICAN EXPRESS | | (2,400.00) |
| 7/9 | 7/9 | Automated Payment | AMERICAN EXPRESS ONLINE PMT | | (236.00) |
| 7/15 | 7/15 | Automated Payment | NW MUTUAL LIFE | | (78.00) |

# Morgan Stanley

**CLIENT STATEMENT** | For the Period August 1-31, 2020

RODNEY D DORAND TTEE
RODNEY D & BARBARA H DORAND LT U/A

Active Assets Account
████ 354

## Account Detail

## ACTIVITY

## INVESTMENT RELATED ACTIVITY

### TAXABLE INCOME AND DISTRIBUTIONS

| Activity Date | Activity Type | Description | Comments | Credits/(Debits) |
|---|---|---|---|---|
| 8/31 | Interest Income | MORGAN STANLEY BANK N.A. | (Period 08/04-08/31) | $0.01 |
| | TOTAL INTEREST | | | $0.01 |
| | **TOTAL TAXABLE INCOME AND DISTRIBUTIONS** | | | **$0.01** |

## CASH RELATED ACTIVITY

### ELECTRONIC TRANSFERS

Check disbursements from branch offices are displayed as Electronic Transfers.

| Activity Date | Activity Type | Description | Comments | Credits/(Debits) |
|---|---|---|---|---|
| 8/18 | Funds Received | FUNDS TRANSFERRED | Distribution FROM 610-110159 | $3,440.00 |
| 8/26 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,585.70 |
| | TOTAL ELECTRONIC TRANSFERS-CREDITS | | | $6,025.70 |
| | **TOTAL ELECTRONIC TRANSFERS** | | | **$6,025.70** |

## DEBIT CARD & CHECKING ACTIVITY

### CHECKS WRITTEN

| Date Written | Activity Date | Check Number | Activity Type | Payee | Expense Category | Credits/(Debits) |
|---|---|---|---|---|---|---|
| 8/14 | 8/25 | 5551 | Check | NW MUTUAL LIFE | | $(78.00) |
| | 8/28 | 5558 | Check | FRONTLINE HOMEOWNERS INSURANCE | | (614.00) |
| 8/26 | 8/31 | 5559 | Check | MEDIACOM | | (275.00) |
| 8/26 | 8/26 | 5561 | Check | OKALOOSA GAS DIST | | (17.00) |
| 8/26 | 8/27 | 5562 | Check | CLUB WYNDHAM PLUS | | (200.00) |
| 8/26 | 8/31 | 5563 | Check | DISCOVER | | (690.00) |
| 8/26 | 8/31 | 5564 | Check | AMEX | | (1,300.00) |
| 8/26 | 8/27 | 5565 | Check | NORTHWESTERN MUT LIFE | | (78.00) |
| | | | **TOTAL CHECKS WRITTEN** | | | **$(3,252.00)** |

### AUTOMATED PAYMENTS

Bill pay and other electronic activity, which may include checks you wrote that were processed by Automated Clearing House processing.

| Date | Transaction Date | Activity Type | Payee | Credits/(Debits) |
|---|---|---|---|---|
| 8/3 | 8/3 | Automated Payment-Adj | CK# 000000 RETURNED | $130.06 |
| 8/3 | 8/3 | Automated Payment-Adj | CK# 000000 RETURNED | 114.34 |
| 8/3 | 8/3 | Automated Payment-Adj | CK# 000000 RETURNED | 10.20 |
| 8/3 | 8/3 | Automated Payment | MEDIACOM | (130.06) |
| 8/3 | 8/3 | Automated Payment | CHCTWICHEE ELCT | (114.34) |

# Morgan Stanley

**CLIENT STATEMENT** | For the Period September 1-30, 2020

**Active Assets Account** 254

RODNEY D DORAND TTEE
RODNEY D & BARBARA H DORAND LT U/A

## Account Detail

## ACTIVITY

## INVESTMENT RELATED ACTIVITY

### TAXABLE INCOME AND DISTRIBUTIONS

| Activity Date | Activity Type | Description | Comments | Credits/(Debits) |
|---|---|---|---|---|
| 9/30 | Interest Income | MORGAN STANLEY BANK N.A. | (Period 09/01-09/30) | $0.04 |

**TOTAL TAXABLE INCOME AND DISTRIBUTIONS** $0.04
TOTAL INTEREST $0.04

## CASH RELATED ACTIVITY

### ELECTRONIC TRANSFERS

*Check disbursements from branch offices are displayed as Electronic Transfers.*

| Activity Date | Activity Type | Description | Comments | Credits/(Debits) |
|---|---|---|---|---|
| 9/4 | Funds Received | FUNDS TRANSFERRED | Distribution FROM 610-110159 | $3,200.00 |
| 9/23 | Funds Received | SSA TREAS 310 | XXSOC SEC | 2,585.70 |

