IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: **Dorand, Rodney Dixon.**          CASE: 21-30205PNS3

    Debtor          CHAPTER 7

_____

**CERTIFICATE OF SERVICE**

    I, **SHERRY F. CHANCELLOR**, hereby certify that a true and correct copy of the Order Approving Application to Employ(Docket #23) was served on the following in the manner stated below:

1. **Served by the Court via Notice of Electronic Filing (NEF):** I have confirmed that the foregoing document was served by the Court via NEF on 4/12/21 to the following person(s) at the email address(es) noted herein:

   See Attached Notice of Electronic Filing

2. **Served by U.S. Mail:** The foregoing document was served by first class, postage prepaid, U.S. Mail on __ to the persons and/or entities at the addresses noted herein as obtained from a current mailing matrix obtained from the court's CM/ECF system:

   ____ As designated on the attached Court's Mailing Matrix
   __X__ No persons/entities served by U.S. Mail
   ____ To the following recipients:

3. **Served by Personal Delivery, Overnight Mail, Facsimile Transmission or Email** (state method for each person or entity served): Service was executed on _____ to the following persons and/or entities via the means noted below:

   __X__ No persons/entities served by personal delivery, overnight mail, facsimile transmission or email (excluding NEF transmission)
   ____ To the following:

I declare under penalty of perjury that the foregoing is true and correct.

/s/ SHERRY F. CHANCELLOR          Date: 4/15/2021
**SHERRY F. CHANCELLOR**

```
MIME-Version:1.0
From:BKECF@flnb.uscourts.gov
To:FLNB_ECF_CourtMail@localhost.localdomain
Bcc: FL50@ecfcbis.com, linnea@nickwooten.com, nick@nickwooten.com, sherry.chancellor@yahoo.com, william@vonhoenelawfirm.com
Do not notice for BK case:

Message-Id:<7968500@flnb.uscourts.gov>
Subject:21-30205-KKS Order on Application to Employ
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## U.S. Bankruptcy Court

### Northern District of Florida

Notice of Electronic Filing

The following transaction was received from Laritz, A. entered on 4/12/2021 at 4:01 PM EDT and filed on 4/12/2021
**Case Name:**　　Rodney Dixon Dorand
**Case Number:**　21-30205-KKS
**Document Number:** 23

**Docket Text:**
Order Approving Application to Employ (Re: [17]) signed on 4/12/2021 . SERVICE: Sherry Chancellor shall serve this document pursuant to the applicable Rules and file a certificate of service within three (3) days. (Laritz, A.)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** \\flnb.circ11.dcn\vdiuserresources\FolderRedirection\AnnLaritz\Desktop\dorand employ ord.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1042227419 [Date=4/12/2021] [FileNumber=7968498-0
] [63db39448f695bea7ca1a9b5e60611f333017531c443bd1057b61633049e90b0a3e
a8e65edc1d66815a320eac85db14ce9ff62a05aa5c5b97eca3a8986729c87]]

**21-30205-KKS Notice will be electronically mailed to:**

Sherry Chancellor
sherry.chancellor@yahoo.com, FL50@ecfcbis.com

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

William Von Hoene on behalf of Debtor Rodney Dixon Dorand
william@vonhoenelawfirm.com

Nicholas Heath Wooten on behalf of Creditor Estates of Robert Moss, Brenda Moss, Charles Saunders, & Peggy Saunders
nick@nickwooten.com, linnea@nickwooten.com

**21-30205-KKS Notice will not be electronically mailed to:**

Sherry F. Chancellor
Law of Sherry F. Chancellor
619 West Chase Street
Pensacola, FL 32502