Form ntfnlfm (Rev. 12/15)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Pensacola Division

---

In Re: Rodney Dixon Dorand
    SSN/ITIN: xxx–xx–6844
      Debtor

Bankruptcy Case No.: 21–30205–KKS

Chapter: 7
Judge: Karen K. Specie

---

### FINAL NOTICE REGARDING STATEMENT OF COMPLETION
### OF COURSE IN PERSONAL FINANCIAL MANAGEMENT

    You are hereby notified that no Certification About a Financial Management Course (Official Form 423) has been filed in this case, nor has the court received notification from an approved provider of such a course that a course has been completed by the debtor(s) referenced above. If the certification(s) is/are not filed within 14 days, this case will be closed at the appropriate time without entry of a discharge for the debtor(s) named herein under the rules relayed in our prior notice.

    If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the certification, the debtor(s) must pay the full reopening fee due for filing the motion.


Dated: October 21, 2021

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

Service by the Court to:
Debtor
Debtor's Attorney
Trustee
U.S. Trustee