Certificate Number: 15111-FLN-DE-035805406

Bankruptcy Case Number: 21-30205



15111-FLN-DE-035805406

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 1, 2021</u>, at <u>10:09</u> o'clock <u>PM EDT</u>, <u>Rodney Dixon Dorand</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Florida</u>.

Date:  <u>July 1, 2021</u>            By:     <u>/s/Ryan McDonough</u>

                                    Name:   <u>Ryan McDonough</u>

                                    Title:  <u>Executive Director of Education</u>