United States Bankruptcy Court

Northern District of Florida

| | |
|---|---|
| In re: | Case No. 21-30205-KKS |
| Rodney Dixon Dorand | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1129-3 | User: cromine | Page 1 of 2 |
| Date Rcvd: Oct 21, 2021 | Form ID: ntfnlfm | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rodney Dixon Dorand, 58 Dunetop Terrace, Santa Rosa Beach, FL 32459-5144 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2021                    Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Nicholas Heath Wooten | |
| | on behalf of Plaintiff The Estates of Robert Moss and Brenda Moss by Danae Brown  Executrix, and The Estates of Charles Saunders and Peggy Saunders by Amanda Andrews, Administrator nick@nickwooten.com, linnea@nickwooten.com |
| Nicholas Heath Wooten | |
| | on behalf of Creditor Estates of Robert Moss  Brenda Moss, Charles Saunders, & Peggy Saunders nick@nickwooten.com, linnea@nickwooten.com |
| Robert James Powell | |
| | on behalf of Debtor Rodney Dixon Dorand rpowell@moorheadlaw.com  heidi@moorheadlaw.com;kturk@moorheadlaw.com |
| Robert James Powell | |
| | on behalf of Defendant Rodney Dixon Dorand rpowell@moorheadlaw.com  heidi@moorheadlaw.com;kturk@moorheadlaw.com |
| Sherry Chancellor | |
| | on behalf of Plaintiff Sherry F. Chancellor sherry.chancellor@yahoo.com  FL50@ecfcbis.com |

| District/off: 1129-3 | User: cromine | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 21, 2021 | Form ID: ntfnlfm | Total Noticed: 1 |

Sherry Chancellor
    sherry.chancellor@yahoo.com  FL50@ecfcbis.com

Sherry Chancellor
    on behalf of Plaintiff Sherry Chancellor sherry.chancellor@yahoo.com  FL50@ecfcbis.com

United States Trustee
    USTPRegion21.TL.ECF@usdoj.gov

William Von Hoene
    on behalf of Debtor Rodney Dixon Dorand william@vonhoenelawfirm.com

William Von Hoene
    on behalf of Defendant Rodney Dixon Dorand william@vonhoenelawfirm.com

TOTAL: 10

Form ntfnlfm (Rev. 12/15)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Pensacola Division

In Re: Rodney Dixon Dorand
    SSN/ITIN: xxx−xx−6844
      Debtor

Bankruptcy Case No.:  21−30205−KKS

Chapter:  7
Judge:  Karen K. Specie

### FINAL NOTICE REGARDING STATEMENT OF COMPLETION
### OF COURSE IN PERSONAL FINANCIAL MANAGEMENT

    You are hereby notified that no Certification About a Financial Management Course (Official Form 423) has been filed in this case, nor has the court received notification from an approved provider of such a course that a course has been completed by the debtor(s) referenced above. If the certification(s) is/are not filed within 14 days, this case will be closed at the appropriate time without entry of a discharge for the debtor(s) named herein under the rules relayed in our prior notice.

    If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the certification, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated: October 21, 2021

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

Service by the Court to:
Debtor
Debtor's Attorney
Trustee
U.S. Trustee