United States Bankruptcy Court

Northern District of Florida

In re:

Rodney Dixon Dorand

    Debtor

Case No. 21-30205-KKS

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1129-3

Date Rcvd: Oct 25, 2021

User: cromine

Form ID: 318

Page 1 of 3

Total Noticed: 28

The following symbols are used throughout this certificate:

**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rodney Dixon Dorand, 58 Dunetop Terrace, Santa Rosa Beach, FL 32459-5144 |
| cr | + | Estates of Robert Moss, Brenda Moss, Charles Saund, c/o Nick Wooten, LLC, attn: Nick Wooten, 5125 Burnt Pine Drive, Conway, Ar 72034-7497 |
| 2395287 | | American Express, 200 Vesey St, Lower Manhattan New York, NY 10285 |
| 2395465 | + | Estates of Robert Moss, Brenda Moss,, Charles Saunders, & Peggy Saunders, c/o Nick Wooten, Nick Wooten, LLC, 5125 Burnt Pine Drive Conway, AR 72034-7497 |
| 2395307 | + | Estates of Robert Moss, Brenda Moss, et al, c/o Nick Wooten, LLC, 5125 Burnt Pine Drive, Conway, Ar. 72034-7497 |
| 2395291 | + | Exploria, PO Box 150, Scottsdale, AZ 85252-0106 |
| 2395292 | + | Exploria Resorts, 515 Historic Nature Trail, Gatlinburg, TN 37738-3344 |
| 2395293 | + | Fuller and Copeland, 2851 Zelda Rd, montgomery, AL 36106-2614 |
| 2399878 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 2406476 | + | Rhonda Skipper, Walton County Tax Collector, PO Box 510, DeFuniak Springs, FL 32435-0510 |
| 2404128 | + | Robert J. Powell, Esq., Moorhead Law Group, PLLC, 127 Palafox Place, Ste 200, Pensacola, FL 32502-5698 |
| 2395294 | + | Robert Moss, Brenda Moss, et. al., c/o Nick Wooten Esq., 5125 Burnt Pine Drive, Conway, AR 72034-7497 |
| 2404249 | + | Rodney Dixon Dorand, c/o Robert J. Powell, Esq., 127 Palafox Place, Suite 200, Pensacola, FL 32502-5698 |
| 2397848 | + | SunTrust Bank now Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 2395295 | + | Suntrust Bank, Suntrust Plaza, 303 Peachtree St. NE, Atlanta, GA 30308-3245 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: FLDEPREV.COM | Oct 26 2021 03:23:00 | Florida Dept. of Labor/Employment Security, c/o Florida Dept. of Revenue, P.O. Box 6668, Tallahassee, FL 32314-6668 |
| smg | | EDI: FLDEPREV.COM | Oct 26 2021 03:23:00 | Florida Dept. of Revenue, Bankruptcy Unit, P.O. Box 6668, Tallahassee, FL 32314-6668 |
| smg | | Email/Text: USAFLN.TLHBankruptcy@usdoj.gov | Oct 25 2021 23:20:00 | U.S. Attorney (Pensacola Office), 21 E. Garden Street #400, Pensacola, FL 32501 |
| smg | | Email/Text: USAFLN.TLHBankruptcy@usdoj.gov | Oct 25 2021 23:20:00 | U.S. Attorney (Tallahassee Office), 111 N. Adams Street, Fourth Floor, Tallahassee, FL 32301 |
| traty | + | EDI: BSFCHANCELLOR | Oct 26 2021 03:23:00 | Sherry F. Chancellor, Law of Sherry F. Chancellor, 619 West Chase Street, Pensacola, FL 32502-4711 |
| 2404258 | | EDI: BECKLEE.COM | Oct 26 2021 03:23:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 2395288 | + | EDI: BANKAMER2.COM | Oct 26 2021 03:28:00 | Bank of America VISA, BOA Corporate Center, 100 North Tyron Street, Charlotte, NC 28255-0001 |
| 2395286 | + | Email/Text: ustpregion21.TL.ecf@usdoj.gov | Oct 25 2021 23:20:00 | Charles F. Edwards, 110 East Park Ave, Suite 128, Tallahassee, FL 32301-7728 |
| 2395290 | + | EDI: DISCOVER.COM | Oct 26 2021 03:23:00 | Discover, 2500 Lake Cook Rd, Riverside, IL 60015-3801 |

| District/off: 1129-3 | User: cromine | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 25, 2021 | Form ID: 318 | Total Noticed: 28 |

| 2397184 | EDI: DISCOVER.COM | Oct 26 2021 03:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
|---|---|---|---|
| 2395289 | EDI: JPMORGANCHASE | Oct 26 2021 03:23:00 | Chase Visa, 1111 Polaris Parkway, Columbus,, OH 43240 |
| 2395296 | + Email/Text: bankruptcydept@wyn.com | Oct 25 2021 23:20:00 | Wyndham Financial Services, PO Box 98940, Las Vegas, NV 89193-8940 |
| 2395297 | + Email/Text: bankruptcydept@wyn.com | Oct 25 2021 23:20:00 | Wyndham Resort, 6277 Sea Harbor Drive, Orlando, FL 32821-8027 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 2395463 | | Barbara Holmes Dorand, deceased |
| 2395464 | | Ralph E. Helm, deceased |
| 2404259 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2021            Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Nicholas Heath Wooten | on behalf of Plaintiff The Estates of Robert Moss and Brenda Moss by Danae Brown  Executrix, and The Estates of Charles Saunders and Peggy Saunders by Amanda Andrews, Administrator nick@nickwooten.com, linnea@nickwooten.com |
| Nicholas Heath Wooten | on behalf of Creditor Estates of Robert Moss  Brenda Moss, Charles Saunders, & Peggy Saunders nick@nickwooten.com, linnea@nickwooten.com |
| Robert James Powell | on behalf of Defendant Rodney Dixon Dorand rpowell@moorheadlaw.com  heidi@moorheadlaw.com;kturk@moorheadlaw.com |
| Robert James Powell | on behalf of Debtor Rodney Dixon Dorand rpowell@moorheadlaw.com  heidi@moorheadlaw.com;kturk@moorheadlaw.com |
| Sherry Chancellor | sherry.chancellor@yahoo.com  FL50@ecfcbis.com |
| Sherry Chancellor | on behalf of Plaintiff Sherry Chancellor sherry.chancellor@yahoo.com  FL50@ecfcbis.com |
| Sherry Chancellor | on behalf of Plaintiff Sherry F. Chancellor sherry.chancellor@yahoo.com  FL50@ecfcbis.com |

District/off: 1129-3                          User: cromine                                    Page 3 of 3
Date Rcvd: Oct 25, 2021                       Form ID: 318                                      Total Noticed: 28

United States Trustee

    USTPRegion21.TL.ECF@usdoj.gov

William Von Hoene

    on behalf of Debtor Rodney Dixon Dorand william@vonhoenelawfirm.com

William Von Hoene

    on behalf of Defendant Rodney Dixon Dorand william@vonhoenelawfirm.com


TOTAL: 10

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Rodney Dixon Dorand** | Social Security number or ITIN **xxx–xx–6844** |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court **Northern District of Florida**

Case number: **21–30205–KKS**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Rodney Dixon Dorand

<u>10/25/21</u>

**By the court:** <u>Karen K. Specie</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318          **Order of Discharge**          page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

| |
|---|
| **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.** |