# United States Bankruptcy Court
## Northern District of Florida

In re  **Rodney Dixon Dorand**                                         Case No.  **21-30205**
                                    Debtor(s)                           Chapter   **7**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedule C - Property you Claim as Exempt is being amended to reflect the exemption of social security funds pursuant to 42 U.S.C. 407**

# NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date:  **July 26, 2022**                    /s/ **William Von Hoene**
                                            **William Von Hoene**
                                            Attorney for Debtor(s)
                                            **Von Hoene Law Firm**
                                            **250 Lynn Drive**
                                            **Santa Rosa Beach, FL 32459**
                                            **(850) 622-4038 Fax:(850) 252-4600**
                                            **william@vonhoenelawfirm.com**

# United States Bankruptcy Court
## Northern District of Florida

In re  **Rodney Dixon Dorand**                                               Case No.  **21-30205**
                                        Debtor(s)                             Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing Schedule C - Property you Claim as Exempt is being amended to reflect the exemption of social security funds pursuant to 42 U.S.C. 407, consisting of __6__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  **July 26, 2022**                         Signature  **/s/ Rodney Dixon Dorand**
                                                          **Rodney Dixon Dorand**
                                                          Debtor 1

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Rodney | Dixon | Dorand |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF FLORIDA

Case number  21-30205
(if known)

☑ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt

*AMENDED*
*TP 2*

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| 58 Dunetop Terrace Santa Rosa Beach, FL 32459<br>Residence: residence<br>Rodney D. Durand Revokable Trust<br>Line from *Schedule A/B*: 1.1 | $380,000.00 | ☑ $217,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02 |
| 2013 Lexis RX 350 82,000 miles<br>Vehicle: SUV<br>Line from *Schedule A/B*: 3.1 | $12,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(1) |
| Table and 5 chairs<br>Line from *Schedule A/B*: 6.1 | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| 2- 5 shelf storage cabinets<br>Line from *Schedule A/B*: 6.2 | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| small cabinet<br>Line from *Schedule A/B*: 6.3 | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |

| Debtor 1 | Rodney Dixon Dorand | | Case number (if known) | 21-30205 |
|---|---|---|---|---|

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | | Specific laws that allow exemption |
|---|---|---|---|---|
| table centerpiece<br>Line from Schedule A/B: 6.4 | $5.00 | ☒ | $5.00 | Fla. Const. art. X, § 4(a)(2) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| dust buster<br>Line from Schedule A/B: 6.5 | $5.00 | ☒ | $5.00 | Fla. Const. art. X, § 4(a)(2) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Samsung Refrigerator**<br>Line from Schedule A/B: 6.6 | $75.00 | ☒ | $75.00 | Fla. Const. art. X, § 4(a)(2) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Samsung gas stove**<br>Line from Schedule A/B: 6.7 | $75.00 | ☒ | $75.00 | Fla. Const. art. X, § 4(a)(2) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Panasonic microwave**<br>Line from Schedule A/B: 6.8 | $10.00 | ☒ | $10.00 | Fla. Const. art. X, § 4(a)(2) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **metal portable island**<br>Line from Schedule A/B: 6.9 | $10.00 | ☒ | $10.00 | Fla. Const. art. X, § 4(a)(2) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **kitchen stools (5)**<br>Line from Schedule A/B: 6.10 | $25.00 | ☒ | $0.00 | Fla. Const. art. X, § 4(a)(2) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **rocking chair with cushions**<br>Line from Schedule A/B: 6.29 | $15.00 | ☒ | $15.00 | Fla. Const. art. X, § 4(a)(2) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2 side tables**<br>Line from Schedule A/B: 6.30 | $50.00 | ☒ | $50.00 | Fla. Const. art. X, § 4(a)(2) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2 small round side tables**<br>Line from Schedule A/B: 6.31 | $20.00 | ☒ | $20.00 | Fla. Const. art. X, § 4(a)(2) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **1 bookcase**<br>Line from Schedule A/B: 6.32 | $15.00 | ☒ | $15.00 | Fla. Const. art. X, § 4(a)(2) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Debtor 1  **Rodney Dixon Dorand**     Case number (if known) **21-30205**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **LG TV 55"**<br>Line from Schedule A/B: **6.33** | $50.00 | ☒ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| **2 floor lamps**<br>Line from Schedule A/B: **6.34** | $20.00 | ☒ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| **table lamp**<br>Line from Schedule A/B: **6.35** | $15.00 | ☒ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| **knick knacks**<br>Line from Schedule A/B: **6.36** | $5.00 | ☒ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| **fireplace screen & tools**<br>Line from Schedule A/B: **6.37** | $8.00 | ☒ $8.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| **tv trays & stand**<br>Line from Schedule A/B: **6.38** | $5.00 | ☒ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| **pictures**<br>Line from Schedule A/B: **6.39** | $8.00 | ☒ $8.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| **tea set**<br>Line from Schedule A/B: **6.40** | $8.00 | ☒ $8.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| **child's tea set**<br>Line from Schedule A/B: **6.41** | $6.00 | ☒ $6.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| **large vase and flower**<br>Line from Schedule A/B: **6.42** | $5.00 | ☒ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| **glass candle holders**<br>Line from Schedule A/B: **6.43** | $5.00 | ☒ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |

