UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re:   RODNEY DIXON DORAND                          CASE NO.: 21-30205-KKS
                                                      Chapter 7
　　　　　Debtor.

---

## PROOF OF SERVICE AND MAILING

COMES NOW, Debtors, RODNEY DIXON DORAND, by and through her undersigned attorney and files this proof of service showing service of the Amended Schedule C on the interested parties as follows:

**21-30205-KKS Notice will be electronically mailed to:**

**Sherry Chancellor**
sherry.chancellor@yahoo.com, FL50@ecfcbis.com

**United States Trustee**
USTPRegion21.TL.ECF@usdoj.gov

**William Von Hoene on behalf of Debtor Rodney Dixon Dorand**
william@vonhoenelawfirm.com

**Nicholas Heath Wooten on behalf of Creditor Estates of Robert Moss, Brenda Moss, Charles Saunders, & Peggy Saunders**
nick@nickwooten.com, linnea@nickwooten.com

**21-30205-KKS Notice will not be electronically mailed to:**

Sherry F. Chancellor
Law of Sherry F. Chancellor
619 West Chase Street
Pensacola, FL 32502

**Service by U.S. Mail on July 26, 2022:**

(See attached Exhibit A)

/s/ William Von Hoene
Bar No.: 17187LA
Attorney for Debtor, Rodney Dixon Dorand
Von Hoene Law Firm, PLLC
250 Lynn Drive
Santa Rosa Beach, FL  32459
Telephone (850) 622-4038
Fax  (850) 252-4600
william@vonhoenelawfirm.com

Rodney Dixon Dorand
58 Dunetop Terrace
Santa Rosa Beach, FL 32459

Discover
2500 Lake Cook Rd
Riverside, IL 60015

William Von Hoene
Von Hoene Law Firm
250 Lynn Drive
Santa Rosa Beach, FL 32459

Exploria
PO Box 150
Scottsdale, AZ 85252

Charles F. Edwards
110 East Park Ave
Suite 128
Tallahassee, FL 32301

Exploria Resorts
515 Historic Nature Trail
Gatlinburg, TN 37738

Barbara Holmes Dorand
deceased

Fuller and Copeland
2851 Zelda Rd
montgomery, AL 36106

Ralph E. Helm
deceased

Robert Moss, Brenda Moss, et. al.
c/o Nick Wooten Esq.
5125 Burnt Pine Drive
Conway, AR 72034

American Express
200 Vesey Street
Lower Manhattan New York, NY 10285

Suntrust Bank
Suntrust Plaza, 303 Peachtree St. NE
Atlanta, GA 30308-3201

American Express
200 Vesey St
Lower Manhattan New York, NY 10285

Wyndham Financial Services
PO Box 98940
Las Vegas, NV 89193

Bank of America VISA
BOA Corporate Center
100 North Tyron Street
Charlotte, NC 28255

Wyndham Resort
6277 Sea Harbor Drive
Orlando, FL 32821

Chase Visa
1111 Polaris Parkway
Columbus,, OH 43240



EXHIBIT A