UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re:                                                          Case No. 21-30205-KKS
    RODNEY DIXON DORAND,                      Chapter 7

    The Debtor.
_____

**SUPPLEMENTAL COMPENSATION DISCLOSURE
PURSUANT TO 11 USC § 329 AND FRBP 2016**

Counsel to the Debtor, MOORHEAD LAW GROUP, PLLC (the "Firm"), pursuant to Fed. R. Bankr. P. 2016(b) and 11 U.S.C. section 329(a), provides the following supplemental disclosure regarding compensation for the Firm's representation of the Debtor, RODNEY DIXON DORAND (the "Debtor"):

1. On June 2, 2021, the Firm and the Debtor entered into an engagement agreement obligating the Firm to defend the Debtor in several adversary proceedings and contested matters:

    (i) *In re Dorand*: defense of contested matters filed in administrative Chapter 7 case number 21-30205-KKS involving objections to exemptions (ECF 35; and 79).

    (ii) *Estate of Moss et al., v. Dorand*: Adversary Proceeding Case Number 21-03003-HAC involving an objection to

1

dischargeability; and

(iii) *Estate of Moss et al., v. Dorand*: Adversary Proceeding Case Number 21-03006-HAC involving a declaratory judgment action.

2. After the date of the Firm's initial engagement, the Firm agreed to defend the Debtor in that certain adversary proceeding previously pending in this Court, styled *Chancellor, as Trustee v. Dorand, et al.,* Adversary Proceeding Case Number 21-30205-KKS in which the Chapter 7 Trustee asserted fraudulent transfer claims against the Debtor and others. The Firm's services in defense of the Debtor in this adversary proceeding are subject to the same terms and conditions previously disclosed.

3. After the date of the Firm's initial engagement, the Firm agreed to represent the Debtor in defense of that certain appeal currently pending before the United States Court of Appeals for the Eleventh Circuit, styled *The Estates of Robert Moss and Brenda Moss by Danae Brown, Executrix, and the Estates of Charles Saunders and Peggy Saunders by Amanda Andrews, Administrator of the Saunders' Estates ("The Alabama Creditors") vs. Rodney Dixon Dorand,* appellate case number 22-90018-A.

4. On November 7, 2023, the Eleventh Circuit notified the parties that oral argument would be conducted in March 2024.

5. As a condition of the representation, the Firm requires regular payments from the Debtor as fees and costs are incurred. The Firm agreed to charge an hourly rate of $325 for the legal services of Robert J. Powell, Esquire.

6. On June 11, 2021, the Firm filed its initial Compensation Disclosure (ECF 60) ("Initial Disclosure").

7. On December 6, 2021, the Firm filed its first Supplemental Compensation Disclosure (ECF 147) ("1st Supplement").

8. On January 10, 2022, the Firm filed its second Supplemental Compensation Disclosure (ECF 155) ("2nd Supplement").

9. On February 4, 2022, the Firm filed its third Supplemental Compensation Disclosure (ECF 164) ("3rd Supplement").

10. On March 4, 2022, the Firm filed its fourth Supplemental Compensation Disclosure (ECF 176) ("4th Supplement").

11. On April 6, 2022, the Firm filed its fifth Supplemental Compensation Disclosure (ECF 192) ("5th Supplement").

12. On April 22, 2022, the Firm filed its sixth Supplemental Compensation Disclosure (ECF 193) ("6th Supplement")

13. On May 24, 2022, the Firm filed its seventh Supplemental Compensation Disclosure (ECF 195) ("7th Supplement")

14. On June 29, 2022, the Firm filed its eighth Supplemental Compensation Disclosure (ECF 198) ("8th Supplement")

15. On July 15, 2022, the Firm filed its ninth Supplemental Compensation Disclosure (ECF 201) ("9th Supplement").

16. On August 2, 2022, the Firm filed its tenth Supplemental Compensation Disclosure (ECF 211) ("10th Supplement").

17. On August 29, 2022, the Firm filed its eleventh Supplemental Compensation Disclosure (ECF 224) ("11th Supplement").

18. On October 4, 2022, the Firm filed its twelfth Supplemental Compensation Disclosure (ECF 234) ("12th Supplement").

19. On October 20, 2022, the Firm filed its thirteenth Supplemental Compensation Disclosure (ECF 239) ("13th Supplement").

20. On January 6, 2023, the Firm filed its fourteenth Supplemental Compensation Disclosure (ECF 251) ("14th Supplement").

21. On February 10, 2023, the Firm filed its fifteenth Supplemental Compensation Disclosure (ECF 261) ("15th Supplement").

22. On February 21, 2023, the Firm filed its sixteenth Supplemental Compensation Disclosure (ECF 262) ("16th Supplement").

23. On March 23, 2023, the Firm filed its seventeenth Supplemental Compensation Disclosure (ECF 268) ("17th Supplement").

24. On July 10, 2023, the Firm filed its eighteenth Supplemental Compensation Disclosure (ECF 286) ("18th Supplement").

25. On August 15, 2023, the Firm filed its nineteenth Supplemental Compensation Disclosure (ECF 292) ("19th Supplement").

26. On January 5, 2024, the Firm filed its twentieth Supplemental Compensation Disclosure (ECF 297) ("20th Supplement").

27. On February 12, 2024, the Firm filed its twenty first Supplemental Compensation Disclosure (ECF 302) ("21st Supplement").

28. On March 11, 2024, the Firm filed its twenty second Supplemental Compensation Disclosure (ECF 305) ("22nd Supplement").

29. On April 16, 2024, the Firm filed its twenty third Supplemental Compensation Disclosure (ECF 309) ("23rd Supplement").

30. Since the filing of the 23rd Supplement, the Firm has received the following payments as compensation for its services on the Debtor's behalf:

    a. 5/16/2024 payment in the amount of $404.50 deriving from an account at M&T Bank in the name of the Debtor.

31. The undersigned understands the source of funds that the Debtor remitted to the Firm derive from the Debtor's post-petition wages.

Dated this 22nd day of May 2024.

> MOORHEAD LAW GROUP, PLLC
>
> By:/s/ Robert J. Powell
> **ROBERT J. POWELL**
> Florida Bar No. 70318
> Moorhead Law Group, PLLC
> 127 Palafox Place, Suite 200
> Pensacola, FL 32502
> (850) 466-4093 (Office)
> (850) 477-0982 (Fax)
> rpowell@moorheadlaw.com
> heidi@moorheadlaw.com
> acavin@moorheadlaw.com
> *Attorneys for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been provided electronically to all parties requesting e-service via the Court's CM/ECF System on this 22nd day of May 2024, including the following:

- Sherry Chancellor (sherry.chancellor@yahoo.com; FL50@ecfcbis.com), *Trustee*;

- United States Trustee (USTPRegion21.TL.ECF@usdoj.gov)

- William Von Hoene (william@vonhoenelawfirm.com), *Attorney for Debtor*

- Nicholas Heath Wooten (nick@nickwooten.com; linnea@nickwooten.com), *Attorney for Creditor, Danae Brown, as Executrix of the Estates of Robert Moss and Brenda Moss, and Attorney for Creditor, Amanda Andrews, administrator of the Estate of Charles Saunders and Power of Attorney for Peggy Saunders*

/s/ Robert J. Powell
**ROBERT J. POWELL**