UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re:                                                    Case No. 21-30205-KKS
    RODNEY DIXON DORAND,            Chapter 7

    The Debtor.
_____

## DEBTOR, RODNEY DORAND'S
## MOTION TO COMPEL DISBURSEMENT OF IRA FUNDS

Debtor, RODNEY DORAND (the "Debtor"), through undersigned counsel, moves to compel the disbursement of Debtor's individual retirement account funds and, in support of this motion, alleges:

*Background*

1. On April 1, 2021, the Debtor voluntarily commenced this bankruptcy proceeding by filing a petition seeking relief under Chapter 7 of the Bankruptcy Code. ECF 1.

2. The Debtor scheduled ownership of an individual retirement account ("IRA") that the Debtor maintained at Morgan Stanley, which the Debtor claimed as exempt. ECF 24 at p. 21.

3. The Chapter 7 Trustee ("Trustee") and the "Alabama Creditors" objected to the exemption of the IRA. ECF 35; 79.

4. During the pendency of this contested matter, Morgan Stanley was compelled to turnover the funds in the IRA to the Trustee, which funds the Trustee retains to this date pending further order of this Court. *See* ECF 90 at p. 2, ¶ 2.

5. This Court overruled the objection by the Trustee and the Alabama Creditors to the exemption of the IRA (the "Exemption Order"). ECF 230.

6. The Alabama Creditors appealed the Exemption Order to the US Court of Appeals for the Eleventh Circuit. As this Court is aware, the Eleventh Circuit affirmed this Court's determination that the Debtor's IRA is exempt. ECF 306.

7. Undeterred, the Alabama Creditors moved for rehearing of the Eleventh Circuit's affirmance on April 4, 2024.

8. The Eleventh Circuit denied the Alabama Creditors' rehearing motion, and, on May 24, 2024, issued its mandate officially concluding the appellate proceeding. A true and correct copy of the Mandate is attached as **Exhibit 1**.

9.      Based on the foregoing, this Court's Exemption Order remains undisturbed and the IRA funds currently held by the Trustee should be disbursed to the Debtor.

*Counsel Conference*

10.     Pursuant to N.D. Fla. Loc. Rule 7.1(B), the undersigned counsel conferred with the Trustee, Sherry F. Chancellor, regarding the relief sought in this motion. The Trustee does not take a position regarding the disbursement of the funds, but merely requests entry of a Court order to protect the Trustee and the Estate regarding this matter. The undersigned counsel also conferred with counsel to the Alabama Creditors, Nicholas Wooten, who opposes disbursement of the IRA funds.

WHEREFORE, Debtor, RODNEY D. DORAND, respectfully requests this Honorable Court enter an order authorizing and compelling the Chapter 7 Trustee, SHERRY F. CHANCELLOR, to disburse the IRA funds that the Trustee currently holds to the Debtor, and grant such other and further relief that the Court deems just and proper.

Dated this 29th day of May 2024.

                                      MOORHEAD LAW GROUP, PLLC

                                      By:*/s/ Robert J. Powell*
                                      **ROBERT J. POWELL**
                                      Florida Bar No. 70318
                                      Moorhead Law Group, PLLC
                                      127 Palafox Place, Suite 200
                                      Pensacola, FL 32502
                                      (850) 466-4093 (Office)
                                      (850) 477-0982 (Fax)
                                      rpowell@moorheadlaw.com
                                      heidi@moorheadlaw.com
                                      acavin@moorheadlaw.com
                                      *Attorneys for Debtor*

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing has been provided electronically to all parties requesting e-service via the Court's CM/ECF System on this 29th day of May 2024, including the following:

- Sherry Chancellor (sherry.chancellor@yahoo.com; FL50@ecfcbis.com), *Trustee*;

- United States Trustee (USTPRegion21.TL.ECF@usdoj.gov)

- William Von Hoene (william@vonhoenelawfirm.com), *Attorney for Debtor*

- Nicholas Heath Wooten (nick@nickwooten.com; linnea@nickwooten.com), *Attorney for Creditor, Danae Brown, as Executrix of the Estates of Robert Moss and Brenda Moss, and Attorney for Creditor, Amanda Andrews, administrator of the Estate of Charles Saunders and Power of Attorney for Peggy Saunders*

                                      */s/ Robert J. Powell*
                                      **ROBERT J. POWELL**