UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In Re: **RODNEY DIXON DORAND**  Case No.: 21-30205

  Debtor  Chapter:  7

_____//

## RESPONSE TO MOTION TO COMPEL DISBURSEMENT OF FUNDS
### (Doc 313)

**COMES NOW THE TRUSTEE AND ATTORNEY FOR THE TRUSTEE** and files this her Response to the Motion to Compel Disbursement of Funds filed by counsel for the Debtor, Rodney Dixon Durand, as follows:

1. The Debtor filed his Chapter 7 on April 1, 2013 and the Section 341 meeting was held on May 4, 2021.

2. On December 29, 2023, the undersigned filed a Motion for Authority/Authorization to Establish Joint Bank Account for Non-Estate Funds at Docket #294 which was Denied at Docket #300.

3. The undersigned is required by the United States' Trustee's Office to file a Final Distribution Report within 125 days of the Order allowing final compensation and expenses. The undersigned has been prevented from complying with the Trustee's Manual in this regard due to the denial of the above referenced Motion at Docket #294.

4. The undersigned has no issue with the disbursement of these non-estate funds other than the need for an Order relieving her and this estate from any responsibility regarding these funds in the event the Debtor is ordered by any other Court to surrender them to any other party in this litigation.

**WHEREFORE,** the Trustee and Attorney for the Trustee prays this Court to grant such Orders as may be proper in this matter.

Submitted this the 30 day of May, 2024.

/s/ Sherry F. Chancellor
SHERRY F. CHANCELLOR
Florida Bar No. 434574
619 West Chase Street
Pensacola, Florida 32502
(850) 436-8445

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to Rodney Dorand, c/o William Von Hoene, william@vonhoenelawfirm.com, Robert Powell, rpowell@moorheadlaw.com, Nicholas Wooten, nick@nickwooten.com, and Adisley M. Cortez-Rodriguez, Assistant United States Trustee, Adisley.M.Cortez-Rodriguez@usdoj.gov electronically this the 30th day of May 2024.

/s/ SHERRY F. CHANCELLOR

Sherry F. Chancellor, Trustee

Case 21-30205-HAC    Doc 315    Filed 05/30/24    Page 3 of 3