**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| In Re: | Case No. 21-30205-KKS |
| RODNEY DIXON DORAND, | Chapter 7 |
| Debtor. | Judge: Henry A. Callaway |

**OBJECTION TO DEBTOR'S MOTION TO COMPEL DISBURSEMENT OF FUNDS**

Comes now Nicholas Wooten, attorney for Danae Brown as Executrix of the Estates of Robert Moss and Brenda Moss and Amanda Andrews, administrator of the Estate of Charles Saunders and the Estate of Peggy Saunders, and files herewith their objection to the Debtor's Motion to Compel Disbursement of Funds as follows:

**GENERAL ALLEGATIONS**

1.     The Alabama Creditors have indicated their intent to seek certiorari review in the United States Supreme Court.

2.     The Alabama Creditors (and their counsel) understand the rate of acceptance of petitions for certiorari review.

3.     The deadline to file is August 14, 2024.

4.     Counsel for the Alabama Creditors has previously been involved in two such petitions.

5.     In both instances, the resolution of the certiorari petition was resolved within 60 days post-filing.

6.     While the Alabama Creditors understand the debtor's reasoning, the Alabama Creditors have waited nearly ten years for their judgment to be paid without the pledge of any

security by any of the Dorand defendants, including the debtor.

7.     The Debtor will not be terribly inconvenienced by another 90 days of delay.

8.     In addition, there is no risk that Dorand will not receive his funds if the appeal is denied because the funds reside securely with the Chapter 7 Trustee.

WHEREFORE, the Alabama Creditors respectfully request that the Court, upon taking up this matter, enter judgment denying the motion and ordering the funds to be held by the Trustee pending the final outcome of the appeal.

Respectfully submitted,


*/s/ Nick Wooten*
Nick Wooten
Partner
Head of Consumer Litigation

DJC LAW, PLLC
1012 W Anderson Ln
Austin, TEXAS 78757
512-220-1800
512-220-1801 FAX
nick@teamjustice.com
Counsel for the Alabama Creditors

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing on all counsel of record on this the 13th day of June 2024.

/s/ Nick Wooten
Counsel for the Alabama Creditors