**TOTAL ELECTRONIC TRANSFERS** $5,785.70
TOTAL ELECTRONIC TRANSFERS-CREDITS $5,785.70

## DEBIT CARD & CHECKING ACTIVITY

### CHECKS WRITTEN

**CHECKS WRITTEN**

| Date Written | Activity Date | Check Number | Activity Type | Payee | Expense Category | Credits/(Debits) |
|---|---|---|---|---|---|---|
| 8/28 | 9/1 | 5557 | Check | FL BLUE | | $(233.20) |
| 8/27 | 9/1 | 5560 | Check | DIRECTV | | (214.73) |
| 9/15 | 9/16 | 5566 | Check | NORTHWESTERN MUTUAL LIFE | | (78.00) |
| 9/1 | 9/1 | 5567 | Check | OKALOOSA GAS DISTRICT | | (15.00) |
| 9/1 | 9/10 | 5568 | Check | CHOCTAWHATCHEE ELEC COOP | | (120.00) |
| 9/8 | 9/11 | 5569 | Check | FRONTLINE HOMEOWNERS INSURANCE | | (614.00) |
| 9/8 | 9/10 | 5570 | Check | AMEX | | (2,500.00) |
| 9/28 | 9/30 | 5571 | Check | FLORIDA BLUE | | (233.20) |
| 9/28 | 9/30 | 5573 | Check | ATT MOBILITY | | (202.85) |
| 9/23 | 9/28 | 5575 | Check | AMEX | | (2,500.00) |
| 9/23 | 9/28 | 5575 | Check - Adjustment | AMEX | | 2,500.00 |
| 9/22 | 9/24 | 5577 | Check | SUNTRUST BK | | (1,566.11) |
| 9/24 | 9/28 | 5578 | Check | CLUB WYNDHAM PLUS | | (92.81) |
| 9/28 | 9/29 | 5579 | Check | OKALOOSA GAS DISTRICT | | (14.50) |
| 9/25 | 9/29 | 5580 | Check | USAA | | (292.06) |

**TOTAL CHECKS WRITTEN** $(6,176.46)


ELECTRONICALLY FILED
12/7/2020 4:47 PM
62-CV-2009-000073.00
CIRCUIT COURT OF
TALLAPOOSA COUNTY, ALABAMA
PATRICK CRADDOCK, CLERK

# EXHIBIT 2

# DISCLOSURE STATEMENT FOR SMITH BARNEY INVESTMENT CENTERS AND DEPOSITORY INSTITUTION REFERRALS

**Investments, insurance and annuity products and services are offered through Smith Barney and its affiliates, which are not affiliated with**

## Peoples First Bank, Destin, Florida
_____ **(the "Depository Institution")**

Securities are offered through Citigroup Global Markets Inc., member SIPC ("CGMI"), a full-service securities brokerage firm. Smith Barney is a division of CGMI. Insurance is offered through SBHU Life Agency, Inc. or another insurance agency affiliate licensed in your state ("SBHU"), see www.citi.com/us/insurance. CGMI and SBHU are affiliates under the common control of Citigroup Inc. Neither is affiliated with the Depository Institution. Insurance and annuities are the obligation of the carrier and are not issued or guaranteed by CGMI, SBHU, or the Depository Institution. Because you opened your account at a Smith Barney Investment Center or a referral from the Depository Institution for which it is compensated as described below, the records of your Smith Barney account are available for inspection by the Depository Institution's regulators and, in some cases, the Depository Institution itself.

Investments, insurance and annuity products and services (Non-Deposit Products) are:
- not insured by the Federal Deposit Insurance Corporation ("FDIC"), the National Credit Union Administration ("NCUA"), or the National Credit Union Share Insurance Fund ("NCUSIF");
- not insured by any federal government or other federal government agency, by the Depository Institution or by CGMI and SBHU;
- not deposits or other obligations of, and are not guaranteed by the Depository Institution or any CGMI and SBHU bank;
- subject to investment risk, including possible loss of the principal amount invested.

**Correspondence and deposits for your Smith Barney account can NOT be accepted by the Depository Institution.**
Correspondence, securities, personal checks, or cash equivalents (such as traveler's checks and money orders) intended for your Smith Barney account should be sent to the Smith Barney branch at the address listed below and should be addressed to the "Operations Manager". The Depository Institution where you do business or which referred you to Smith Barney cannot accept these on Smith Barney's behalf.

**Non-Deposit Products involve costs, fees, premiums and charges.**
Costs, fees, premiums and charges should be detailed in the prospectus, contract or other investment materials. Please read these materials carefully before purchasing or investing.

Your registered representative will be paid based on your investment purchases. Your licensed insurance agent will be paid based on your insurance purchases. Smith Barney or SBHU will pay the Depository Institution an amount based on your business. This compensation arrangement will not result in your paying higher commissions, fees or expenses than you otherwise would.

| Smith Barney Account Number (if applicable) 41K-60107- | | |
|---|---|---|
| Client Signature Rodney Doran | Print Client's Name RODNEY D. DORAN | Date 2/4/09 |
| Client Signature (if joint account) | Print Client's Name (if joint account) | Date |
| Financial Advisor Signature | Print Financial Advisor's Name Joseph C. Serrato | |
| Smith Barney Branch Pensacola Branch 454 | Smith Barney Branch Address 850 South Palafox St, Suite 200 | |
| City, State & Zip Pensacola, Florida  32502 | Smith Barney Branch Phone Number 850-470-8018 | |

Securities are through Citigroup Global Markets Inc., Member SIPC. Smith Barney is a division and service mark of Citigroup Global Markets Inc. and is used and registered around the world.
2323 (6/2008)



* 2 3 2 3 *

MORGAN STANLEY 008968


ELECTRONICALLY FILED
12/7/2020 4:47 PM
62-CV-2009-000073.00
CIRCUIT COURT OF
TALLAPOOSA COUNTY, ALABAMA
PATRICK CRADDOCK, CLERK

# EXHIBIT 3

# IN THE CIRCUIT COURT OF TALLAPOOSA COUNTY, ALABAMA

ROBERT MOSS, et al.,              )
                                  )
          Plaintiffs,             )
                                  )
vs.                               )          CASE NO: CV-2009-000073
                                  )
GLENWOOD-THE BLUFFS AT,           )
COPPER CREEK, et al.,             )
                                  )
          Defendants,             )

## RESPONSES TO POST JUDGMENT INTERROGATORIES AND REQUESTS FOR PRODUCTION TO JUDGMENT DEBTORS

Comes now Rodney Dorand and responds as follows:

## INTERROGATORIES

1. Please identify every source of income you have had for the calendar years 2000- 2019 for which you were paid more than $150. For each source of income identified, please provide: (a) the remitter of income to you; (b) the address of the remitter of income to you; (c) when the source of income began; (d) when the source of income ended; (e) the reason you received the income; (f) the amount of income received; (g) the frequency of payments of the income; and (h) the total income paid to you, broken down annually, by the remitter of the income.