Debtor 1   **Rodney Dixon Dorand**                              Case number (if known)   **21-30205**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | | Specific laws that allow exemption |
|---|---|---|---|---|
| **glass bowl**<br>Line from Schedule A/B: **6.44** | $5.00 | ☒ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | Fla. Const. art. X, § 4(a)(2) |
| **2 chaise lounges, vinyl with cushions**<br>Line from Schedule A/B: **6.45** | $15.00 | ☒ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | Fla. Const. art. X, § 4(a)(2) |
| **gas grill**<br>Line from Schedule A/B: **6.46** | $15.00 | ☒ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | Fla. Const. art. X, § 4(a)(2) |
| **clay flower pots**<br>Line from Schedule A/B: **6.47** | $2.00 | ☒ $2.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | Fla. Const. art. X, § 4(a)(2) |
| **game table & 4 fold up chairs**<br>Line from Schedule A/B: **6.48** | $15.00 | ☒ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | Fla. Const. art. X, § 4(a)(2) |
| **wooden bar**<br>Line from Schedule A/B: **6.49** | $25.00 | ☒ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | Fla. Const. art. X, § 4(a)(2) |
| **small settee and coffee table set**<br>Line from Schedule A/B: **6.50** | $50.00 | ☒ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | Fla. Const. art. X, § 4(a)(2) |
| **porch rug**<br>Line from Schedule A/B: **6.51** | $15.00 | ☒ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | Fla. Const. art. X, § 4(a)(2) |
| **table, 4 chairs & small stand**<br>Line from Schedule A/B: **6.52** | $15.00 | ☒ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | Fla. Const. art. X, § 4(a)(2) |
| **child's table and 2 chairs**<br>Line from Schedule A/B: **6.53** | $8.00 | ☒ $8.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | Fla. Const. art. X, § 4(a)(2) |
| **2 single beds (mattress & frame)**<br>Line from Schedule A/B: **6.54** | $40.00 | ☒ $40.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | Fla. Const. art. X, § 4(a)(2) |

| Debtor 1 | Rodney Dixon Dorand | | Case number (if known) | 21-30205 |
|---|---|---|---|---|

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | | Specific laws that allow exemption |
|---|---|---|---|---|
| **King size bed, complete**<br>Line from Schedule A/B: **6.72** | $50.00 | ☒<br>☐ | $50.00<br>100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| **2 night stands molded shell tops**<br>Line from Schedule A/B: **6.73** | $50.00 | ☒<br>☐ | $50.00<br>100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| **2 large mirrors**<br>Line from Schedule A/B: **6.79** | $25.00 | ☒<br>☐ | $25.00<br>100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| **brass floor lamp**<br>Line from Schedule A/B: **6.80** | $10.00 | ☒<br>☐ | $10.00<br>100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| **towels in closet**<br>Line from Schedule A/B: **6.85** | $5.00 | ☒<br>☐ | $5.00<br>100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| **foyer cabinet**<br>Line from Schedule A/B: **6.86** | $25.00 | ☒<br>☐ | $25.00<br>100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| **2 file cabinets**<br>Line from Schedule A/B: **6.87** | $15.00 | ☒<br>☐ | $15.00<br>100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| **bookcase**<br>Line from Schedule A/B: **6.88** | $10.00 | ☒<br>☐ | $10.00<br>100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| **Samsung 50"TV**<br>Line from Schedule A/B: **6.90** | $35.00 | ☒<br>☐ | $35.00<br>100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| **gun safe**<br>Line from Schedule A/B: **6.91** | $50.00 | ☒<br>☐ | $50.00<br>100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| **recliner**<br>Line from Schedule A/B: **6.92** | $5.00 | ☒<br>☐ | $5.00<br>100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |

| Debtor 1 | Rodney Dixon Dorand | | Case number (if known) | 21-30205 |
|---|---|---|---|---|
| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | | Specific laws that allow exemption |
| **glass top table**<br>Line from Schedule A/B: **6.93** | $5.00 | ☒ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | Fla. Const. art. X, § 4(a)(2) |
| **office supplies**<br>Line from Schedule A/B: **6.94** | $10.00 | ☒ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | Fla. Const. art. X, § 4(a)(2) |
| **books**<br>Line from Schedule A/B: **6.95** | $15.00 | ☒ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | Fla. Const. art. X, § 4(a)(2) |
| **small refrigerator**<br>Line from Schedule A/B: **6.96** | $10.00 | ☒ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | Fla. Const. art. X, § 4(a)(2) |
| **Brokerage- Morgan Stanley: Four months of Social Security payments held by Morgan Stanley in the Rodney D. & Barbara H. Dorand Revokable Trust a/k/a Dorand Living TST DTD 4-7-1997**<br>Line from Schedule A/B: **17.3** | $11,176.00 | ☒ $11,176.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | Fla. Stat. Ann. § 222.201; 11 U.S.C. § 522(d)(10)(A) |
| **IRA: Retirement: Morgan Stanley IRA 610-110159-254**<br>Line from Schedule A/B: **21.1** | $813,433.71 | ☒ $813,433.71<br>☐ 100% of fair market value, up to any applicable statutory limit | | Fla. Stat. Ann. § 222.21(2) |
| **Insurance: Hartford Bicentennial UL Freedom- Hartford Life<br>Insured: Rodney D. Dorand<br>Payer: Rodney D. Dorand<br>Beneficiary: Rodney D. & Barbara H. Dorand Revokable Trust**<br>Line from Schedule A/B: **31.1** | $145,440.00 | ☒ $145,440.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | Fla. Stat. Ann. § 222.14 |
| ✓ **Social Security Funds<br>Morgan Stanley Trust Acct # xxxx20-254<br>12/23/2020 - $2585.70<br>1/27/2021 - $2615.50<br>2/24/2021 - $2615.50<br>3/24/2021 - $2615.50**<br>Line from Schedule A/B: | $10,432.20 | ☒ $10,432.20<br>☐ 100% of fair market value, up to any applicable statutory limit | | 42 U.S.C. § 407<br><br>*AMENDED* |

3. Are you claiming a homestead exemption of more than $170,350?
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☐ No
   ☒ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☒ No
      ☐ Yes