*Answer:* **2000-2005 employed by Alabama neonatal medicine, Montgomery, Alabama. Income began January 1, 2000 and ended March 2005, due to retirement and disability. Income approximately 225,000 per year.**

**2006-2012 disability income approximately 200,000 per year. Disability due to chronic degenerative back disease unable to practice as neonatologist. Income from disability policy with Provident Life Insurance company.**

**6/12-12/13 patient income from 30-A medical practice, Santa Rosa Beach, FL 32459 unknown dollar amount income at this time.**

**12/2013-4/18 independent contractor for Dr. on Demand telemedicine company, San Francisco, California. Unknown total income at this time.**

**11/19-present independent contractor for Am Well/Online Care Group telemedicine company, Boston, Massachusetts. Amount of income at this time unknown.**

2. Do you hold or have you held any interest, beneficial or otherwise, in any legal entity of

any type including any trust at any time between January 1, 2000 and the present date? If the answer is in the affirmative, please provide: (a) a full description of your interest; (b) all information needed to identify the legal entity including any tax identification numbers; (c) the identity of all persons or entities who have managing authority or controlling interest in the entity identified.

**Answer:** *From 2000 until 2005 I was a partner having a partnership interest in Alabama neonatal medicine, Montgomery, Alabama. Tax ID unknown. Managing partners J. Allen Newton, MD, Lynn Whittington, MD, John Woodall, MD, Larry Wallin, MD, and Dr. Bonner, MD.*

*From 2000 until 2016 I was a trustee of the Rodney D. Dorand and Barbara H. Dorand living trust, tax ID, 198346844, my own ID.*

*From 2005-2013, I was a partner in Dorand Development, LLC, a Florida corporation that was dissolved in 2014, approximately. Tax ID number unknown at this time. Location of business, Florida, to act as limited partner investors in Lake Martin project With Carroll and Greene contractors of Birmingham, Al. Leigh Dorand, and Kyle Dorand were limited partners in the company.*

3. Please identify each and every bank where you have maintained a banking relationship for any purpose and in any capacity at any time between January 1, 2000 and the present date. For each bank identified, please provide: (a) the identity of the employee or officer of the bank assigned to your banking relationship; (b) the last known contact information for the bank employee or officer identified; (c) a list of every account maintained at each bank identified; and (d) the purpose of each bank account identified.

**Answer:** *From 2000 until 2005 I banked at Central Bank, Montgomery, Alabama. Contact person JanetRoberts, branch manager at Taylor Road branch. I had a checking account at that bank. I do not know the account number.*

*2005 until present. I have banked at SunTrust Bank, Watercolor, Florida. I have no banker contact. Account numbers have recently changed due to fraudulent activity, I do not have the numbers at this time. I have a checking account, MasterCard account, and a credit line at this time which is my mortgage.*

4. Please identify every account of any type (investment, retirement, insurance, offshore bank account, etc.) you have had any interest in between January 1, 2000 and the present date. For each account identified, please provide: (a) the identity of the party with whom you have the

account; (b) the last known contact information for the party identified; (c) a list of every account maintained by each party identified; and (d) the purpose of each account identified.

**Answer:** **I have a retirement account at Morgan Stanley, Miramar, Florida branch. Contact person is Joseph Serrato. From 2005 until 2020, This has been my retirement account. Prior to that time I had been with. Smith Barney in Montgomery, Alabama. Contact person was Fred Brown from 2000-2005.**

**I have an online TD Ameritrade account of which I self manage it.**

5. Please identify every time you have served as a manager, officer, trustee, principal or director of any legal entity at any time between January 1, 2000 and the present date. For each instance, please provide: (a) the position held; (b) the period of time the position was held; (c) the name of the legal entity wherein you held the position; (d) the address and phone number for the legal entity wherein you held the position; (e) whether you held any ownership interest in the entity identified; (f) the term of your ownership, if any; and (g) why your ownership interest terminated.

**Answer:** **Please see response to #2 above.**

6. Please identify every parcel of real estate in which you owned any interest, either directly or through a separate legal entity, at any time between January 1, 2000 and the present date. For each such parcel, please state the following: (a) the address of the parcel; (b) the date you acquired an interest in the parcel; (c) the date your interest in the parcel terminated including a description of the manner of termination; (d) if any consideration was received upon termination of your interest in any parcel, a description of the consideration received; (e) the value of the parcel; (f) whether the parcel is encumbered by any mortgage and, if so, the name of the mortgagee and the total amount owed on the mortgage; and (g) the identity of any other person or entity having any interest in said property.

**Answer:** **2000-2005. Home at Milly BranchRoad, Pike Rd., Alabama. Sold for no gain. Moved to Florida when retired into disability.**

**2000-2013. Home on Blue Mountain Road, Santa Rosa Beach, Florida. Acquired 1986- foreclosed Wells Fargo Bank/short sale 2013. Lost house due to losses Dorand development and Lake Martin property project. No consideration received. Valued $2-$3 million.**

**2006-2012 property in Birmingham, Alabama home used for son to go to college. Foreclosed on by central bank due to losses of Lake Martin property and Dorand development. No consideration received, valued 250,000.**

**2018-2020 current home, Dunetop Terrace, Santa Rosa Beach, Florida. Owned by the Rodney D. Dorand trust, mortgage $160,000. Value 350,000.**

**Timeshare unit- Sonoma, Arizona. Value zero**

**Timeshare unit- Gatlinburg Townsquare-value zero**

7.  Please identify every item of personal property in your possession believed to have a value of at least $500. For each such item, please provide: (a) a description of the item; (b) the location of the item; (c) your estimated value of the item; and (d) the person or entity presently in possession of the item.

*Answer:* **Furniture located in my home at Dunetop Terrace , 8,000.**

8.  Please identify every transfer of any item of personal or real property wherein the value of the item exceeds $500 to any other person or entity at any time between January 1, 2009 and the present date. For each item so identified, please provide each of the following: (a) a description of the item transferred; (b) the reason for the transfer; (c) the person or entity to whom the item was transferred; (d) the consideration received in exchange for the transfer; and (e) the last known contact information for the person or entity receiving the transfer.

*Answer:* **No transfers made.**

9.  Do you own, lease or have legal or equitable interest in any vehicles of any type, any watercraft, aircraft, motor homes or ATV's or other recreational vehicles, whether they are registered or not? If so, for each such vehicle, please provide: (a) the identity of each person or entity having an interest in the vehicle; (b) the approximate value of the vehicle; and (c) any holder of any lien or mortgage on the vehicle.

*Answer:* **2013 Lexus RX 350. Proximally $5000.**

10.  Do you own or have any legal or equitable interest in any jewelry or collectibles of value including any antiques, artwork of any type, stamps, coins, collections, or memorabilia of any

type? If so, please provide: (a) a description of the item; (b) the location of the item; (c) your estimated value of the item; and (d) the person or entity presently in possession of the item.

***Answer:*** **No collections.**

11. Do you own or have any legal or equitable interest in any cash, deposits of money, bonds, mutual funds, publicly traded stocks, or non-publicly traded stock and interests in incorporated or unincorporated businesses, including an interest in an LLC, partnership, joint venture or trust? If the answer is yes, please provide the following: (a) a full description and accounting of each legal or equitable interest; (b) any account information associated with any interest identified; (c) what you paid for your interest; and (d) all documentation in your possession regarding your any item or interest you identified.

***Answer:*** **I have a trust which owns my home, no living trust which is my retirement fund with Morgan Stanley.**

**The Rodney D. Dorand, Trust owns my home, and the Rodney D. And Barbara H. Dorand living trust owns my retirement fund. I have no further interest nor do I own any bonds, etc. that have not been mentioned before.**

12. Have you bequested, donated or gifted any asset of any type, or any interest in any asset, having a value of more than $100, at any time between January 1, 2009 and the present date? If the answer is yes, please provide the following: (a) a description of the item or interest; (b) your estimated value of the item or interest; (c) the recipient of the gift or donation including their last known contact information; and (d) the purpose of the gift.

***Answer:*** **Please see answer to #8 above.**

13. Have you placed any item of value into any trust at any time between January 1, 2000 and the present date? If the answer is yes, for each item of value please provide: (a) the identity of the trust; (b) the date the item was placed into trust; (c) the Trustee of said trust including last known contact information; and (d) your estimate of the value of the item placed into trust.

***Answer:*** **My current home was placed into a trust. 2018 value estimate at 350,000. Otherwise nothing else is been in trust as my retirement fund has always been in trust since its formation in 1997.**

14. Please state the name and last known contact information for every accountant retained by you at any time between January 1, 2009 and the present date.

*Answer:* **my current CPA is Mr. Timothy Hall, at 8230 Old Federal Drive, Montgomery, AL 36117, Phone Number: 334-244-0307.**

15. Please state the name and last known contact information for every financial planner, wealth manager, investment advisor, broker (of any type) or agent (of any type) retained or paid by you, or anyone on your behalf, for any purpose at any time between January 1, 2009 and the present date.

*Answer:* **Joseph Serrato, Morgan Stanley office, Miramar Beach, Florida, 850-699-7885.**

16. Please state the name and last known contact information for every insurance agent or company from whom you have ever purchased any type of insurance or annuity at any time between January 1, 2000 and the present date.

*Answer:* **Mutual assurance-medical malpractice, Birmingham, Alabama Prudential-through Morgan Stanley, Miramar, Florida.**

## REQUESTS FOR PRODUCTION

1. Please produce all tax returns filed by you for the tax years 2009-2018.

*Answer:*

2. Please produce all financial statements prepared by you or on your behalf for the last ten years.

*Answer:* **No financial statements have been prepared in over 10 years.**

3. Please produce the last five years of statements for any account identified in any interrogatory answer. Please organize the production by referencing which interrogatory the documents relate to.

*Answer:* **Bank accounts are not readily available at this time.**

4. Please produce all documents related to any legal or equitable interest you have in any legal entity of any type including any trust. This request should be construed to cover any materials

related to the ownership, formation, operation of any entity or trust identified as well as any tax documents and remittance information received by you from any entity or trust.

*Answer:* **I do not have access to my trust documents at this time.**

5.   Please produce all documents relating to the ownership of any real or personal property identified in any interrogatory served herein. Please organize this production by referencing which interrogatory this information is responsive to in your answer.

*Answer:* **I do not have access to any deeds on real estate at this time.  The deed to my home and record of my car registration is readily available through the Walton County Courthouse in DeFuniak Springs, Florida.**

**[Declaration Pages Follow]**

_____
RODNEY DORAND
Defendant


STATE OF FLORIDA       *
_____ COUNTY       *

     I, the undersigned authority, a Notary Public in and for said State at Large, hereby certify that RODNEY DORAND, whose name is signed to the foregoing conveyance, and who is known to me, acknowledged before me on this day that he states that the foregoing is true and correct to the best of their information, knowledge, and belief.


Given under my hand and seal of office
this the ___ day of July, 2020.


_____
Notary Public
My Commission Expires:



/s/  Susan G. Copeland
SUSAN G. COPELAND (COP009)
Attorney for Defendant


OF COUNSEL:
FULLER & COPELAND, PC
2851 Zelda Road
Montgomery, Alabama 36106
(334) 270-0020
jdf@fullercopeland.com

Respectfully submitted this the ___<sup>th</sup> day of July, 2020.

/s/. Susan G. Copeland
SUSAN G. COPELAND

FULLER AND COPELAND
2851 Zelda Road
Montgomery, AL 36106
334-270-0020
334-270-9848 FAX
jdf@fullercopeland.com
Attorney for Dorand Development LLC,
Rodney Dorand, Rodney and Barbara
Dorand, Leigh Dorand, and Leigh and
Kimberly Dorand

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this ___<sup>th</sup> day of July, 2020, I electronically served the foregoing on the following:

All Counsel of Record

/s/  Susan G. Copeland
OF COUNSEL



ELECTRONICALLY FILED
12/7/2020 4:47 PM
62-CV-2009-000073.00
CIRCUIT COURT OF
TALLAPOOSA COUNTY, ALABAMA
PATRICK CRADDOCK, CLERK

# EXHIBIT 4

Replacement Disclosure Form            0914   Page 1 of 3

## LIFE INSURANCE AND ANNUITY REPLACEMENT DISCLOSURE FORM

| Client Name: RODNEY DORAND | Client Account Number: ▮▮▮0914 | Confirmation#: 011111454254001 |
|---|---|---|

A "Replacement" occurs when a new life insurance policy or annuity contract is purchased using all or a portion of an existing life insurance policy or annuity contract, which existing policy/contract is replaced by the new policy/contract. Replacements are not always in your best interest. Morgan Stanley Smith Barney requires its Financial Advisors to review the specific advantages and disadvantages of any Replacement with you so you can make an informed decision about a potential Replacement. Morgan Stanley Smith Barney also urges you to contact your existing insurance company before executing a Replacement to inquire whether your existing policy/contract may be modified to better suit your needs.

## A. POLICY/CONTRACT COMPARISON

| | Existing Product (Issued: 07/15/1987) | Proposed Product |
|---|---|---|
| Carrier and Product Name | - WHOLE LIFE | HARTFORD LIFE & ANNUITY - BICENTENNIAL UL FREEDOM |
| Policy/Contract Number | 10-▮▮-479 | N/A |
| Product Type | Whole Life | Universal Life |
| Total Premium Paid | $ 84,750 | N/A |
| Current Account Value | $ 167,411 | N/A |
| Surrender Charge Amount | $ 0 | N/A |
| Current Surrender Value | $ 167,411 | N/A |
| Surrender Charge Schedule Remaining | 0.00% 0.00% 0.00% 0.00% 0.00% 0.00% 0.00% 0.00% 0.00% 0.00% 0.00% 0.00% | 9.00% 8.50% 8.50% 8.25% 8.00% 7.50% 7.50% 7.00% 7.00% 6.50% 6.00% 5.50% |
| New Surrender Charges | N/A | 19 YEARS |
| Is there an outstanding loan on the current policy? | No | N/A |
| Death Benefit | $ 335,005 | $ 315,922 |
| Annual Premium | $ 3,599 | $ 0 |
| Yrs Premium To Be Paid | 36 | 0 |
| Yrs of Coverage Remaining | 36 | N/A |
| Is Policy a MEC? | No | No |

| Following are some of the questions you should ask yourself when considering a Replacement: | |
|---|---|
| 1. Is there an outstanding loan on the current policy? | No |
| 2. Will the loan be transferred or repaid? | |
| 3. Have you obtained your existing policy information and/or most recent insurance/annuity statement from the carrier? | Yes |
| 5. Can the existing policy/contract be modified to meet your needs? | No |
| 6. Do you anticipate the new policy/contract to be issued at a less favorable risk class than the policy/contract being replaced? | No |



| Rider(s) Selected | None | **NO LAPSE GUARANTEE**<br>1. NO-LAPSE GUARANTEE |
|---|---|---|

## B. ADVANTAGES/DISADVANTAGES OF A REPLACEMENT

Each replacement situation is different. Make sure you fully understand the advantages and disadvantages of the proposed Replacement before proceeding. Potential disadvantages of replacing a life insurance policy or annuity contract include:

- Assessment of surrender charges on an existing policy/contract and start-up costs on a replacement policy/contract (i.e., policy loads and fees);
- Loss of liquidity (new withdrawal restrictions or surrender charges on a replacement contract/policy);
- Higher fees/charges assessed on a replacement policy/contract (i.e., cost of insurance, mortality and administration fees and charges for optional features);
- Loss of advantageous terms and benefits from your existing policy/contract (i.e., guaranteed interest rate and loan provisions);
- Negative tax implications associated with the Replacement (consult your tax adviser);
- Change in investment options or higher investment risk under the replacement policy/contract;
- Issuer's financial strength. Will the replacement policy/contract be issued by an insurer with an equal or better-quality credit rating;
- Higher premiums, lower face amounts, new contestability period or more restrictions on a replacement policy due to older issue ages or changes in insurability;
- Loss of cash value accumulation on an existing policy, slower accumulation of cash value, potentially lower guaranteed values, current interest rate or reduced dividend scale on a replacement policy;

## C. BENEFITS OF TRANSACTION

**Explanation:**
eliminate future premium, Guarantee death benefit beyond age 100

## D. ACKNOWLEDGEMENTS

### TO BE COMPLETED BY THE CLIENT:

By signing below I attest that:
I have read the information detailed above regarding Replacements and I believe this Replacement transaction is in my best interest because of the benefits noted in Section C above and I therefore consent to the proposed Replacement. I acknowledge that the potential disadvantages of the Replacement referenced in Section B above have been explained to me, and I understand the potential consequences of this transaction.    I understand that the information provided in this document was obtained through a reasonable attempt by my Financial Advisor and is intended for illustrative/comparative purposes only. I also understand that I should refer to my existing contract and the proposed product prospectus and/or contract, as they are the official sources for all the information contained in this comparison. Additionally, I understand and have completed the necessary Morgan Stanley Smith Barney and state replacement forms.

- I understand that distributions prior to age 59 1/2 may be subject to income taxes and a 10% IRS penalty tax may apply and that I should consult my tax adviser for additional information.
- I understand that I have the right to cancel the proposed policy/contract within the free-look period. If I exercise the free-look provision, I will receive a refund in accordance with the terms of the contract and my state's regulations.
- I understand that a new life insurance policy may be subject to underwriting and that I should only terminate my existing coverage after the new coverage is issued and after examining the new policy.

Owner Signature: _(signature)_   Date: 1/20/2011

Joint Owner Signature: X _Barbara H Gerard Trustee_   Date: 1/22/2011

### TO BE COMPLETED BY THE FINANCIAL ADVISOR:

I have explained to my client both the advantages and disadvantages of replacing coverage and believe the replacement is suitable. I have complied with all state and Firm replacement requirements in connection with the proposed transaction.

FA Signature: _(signature)_   Date: 01/20/2011

### Disclosure of 1035 Exchange of Life

For important remuneration information related to life insurance policies, please refer to the Life Insurance Transaction Review

Form and/or the Life Insurance Replacement/1035 Exchange Transaction Review and Acknowledge Form provided by your Financial Advisor

MORGAN STANLEY 009063

Replacement Disclosure Form 

## LIFE INSURANCE AND ANNUITY REPLACEMENT DISCLOSURE FORM

| Client Name: RODNEY D AND BARBRA H DORAND L | Client Account Number: ▮▮▮ 0914 | Confirmation#: 01111145425402 |
|---|---|---|

A "Replacement" occurs when a new life insurance policy or annuity contract is purchased using all or a portion of an existing life insurance policy or annuity contract, which existing policy/contract is replaced by the new policy/contract. Replacements are not always in your best interest. Morgan Stanley Smith Barney requires its Financial Advisors to review the specific advantages and disadvantages of any Replacement with you so you can make an informed decision about a potential Replacement. Morgan Stanley Smith Barney also urges you to contact your existing insurance company before executing a Replacement to inquire whether your existing policy/contract may be modified to better suit your needs.

## A. POLICY/CONTRACT COMPARISON

| | Existing Product (Issued: 06/15/1994) | Proposed Product |
|---|---|---|
| Carrier and Product Name | - WHOLE LIFE | HARTFORD LIFE & ANNUITY - BICENTENNIAL UL FREEDOM |
| Policy/Contract Number | 12-▮▮▮-880 | N/A |
| Product Type | Whole Life | Universal Life |
| Total Premium Paid | $ 52,184 | N/A |
| Current Account Value | $ 71,981 | N/A |
| Surrender Charge Amount | $ 0 | N/A |
| Current Surrender Value | $ 71,981 | N/A |
| Surrender Charge Schedule Remaining | 0.00% 0.00% 0.00% 0.00% 0.00% 0.00% 0.00% 0.00% 0.00% 0.00% 0.00% 0.00% | 15.00% 15.00% 15.00% 14.50% 14.00% 13.50% 13.30% 13.00% 12.65% 12.35% 11.20% 10.00% |
| New Surrender Charges | N/A | 19 YEARS |
| Is there an outstanding loan on the current policy? | No | N/A |
| Death Benefit | $ 273,398 | $ 330,979 |
| Annual Premium | $ 3,309 | $ 0 |
| Yrs Premium To Be Paid | 44 | 0 |
| Yrs of Coverage Remaining | 44 | N/A |
| Is Policy a MEC? | No | No |

| Following are some of the questions you should ask yourself when considering a Replacement: | |
|---|---|
| 1. Is there an outstanding loan on the current policy? | No |
| 2. Will the loan be transferred or repaid? | |
| 3. Have you obtained your existing policy information and/or most recent insurance/annuity statement from the carrier? | Yes |
| 5. Can the existing policy/contract be modified to meet your needs? | No |
| 6. Do you anticipate the new policy/contract to be issued at a less favorable risk class than the policy/contract being replaced? | No |



MORGAN STANLEY 009064

| Rider(s) Selected | None | NO LAPSE GUARANTEE<br>1. NO-LAPSE GUARANTEE |
| --- | --- | --- |

## B. ADVANTAGES/DISADVANTAGES OF A REPLACEMENT

Each replacement situation is different. Make sure you fully understand the advantages and disadvantages of the proposed Replacement before proceeding. Potential disadvantages of replacing a life insurance policy or annuity contract include:

- Assessment of surrender charges on an existing policy/contract and start-up costs on a replacement policy/contract (i.e., policy loads and fees);
- Loss of liquidity (new withdrawal restrictions or surrender charges on a replacement contract/policy);
- Higher fees/charges assessed on a replacement policy/contract (i.e., cost of insurance, mortality and administration fees and charges for optional features);
- Loss of advantageous terms and benefits from your existing policy/contract (i.e., guaranteed interest rate and loan provisions);
- Negative tax implications associated with the Replacement (consult your tax adviser);
- Change in investment options or higher investment risk under the replacement policy/contract;
- Issuer's financial strength. Will the replacement policy/contract be issued by an insurer with an equal or better-quality credit rating;
- Higher premiums, lower face amounts, new contestability period or more restrictions on a replacement policy due to older issue ages or changes in insurability;
- Loss of cash value accumulation on an existing policy, slower accumulation of cash value, potentially lower guaranteed values, current interest rate or reduced dividend scale on a replacement policy;

## C. BENEFITS OF TRANSACTION

Increase Death Benefit
**Explanation:**
stop all future premiums guarantee death benefit beyond age 100 increase death benefit

## D. ACKNOWLEDGEMENTS

### TO BE COMPLETED BY THE CLIENT:
By signing below I attest that:
I have read the information detailed above regarding Replacements and I believe this Replacement transaction is in my best interest because of the benefits noted in Section C above and I therefore consent to the proposed Replacement. I acknowledge that the potential disadvantages of the Replacement referenced in Section B above have been explained to me, and I understand the potential consequences of this transaction. I understand that the information provided in this document was obtained through a reasonable attempt by my Financial Advisor and is intended for illustrative/comparative purposes only. I also understand that I should refer to my existing contract and the proposed product prospectus and/or contract, as they are the official sources for all the information contained in this comparison. Additionally, I understand and have completed the necessary Morgan Stanley Smith Barney and state replacement forms.

- I understand that distributions prior to age 59 1/2 may be subject to income taxes and a 10% IRS penalty tax may apply and that I should consult my tax adviser for additional information.
- I understand that I have the right to cancel the proposed policy/contract within the free-look period. If I exercise the free-look provision, I will receive a refund in accordance with the terms of the contract and my state's regulations.
- I understand that a new life insurance policy may be subject to underwriting and that I should only terminate my existing coverage after the new coverage is issued and after examining the new policy.

Owner Signature: X *Barbara H Corard Trustee*          Date: 1-22-2011

Joint Owner Signature: *Rodney D Corard Trustee*          Date: 1/20/2011

### TO BE COMPLETED BY THE FINANCIAL ADVISOR:
I have explained to my client both the advantages and disadvantages of replacing coverage and believe the replacement is suitable. I have complied with all state and Firm replacement requirements in connection with the proposed transaction.

FA Signature:          Date: 01-20-2011

### Disclosure of 1035 Exchange of Life

MORGAN STANLEY 009065



ELECTRONICALLY FILED
12/7/2020 4:47 PM
62-CV-2009-000073.00
CIRCUIT COURT OF
TALLAPOOSA COUNTY, ALABAMA
PATRICK CRADDOCK, CLERK

# EXHIBIT 5

# 2007 LIMITED LIABILITY COMPANY ANNUAL REPORT

**FILED**
**Apr 19, 2007 8:00 am**
**Secretary of State**
04-19-2007 90037 027 ****50.00

**DOCUMENT # L06000074845**

**1. Entity Name**
DORAND DEVELOPMENT, LIMITED LIABILITY COMPANY

| Principal Place of Business | Mailing Address |
|---|---|
| 530 BLUE MOUNTAIN BEACH ROAD<br>SANTA ROSA BEACH, FL 32459 | 530 BLUE MOUNTAIN BEACH ROAD<br>SANTA ROSA BEACH, FL 32459 |

04122007     Chg-LLC     CR2E083 (12/06)

| 2. Principal Place of Business - No P.O. Box # | 3. Mailing Address | |
|---|---|---|
| Suite, Apt. #, etc. | Suite, Apt. #, etc. | |
| City & State | City & State | |
| Zip | Country | Zip | Country |

**4. FEI Number** 20-5429707     ☐ Applied For     ☐ Not Applicable

**5.** Certificate of Status Desired ☐     **$5.00** Additional Fee Required

| 6. Name and Address of Current Registered Agent | 7. Name and Address of New Registered Agent |
|---|---|
| DORAND, RODNEY<br>530 BLUE MOUNTAIN BEACH ROAD<br>SANTA ROSA BEACH, FL 32459 | Name<br>Street Address (P.O. Box Number is Not Acceptable)<br>City _____ FL _____ Zip Code |

**8.** The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with, and accept the obligations of registered agent.

SIGNATURE _____
Signature, typed or printed name of registered agent and title if applicable.     (NOTE: Registered Agent signature required when reinstating)     DATE

**Filing Fee is $50.00**
**Due by May 1, 2007**

**Make check payable to**
**Florida Department of State**

| 9. | MANAGING MEMBERS / MANAGERS | 10. | ADDITIONS / CHANGES |
|---|---|---|---|
| TITLE MGRM<br>NAME KAD AWAY TRUST<br>STREET ADDRESS 20 VIA DESTINO<br>CITY-ST-ZIP SAN CLEMENTE, CA 92673 ☐ Delete | | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE MGRM<br>NAME RODNEY D. & BARBARA H. DORAND LIVING TRUST<br>STREET ADDRESS 530 BLUE MOUNTAIN BEACH ROAD<br>CITY-ST-ZIP SANTA ROSA BEACH, FL 32459 ☐ Delete | | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE MGR<br>NAME THE LEIGH & KIMBERLY DORAND LIVING TRUST<br>STREET ADDRESS 3552 EAST JAEGER CIRCLE<br>CITY-ST-ZIP MESA, AZ 85213 ☐ Delete | | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP ☐ Delete | | TITLE MGR<br>NAME RODNEY DIXON DORAND, Jr.<br>STREET ADDRESS 530 BLUE MTN. Rd<br>CITY-ST-ZIP SANTA ROSA BEACH, FL. 32459 | ☐ Change ☒ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP ☐ Delete | | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP ☐ Delete | | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |

**11.** I hereby certify that the information supplied with this filing does not qualify for the exemptions contained in Chapter 119, Florida Statutes. I further certify that the information indicated on this report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statutes.

**SIGNATURE:** *Rodney D Dorand* RODNEY D. DORAND 4/5/07     850-367-2806
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING MANAGING MEMBER, MANAGER, OR AUTHORIZED REPRESENTATIVE     Date     Daytime Phone #

# 2012 LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L06000074845

FILED
Feb 09, 2012
Secretary of State

**Entity Name:** DORAND DEVELOPMENT, LIMITED LIABILITY COMPANY

| **Current Principal Place of Business:** | **New Principal Place of Business:** |
|---|---|
| 530 BLUE MOUNTAIN ROAD<br>SANTA ROSA BEACH, FL  32459 | |

| **Current Mailing Address:** | **New Mailing Address:** |
|---|---|
| 530 BLUE MOUNTAIN ROAD<br>SANTA ROSA BEACH, FL  32459 | |

FEI Number: 20-5428707     FEI Number Applied For ( )     FEI Number Not Applicable ( )     Certificate of Status Desired (X)

| **Name and Address of Current Registered Agent:** | **Name and Address of New Registered Agent:** |
|---|---|
| DORAND, RODNEY D<br>530 BLUE MOUNTAIN  ROAD<br>SANTA ROSA BEACH, FL  32459     US | |

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

               Electronic Signature of Registered Agent                           Date

## MANAGING MEMBERS/MANAGERS:

| | |
|---|---|
| Title: | MGRM |
| Name: | KAD AWAY TRUST |
| Address: | 20 VIA DESTINO |
| City-St-Zip: | SAN CLEMENTE, CA  92673 |

| | |
|---|---|
| Title: | MGRM |
| Name: | RODNEY D. & BARBARA H. DORAND LIVING TRUST |
| Address: | 530 BLUE MOUNTAIN BEACH ROAD |
| City-St-Zip: | SANTA ROSA BEACH, FL  32459 |

| | |
|---|---|
| Title: | MGRM |
| Name: | DORAND, RODNEY D JR |
| Address: | 2760 HAMPSHIRE RD   APT 15 |
| City-St-Zip: | CLEVELAND HEIGHTS, OH  44106 |

I hereby certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statues.

SIGNATURE:  RODNEY D. DORAND                       MGRM            02/09/2012

          Electronic Signature of Signing Managing Member, Manager, or Authorized Representative / Date

# 2011 LIMITED LIABILITY COMPANY ANNUAL REPORT

**FILED**
**Mar 24, 2011**
**Secretary of State**

## DOCUMENT# L06000074845

**Entity Name:** DORAND DEVELOPMENT, LIMITED LIABILITY COMPANY

| **Current Principal Place of Business:** | **New Principal Place of Business:** |
|---|---|
| 530 BLUE MOUNTAIN BEACH ROAD<br>SANTA ROSA BEACH, FL 32459 | 530 BLUE MOUNTAIN ROAD<br>SANTA ROSA BEACH, FL 32459 |
| **Current Mailing Address:** | **New Mailing Address:** |
| 530 BLUE MOUNTAIN BEACH ROAD<br>SANTA ROSA BEACH, FL 32459 | 530 BLUE MOUNTAIN ROAD<br>SANTA ROSA BEACH, FL 32459 |

FEI Number: 20-5428707    FEI Number Applied For ( )    FEI Number Not Applicable ( )    Certificate of Status Desired (X)

| **Name and Address of Current Registered Agent:** | **Name and Address of New Registered Agent:** |
|---|---|
| DORAND, RODNEY D<br>530 BLUE MOUNTAIN BEACH ROAD<br>SANTA ROSA BEACH, FL 32459    US | DORAND, RODNEY D<br>530 BLUE MOUNTAIN ROAD<br>SANTA ROSA BEACH, FL 32459    US |

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____    03/24/2011
          Electronic Signature of Registered Agent    Date

## MANAGING MEMBERS/MANAGERS:

| | |
|---|---|
| Title: | MGRM |
| Name: | KAD AWAY TRUST |
| Address: | 20 VIA DESTINO |
| City-St-Zip: | SAN CLEMENTE, CA 92673 |

| | |
|---|---|
| Title: | MGRM |
| Name: | RODNEY D. & BARBARA H. DORAND LIVING TRUST |
| Address: | 530 BLUE MOUNTAIN BEACH ROAD |
| City-St-Zip: | SANTA ROSA BEACH, FL 32459 |

| | |
|---|---|
| Title: | MGRM |
| Name: | DORAND, RODNEY D JR |
| Address: | 530 BLUE MTN RD |
| City-St-Zip: | SANTA ROSA BEACH, FL 32459 |

I hereby certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statues.

SIGNATURE:  RODNEY D. DORAND                    MGRM              03/24/2011
          Electronic Signature of Signing Managing Member, Manager, or Authorized Representative / Date

## 2013 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L06000074845

**FILED**
**Apr 29, 2013**
**Secretary of State**
**CC4341302802**

**Entity Name:** DORAND DEVELOPMENT, LIMITED LIABILITY COMPANY

**Current Principal Place of Business:**

530 BLUE MOUNTAIN ROAD
SANTA ROSA BEACH, FL 32459

**Current Mailing Address:**

530 BLUE MOUNTAIN ROAD
SANTA ROSA BEACH, FL 32459

**FEI Number: 20-5428707**                    **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

DORAND, RODNEY D
530 BLUE MOUNTAIN ROAD
SANTA ROSA BEACH, FL 32459 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                          Date

## Authorized Person(s) Detail :

| | | | | |
|---|---|---|---|---|
| Title | MGRM | | Title | MGRM |
| Name | KAD AWAY TRUST | | Name | RODNEY D. & BARBARA H. DORAND LIVING TRUST |
| Address | 20 VIA DESTINO | | Address | 530 BLUE MOUNTAIN BEACH ROAD |
| City-State-Zip: | SAN CLEMENTE CA 92673 | | City-State-Zip: | SANTA ROSA BEACH FL 32459 |
| | | | | |
| Title | MGRM | | | |
| Name | DORAND, RODNEY DJR | | | |
| Address | 17402 HARLAND AVE. | | | |
| City-State-Zip: | CLEVELAND OH 44119 | | | |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: RODNEY D DORAND                    PRINCIPLE                    04/29/2013

Electronic Signature of Signing Authorized Person(s) Detail                                    Date